## Page 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Gerard N. Marti

               Case No: 17-55891-tjt
               Hon. Thomas J. Tucker

     Debtor.

_____/

DEPOSITION OF GERARD N. MARTI

Taken by the Trustee on the 23rd day of March, 2018 at Stevenson & Bullock, PLC, 26100 American Drive, Suite 500, Southfield, Michigan, scheduled for 10:00 a.m.

APPEARANCES:

For the Trustee:   SONYA N. GOLL ESQUIRE
                    Stevenson & Bullock, P.L.C.
                    26100 American Drive, Suite 500
                    Southfield, Michigan 48034
                    248.354.7906 X 2224
                    SGoll@sbplclaw.com

For the Debtor:   SCOTT M. KWIATKOWSKI, ESQUIRE
                    4000 Town Center, Suite 1200
                    Southfield, Michigan 48075
                    248.355.5300
                    Scott@bk-lawyer.net

REPORTED BY:  CHRISTINE A. FELTS, CSMR/CER-986
                 Certified Court Reporter`

## Page 2

TABLE OF CONTENTS

WITNESS:                    PAGE:

GERARD N. MARTI

    Examination by Ms. Goll . . . . . . . . . . . . . . 4

EXHIBITS:               MARKED:

Exhibit 1 - Order Granting Trustee's Motion for
    Examination and Production of Documents under
    Federal Rule Bankruptcy Procedure 2004. . . .10
Exhibit 2 - Affidavit. . . . . . . . . . . . . . . .11
Exhibit 3 - Voluntary Petition for Individuals Filing
    for Bankruptcy. . . . . . . . . . . . . . .57
Exhibit 4 - IRS Transcript for 2616 Tax Returns. . . . . 109
Exhibit 5 - Notice of Intent to Seize. . . . . . . . . 106
Exhibit 6 - Dissolution Judgment of Marriage . . . . . . 111
Exhibit 7 - Dissolution of Marriage Part 2 . . . . . . . 118
Exhibit 8 - Kihei Maui Self-Storage Invoice and Other
    Documents . . . . . . . . . . . . . . . . 122
Exhibit 9 - Web Self-Storage Robert Kidd Gallery for
    Room/Payment History. . . . . . . . . . . 127
Exhibit 10 - Chase Account No. 6995 Summary. . . . . . 130
Exhibit 11 - Velvet Bulldog, LLC, Membership Interest
    Purchase Agreement and Release . . . . . . .68
Exhibit 27 - Consignment Schedule to Purchase Agreement
    and Gerard Marti Personal Guaranty . . . . .32
Exhibit 29 - 6/7/15 List of Artwork. . . . . . . . . .43
Exhibit 34 - Downtown Newsmagazine 1/23/15 Lisa Brody
    Article. . . . . . . . . . . . . . . . . .44

## Page 3

1     Southfield, Michigan

2     Friday, March 23, 2018 - 10:12 a.m.

3        *   *   *

4        GERARD N. MARTI, PART 1

5    HAVING BEEN CALLED BY THE TRUSTEE AND DULY SWORN:

6        MS. GOLL: For the record, Sonya Goll, on

7   behalf of the Trustee, Michael Stevenson.

8        MR. KWIATKOWSKI: Scott Kwiatkowski, on

9   behalf of Mr. Marti.

10       MS. GOLL: Before we get started with the

11  actual questioning, Sean Cowley from the U.S.

12  Trustee's Office wanted to be here today, but he had

13  to go to a funeral. So he wasn't able to attend. He

14  wanted me to tell you, and I'm putting this on the

15  record, just to make sure it's noted, that he wants a

16  copy of the transcript and he will want it rushed.

17       Just because of the timing with the

18  objection to exemption deadline being the end of the

19  month -- unless you're willing to extend it for a few

20  weeks.

21       MR. KWIATKOWSKI: What, the objection

22  deadline?

23       MS. GOLL: Yeah, it's the 30th, or the 31st,

24  I do believe.

25       MR. KWIATKOWSKI: Okay.

## Page 4

1       MS. GOLL: So if you are, we can take care

2  of that today after we're done here, just do a quick

3  stip.

4       MR. KWIATKOWSKI: All right. We'll see

5  where we're at at the end here. Yeah, because no

6  other creditors objected, and I think it's --

7       MS. GOLL: Yeah, that would just for the

8  Trustee, the U.S. Trustee. The other deadline is

9  already passed.

10          EXAMINATION

11  BY MS. GOLL:

12  Q. Mr. Marti, can you please state your name and address

13    for the record?

14  A. Gerard Marti, M-A-R-T-I. 107 Townsend Street,

15    Birmingham, Michigan, 48009.

16  Q. Have you ever had your deposition taken before?

17  A. Like this type of deposition?

18  Q. Yes.

19  A. No.

20  Q. We have a court reporter here today, and she's

21    recording all of the questions I ask and the answers

22    you give. So it's very important that you do keep

23    your voice up.

24  A. Okay.

25  Q. Speak as clearly as you can, and all of your responses

**Page 5**

1    are oral.  Okay?
2    A.  Okay.
3    Q.  As he's shaking his head yes.  So no shaking of the
4    head.  No uh-huhs or huh-uhs.
5    A.  Oh, I see what you mean, yeah, we tape it.  Okay.
6    Q.  Yeah, she can't pick up the shake of the head or the
7    uh-huhs or uh-uhs.
8    A.  I understand.
9    Q.  Now, sometimes you're going to anticipate the question
10    that I'm going to ask as I'm asking it.  I ask that
11    you just wait until I finish asking the question
12    before you respond.  That way she can actually get
13    both of us.  Because if we're both talking at the same
14    time, she can't pick both of us up.
15    A.  Of course not.
16    Q.  Now, if at some point you don't understand a question
17    that I ask, you can ask me to rephrase it, or say, you
18    know, what do you mean.  Because if you respond to a
19    question, we're going to assume that your answer --
20    that you understand the question and that your answer
21    is the answer, okay?
22    A.  Okay.
23    Q.  Now, is there any reason -- oh, first off, if you need
24    to take a break sometime today, let me know, we can
25    find a place to stop.  Like for the bathroom or if you

**Page 6**

1    need a drink or something.
2         Now, is there any reason why you would be
3    unable to testify truthfully here at your deposition
4    today?
5    A.  No.
6    Q.  Are you currently taking any medication or other
7    substances which would interfere with your ability to
8    testify today?
9    A.  No.
10    Q.  Can you describe for me your educational background?
11    A.  My educational?
12    Q.  Background.
13    A.  I mean, how far were you going to go.
14    Q.  You graduated high school?
15    A.  Oh, yeah.
16    Q.  Did you attend college?
17    A.  No.  I left high school after -- when I was 16.  I
18    went to work with my dad who was a carpenter.  I
19    worked with him until he passed away.  And then after
20    that, I moved to Paris.  I was a record producer from
21    1974 to 1990.  I also work in the recording industry.
22    Then I met my ex-wife.  I moved to Hawaii.  I run a
23    business there, an art gallery there, for 23 years.  I
24    have two kid with her.  I got divorced five or six
25    years ago.  She moved to Los Angeles with my kid, and

**Page 7**

1    I move here.  I mean that's a long story short.
2    Q.  Now, actually, let's start with this.  Who is
3    Tatiana Marti?
4    A.  That's my daughter.
5    Q.  Your daughter?  Okay.  And how old is your daughter?
6    A.  She's twenty-three.
7    Q.  I'm sorry.
8    A.  Twenty-three.
9    Q.  Twenty-three.  Okay.  And is your daughter the one
10    that you said moved with your wife, or is that your
11    other child?
12    A.  I have three child, three kid.
13    Q.  Oh, you have three?
14    A.  I have an older daughter who's 32 now, and her name is
15    Adelaide, and she live in Paris with her husband.  And
16    I have two other kid with my ex-wife, Tatiana, 23, and
17    Noah, 18, who just turned 18 yesterday.
18    Q.  I'm sorry what was his name?
19    A.  Noah.
20         MR. KWIATKOWSKI:  Noah.
21    BY MS. GOLL:
22    Q.  Noah.
23    A.  He's 18.
24    Q.  He just turned 18 yesterday?
25    A.  Yeah, I just came back from Los Angeles.

**Page 8**

1
2    Q.  Now, I may pronounce this wrong so forgive me,
3    Anzhelika Komonez (ph.)?
4    A.  Anzhelika Khoments.
5    Q.  Khoments.  Alright.  And that's A-N-Z-H-E-L-I-K-A.
6    And then is the last name with a T?
7    A.  I don't really know the spelling because she's from
8    Russia.  She's a friend of mine.
9    Q.  K-O, or excuse me, K-H-O-M-E-N-T-S.
10         You said she's a friend of yours?
11    A.  Yes.
12    Q.  And where does she live?
13    A.  She live in Chicago.
14    Q.  Chicago?  All right.  I'm sorry.  You said your
15    daughter, Tatiana lived where?
16    A.  In Los Angeles.
17    Q.  In LA.  Okay.  And how about Adelaide Clairwin.
18    A.  That's my daughter, my older daughter.
19    Q.  Oh, other daughter?
20    A.  Yes.
21    Q.  The one that lives in --
22    A.  In Lyon actually, Lyon, which is in France.
23    Q.  L-E-O-N.
24    A.  L-Y-O-N.
25    Q.  Oh, L-Y-O-N.  Why did I say L-E?

2  (Pages 5 to 8)

## Page 9

1   A. Because Lyon it mean lion with an I, and Lyon with a Y
2      it's a --
3   Q. I've been there. That's why did I not know how to
4      spell that.
5   A. The food is very good there.
6   Q. Okay. And you said she was 28.
7   A. Thirty-two.
8   Q. Thirty-two. Oh, okay.
9   A. I'm old.
10   Q. I didn't think you were old enough to have a 32-year-
11      old daughter, but okay. Claudia Mariko?
12   A. Claudia?
13   Q. Yes.
14   A. Mariko?
15   Q. M-A-R-I-K-O, yes.
16   A. I know only one Claudia. She's a waitress here. I
17      don't know her last name.
18   Q. How about Cody Franklin?
19   A. Cody Franklin. She work for me. She's my employee.
20   Q. Okay. Now, Cody, C-O-D-Y.
21      Who or what is Lexi Drew?
22   A. It's a clothing store.
23   Q. Women's clothing store?
24   A. Yes.
25   Q. When was the last time you were in Hawaii?

## Page 10

1   A. Three years ago, or four years ago. I mean, when I
2      move here.
3   Q. So you haven't been back since you moved?
4   A. No. Since I moved here, I haven't been back. No.
5   Q. So you weren't there in July of 2017?
6   A. Honestly, I don't remember. July 2017?
7   Q. July of last year.
8   A. Oh, no, no.
9   Q. No? Okay.
10      Now, let's go through -- if you open the
11      binder that's in front of you. All of the exhibits
12      are tabbed. They'll be numbered on them somewhere as
13      well, but they're tabbed. So let's go to Exhibit 1.
14      (Deposition Exhibit No. 1, Order Granting
15      Trustee's Motion for Examination and
16      Production of Documents under Federal Rule
17      Bankruptcy Procedure 2004, was marked for
18      identification.)
19 BY MS. GOLL:
20   Q. This is an Order Granting Trustee's Motion for
21      Examination and Production of Documents under Federal
22      Rule Bankruptcy Procedure 2004; do you recognize this?
23   A. Yes.
24   Q. Did your attorney give you a copy of this after it was
25      ordered so that you could produce certain documents?

## Page 11

1   A. Yes.
2   Q. Now, we're going to go through -- actually, we'll go
3      through the next one when we go over that. So you did
4      receive this then?
5   A. Yes, I received, I received so much.
6   Q. All right.
7   A. Yes. I think I receive it. Yeah.
8      (Deposition Exhibit No. 2, Affidavit, was
9      marked for identification.)
10 BY MS. GOLL:
11   Q. So let's turn to Exhibit 2 now. Exhibit 1, part of
12      the order had required her to provide an affidavit.
13   A. I cannot read --
14      MR. KWIATKOWSKI: So I'm just telling you to
15      relax.
16      THE WITNESS: Oh, relax. Well, I just
17      heard -- I mean, I'm sorry, this may be off the
18      record, but I just heard your conversation earlier.
19      Was not about me. So I understood what we're doing
20      here. I just realized what you're doing. Actually,
21      you're trying to catch people who are lying, and using
22      the -- the bankruptcy lawyer. You're trying to catch
23      people who are lying, and trying to cheat the system,
24      yeah.
25 BY MS. GOLL:

## Page 12

1   Q. Well, no, what I'm trying to do here today is
2      ascertain your assets and your liabilities.
3   A. Yeah.
4   Q. I mean, you own a business, correct?
5   A. Yes.
6   Q. And there's a lot of things to do with the business as
7      far as how much the business is worth and --
8   A. Uh-huh.
9   Q. So that's what we're doing here today. Because at the
10      341 Meeting of Creditors which you attended, we only
11      have a very short amount of time.
12   A. Yeah.
13      MR. KWIATKOWSKI: So just be calm and
14      answer. Because I can tell you're very nervous.
15      THE WITNESS: Well, the reason why I get
16      nervous is after your conversation, I'm like, okay,
17      this is like, much more serious than what I was
18      thinking. You know, I don't want to -- you know, so,
19      I'm going to try to answer accurately, you know, as
20      much as I can.
21 BY MS. GOLL:
22   Q. Well, yes, you are under oath so it's best that you do
23      that.
24      Let's go back to Exhibit 2. Exhibit 1
25      required you to provide an affidavit for any documents

3 (Pages 9 to 12)

## Page 13

1  that you were unable to produce.  Now, Exhibit 2 is an
2  Affidavit of Gerard N. Marti.  Do you recognize this?
3  A.  Yes.
4  Q.  Did you prepare this?
5  A.  I haven't give it to you yet?  All of this?
6  Q.  Uh-huh.
7  A.  Okay.  Well, I don't know.
8  Q.  You don't know if you -- did you prepare this or did
9  you help your attorney prepare this?
10  A.  Well, I give my attorney every single document that I
11  could find that you requested.
12  Q.  Okay.
13  A.  There is, you know, like you mentioned earlier.  You
14  mentioned Hawaii.  I used to live there.  I used to
15  have a storage space there.  And because I couldn't
16  pay the rent, the storage space was sold.  I mean, the
17  content of my storage space was sold as an auction so
18  I lost a lot of paperwork.  I lost my family pictures.
19  I lost my kid pictures when they were little.  So if
20  there is anything in there that was in my storage, I
21  would not be able to provide it.  That's what I'm
22  trying to explain.
23  Q.  Okay.  Well --
24       MR. KWIATKOWSKI:  I drafted the affidavit
25  and Gerard reviewed it, so.

## Page 14

1  BY MS. GOLL:
2  Q.  Let's go to the next to the last page.  It's going to
3  be -- at the bottom, it'll say page 9 of 10.
4  A.  Nine of ten, yeah.
5  Q.  Is that your signature?
6  A.  It is my signature.
7  Q.  Okay.  We're going to go through this.  Starting from
8  the beginning, just so that we -- I can ask you
9  certain questions about these.  Now, the first thing
10  that you're required to produce was a detailed profit
11  and loss statement for the business for 2016 and 2017
12  through the date of filing.
13       Now, your answer was the document was
14  provided.  I didn't actually see in the documents a
15  profit and loss statement other than some documents
16  that were labeled as  they were QuickBooks documents.
17  There wasn't an actual profit and loss statement.
18       Do you have profit and loss statements that
19  were prepared by an accountant?
20  A.  No.
21  Q.  No?
22  A.  I don't have an accountant right now.
23  Q.  All right.  Now, the balance sheet for 2016 and 2017
24  through the date of filing.  Again, it says documents
25  provided.  Now there was something that was labeled as

## Page 15

1  a balance sheet that basically had all of the
2  information.  We'll be getting to that.  One of them
3  is -- let me see.  In here somewhere -- as one of the
4  exhibits, it'll say -- it says balance sheet on it.
5  Exhibit 18 is an example.  You don't have to look at
6  that now.  It says balance sheet and basically what it
7  is is it goes through all of the general ledger
8  information.  Did you ever have prepared by an
9  accountant, or by anyone, just a balance sheet
10  showing -- saying these are my -- this is my income,
11  this is my liabilities, these are my assets, that type
12  of thing?
13  A.  (No response.)
14  Q.  No?  You need to --
15  A.  Yes, I mean, no, no.
16       Can I say something?  You know, everything
17  you asking me right now, it's take me if I start
18  talking to you in French.  You're not going to
19  understand anything and we're going to go nowhere.  I
20  am not really good at the paperwork.  I have a
21  bookkeeper that I hire when I take the business over,
22  and she's trying to sort up this whole thing.  So --
23       MR. KWIATKOWSKI:  A lot of the documents --
24       THE WITNESS:  One of the reason is because,
25  first of all, I don't speak English very, very well.

## Page 16

1  I mean, I have a basic vocabulary, but all of the
2  words that you're using in these questions is like
3  totally foreign to me.  So I am very afraid that I'm
4  going to -- that I don't understand everything you ask
5  me.  Because, you know, a ledger, I have no idea what
6  you're talking about.
7  Q.  Well, we hadn't gotten to the general ledger yet, but
8  the general ledger has information on it.  If you look
9  at Exhibit 16, if you want to flip to that.
10       (Deposition Exhibit No. 16, General Ledger,
11       was marked for identification.)
12  BY MS. GOLL:
13  Q.  That's an example of a general ledger.  It says
14  general ledger up on it Robert Kidd Gallery General --
15       MR. KWIATKOWSKI:  Actually, it says balance
16  sheet.
17       MS. GOLL:  Wait.  Mine says general ledger.
18  Does it start with, very first thing, deposit 6/28/16?
19       MR. KWIATKOWSKI:  No.  It says balance
20  sheet, Exhibit 16, assets.
21       MS. GOLL:  And then the very first thing
22  should say 6/28/16?
23       MR. KWIATKOWSKI:  Yeah.
24       MS. GOLL:  Yeah.
25       MR. KWIATKOWSKI:  Deposit.

Page 17

1          MS. GOLL:  Yes.  That's weird that says
2    balance sheet, mine says general ledger, it's the
3    exact same thing.  Oh well, all right, that's okay.
4          MR. KWIATKOWSKI:  Yeah, that says
5    Robert Kidd Gallery, Balance Sheet as of December 31,
6    2016.  And just so you're aware, Mr. Marti and I
7    requested these documents from the gallery's former
8    owner because that's who put all of this together.
9    And I think she gave it to you also.
10          MS. GOLL:  Well, she wouldn't have been able
11    to put together anything since he took over the
12    business July of 2017.
13          MR. KWIATKOWSKI:  Which was, yeah, July.
14    Right.
15          MS. GOLL:  So, again, it says documents
16    provided for the balance sheet for 2016 and for 2017
17    through date of filing.  So, and it said, documents
18    provided, but that wasn't.  So that's why I'm asking.
19    He said that he doesn't know what a balance sheet is.
20          THE WITNESS:  Well, when I look at this, for
21    me, I would tell you that's Hebrew for me, really.
22    BY MS. GOLL:
23    Q.  So did you tell your attorney that you didn't
24    understand what a balance sheet was or what a detailed
25    profit and loss statement was so that they could be

Page 18

1    explained to you?
2    A   No.
3          MR. KWIATKOWSKI:  Well, you can't really ask
4    him what he asked his attorney, so I'll object.
5          MS. GOLL:  Yeah, okay.  After he already
6    answered.
7    BY MS. GOLL:
8    Q.  All right.  So an accounts payable statement, do you
9    understand what an accounts payable statement is for
10    the business?
11    A.  I suppose that this is the bill that I have to pay.
12    Q.  Correct.  Just written all out.
13          Now, you've got down here that you provided
14    a list of artists within Schedule E/F, that are owed
15    trust fund monies for the sale of consignment goods.
16    And then you've got some MCL statutes on here.  Do you
17    know what MCL statutes are?
18    A   No.
19    Q.  Why would you have that in your affidavit?  This was
20    an affidavit that you were preparing with the
21    assistance of your attorney, but just said whether or
22    not you provided something and --
23    A.  Well, can you -- I assume that MCL stand for
24    something, what it stand for?
25    Q.  Michigan Compiled Laws.  They're statutes.

Page 19

1    A.  Okay.  I have never known about this.
2    Q.  So you wouldn't know what MCL 440.2326 subparagraph 4
3    is?
4    A.  No.
5    Q.  Or MCL 442.311 subparagraph G?
6    A.  No.
7    Q.  Number 5 was an assets list on the date of filing.
8    Now, you've provided, in here, your answer is, you
9    provided a picture of all works of fine art that is
10    currently held in the gallery, and that the only other
11    assets have been viewed by the trustee upon a visual
12    inspection, and consists of furniture and office
13    equipment.  Is that accurate?
14    A.  Yes.
15    Q.  Let me see where is -- if you turn to Exhibit 25
16    really quick.
17          (Deposition Exhibit No. 25, Consignment
18          Artwork Pictures, was marked for
19          identification.)
20    BY MS. GOLL:
21    Q.  Do you recognize Exhibit 25?
22    A.  Yes.
23    Q.  Is this the pictures that were in question?
24    A.  This is a picture of all of the artwork we have on
25    consignment from artists in the gallery.

Page 20

1    Q.  Okay.  So you only have artwork that is for sale?
2    A.  We sell art.  Yeah, artwork, I mean couture painting,
3    print, but, yeah -- artwork.
4    Q.  What about collectibles?  We had a big to-do when we
5    were at the artwork gallery about the records that
6    were on the wall and --
7    A.  Yes.  I have five or six records who come from a
8    former customer of mine, from when I was having a
9    gallery in Hawaii.  His name is Rick Jackson and he is
10    having some financial difficulties, and he asked me to
11    sell his collectibles for him.  Since he bought it
12    from us, you know, years and years ago, I'm talking
13    like 15 years ago, I decide to help him.  And I have
14    the work -- I mean the piece in the gallery.  So far,
15    we haven't sold it yet.
16    Q.  So the pictures that you provided those are actually
17    owned by the gallery?  Those aren't on consignment?
18    A.  Pictures of what?
19    Q.  All of these pictures, the artwork.
20    A.  All of these pictures are owned by the gallery.
21    Q.  Are owned by the gallery, okay.
22    A.  Only the gold album that you talk about, that you saw
23    in the downstairs office, belongs to Mr. Rick Jackson.
24          MR. KWIATKOWSKI:  You have to listen to her
25    question.  She's asking are these things owned by the

5  (Pages 17 to 20)

## Page 21

1    gallery or are they on consignment?

2    A. Oh, no. This is all on consignment.

3    Q. All on consignment.

4    A. Yeah.

5    Q. But you included it as assets of the business. Why

6    wouldn't you have included things like those gold

7    records?

8    A. Because they don't belong to the gallery. They belong

9    to somebody who give -- oh, okay, when you ask

10    me -- well, you don't, but I understood that I was

11    supposed to provide picture of all of the artwork on

12    consignment. Memorabilia, I'm sorry, but I don't

13    consider it artwork. I consider that collectibles.

14    So I don't mention it. But, you know, you have to

15    know something. These albums have been seized or,

16    seized or garnished, garnished by Miller, which is Mr.

17    Miller, which is the attorney for Deborah Barnes. He

18    took them then he brings them Deborah Barnes, which

19    is one of my creditor. When this whole thing started,

20    he came, somebody came, a sheriff, and took them away.

21    Then I provide the proof that it was not ours and they

22    bring them back.

23    Q. So it was just a misunderstanding as far as what the

24    assets meant?

25    A. Yes.

## Page 22

1    Q. So you provided the pictures of the artwork, but not

2    the memorabilia.

3    A. Yeah, I misunderstood the question.

4    Q. All right. Because we did ask previously for copies

5    of a list of all of the things that you had on

6    consignment.

7    A. I have a consignment agreement --

8    Q. Oh, I'm just saying that could be what you took the

9    pictures for. That's what I was thinking you took the

10    pictures for. So you thought that this was just part

11    of the assets?

12    A. Yes. I mean, no. The gallery doesn't really have any

13    assets. The gallery have art on consignment and

14    obviously what we call memorabilia. I mean, six of

15    them. Probably I misunderstood and I don't provide.

16    I don't put them on the list of the consignment goods,

17    I guess.

18    Q. Just so I'm clear. All of these pictures -- all of

19    the artwork on the walls are on consignment?

20    A. Yeah. I asked somebody to take a picture of every

21    single thing that was in the gallery, on the back

22    storage, everywhere.

23    Q. So none of the artwork or memorabilia in the gallery

24    is owned by the business?

25    A No.

## Page 23

1    MR. KWIATKOWSKI: Except for your pictures.

2    MS. GOLL: I'm sorry. Please don't testify.

3    THE WITNESS: Which picture?

4    MR. KWIATKOWSKI: Your artwork.

5    MS. GOLL: Sir, please don't testify. Don't

6    tell him the answers. He's already answered twice.

7    Don't try to correct his answers and put something in

8    his mouth.

9    BY MS. GOLL:

10    Q. Then the last two years of bank statements for any and

11    all accounts opened in the last two years for the

12    business, and copies of all canceled checks or legible

13    check registers, or ledgers, if canceled checks are

14    not available. And the two-year look-back period was

15    supposed to begin the date you filed, which I believe

16    was December, or not December, I'm sorry, November 15,

17    2017.

18    Now, you indicated debtor provided bank

19    statements and ledger. Now, the bank statements some

20    of them only went back to June of 2017. Some of them

21    went back to January, or, I'm sorry, June 28, 2016.

22    And some of them are just for 2017, July 2017 on.

23    Was there a reason none of the 2015's were

24    provided.

25    A. Probably because I couldn't find it.

## Page 24

1    Q. Couldn't find it? Okay. Did you contact the bank and

2    ask to get copies of the bank statements?

3    A. Yes, they give me a bunch of copies and I thought that

4    it was, you know, including everything.

5    Q. So you did go to the bank and get copies of bank

6    statements?

7    A. And my former partner also did, I think, because some

8    of this, at the time, she was, you know, in charge.

9    And I know she asked copies to the bank, and she

10    provided to Scott, I think.

11    Q. Now, the next one I want to look at is No. 8. It says

12    copies of the most recent financial statements. It

13    says that you do not have in or -- in your control or

14    your agents control a recent financial statement.

15    Have any financial statements been prepared in the

16    last two years?

17    A. I don't know.

18    Q. When you purchased the business, was there a financial

19    statement prepared?

20    A. I don't know.

21    Q. If you don't know, you don't know

22    A. Yeah, well...

23    Q. Copies of all reports of any money and other

24    consideration dispersed to shareholders, partners,

25    members, from 2012 to present. That's No. 16. Now,

## Page 25

1  your answer on this was you procured the last two
2  years' financial records, but you don't have business
3  records going back to 2012 because the LLC did not
4  exist until 2014?
5  A  Yes.
6  Q  So 2012 through to -- up to 2014, obviously you
7  wouldn't have.  But then it says that you made a
8  request from the former member of the -- sole member
9  of the LLC, for the documents, and you didn't receive
10  any documents; is that correct?  You didn't receive
11  any documents regarding any --
12  A  That's correct, yeah.
13  Q  When did you purchase the business?
14  A  From my former partner?
15  Q  Yeah.
16  A  I think in July.  I don't remember the date exactly.
17  Q  July of 2017?
18  A  I think so, yeah.
19  Q  So July of 2017, after you purchased the business,
20  through November 15th of 2017.  Your partner wouldn't
21  have been able to provide those documents, former
22  partner, you would have.
23  Scott, are you okay?
24  MR. KWIATKOWSKI: Yes, I'm just stretching.
25  (Discussion off the record.)

## Page 26

1  BY MS. GOLL:
2  Q  Since you've purchased the business, have you paid
3  yourself any money, other than your paychecks, from
4  the business?  Have you taken any money from the
5  business besides your paychecks?
6  A  That happened a couple of times.
7  Q  A couple of times?
8  A  Yes.  I mean, maybe more.  Sometimes I have artists
9  who want to be paid in cash, so I have to go to the
10  bank to --
11  Q  Oh, no, no.  This money for yourself.  That you
12  paid to yourself.
13  A  Oh, no, no.
14  Q  So you haven't made any dispersements to yourself,
15  taken any money, other than your paycheck from the
16  business?
17  A  No.  If I took any money from the company, it's always
18  to pay someone.  Sometime I have artists who want to
19  be paid by cash because they give me a better deal if
20  I pay cash.  And sometime I would acquire artwork from
21  some artists for cash or so because they give me a
22  better price.
23  Q  Okay.  So but you haven't taken any of the money for
24  yourself.  Would you -- when you --
25  A  Sometime when I take money from the company to buy --

## Page 27

1  for example, let's say that, you know, let's say that
2  you want this piece of art that I really like here,
3  and I want to buy it from you.  If you tell me, well,
4  you know, you want to buy it from me, I give it to you
5  for $2000 cash, you know.  Well, I would go to the
6  bank, I would get the money, and I would give it to
7  you because I --
8  Q  No.  That's understandable.  I'm just saying you
9  didn't pay yourself any money, take any money for
10  yourself, other than your wages.
11  A  Yeah, no.
12  Q  All right.  So any cash withdrawals from the business
13  would've been to buy art -- pay someone for the
14  artwork.
15  A  To pay somebody or buy something.
16  Q  Now, when you do something like that, when you see a
17  piece of art that you want, that you like, and you
18  want in the gallery, and you give the artist cash for
19  it, so you give the artist cash and he gives you the
20  painting.
21  A  Yes.
22  Q  So wouldn't the gallery own the painting then?
23  A  Well, usually when I do that it's because I already
24  sold the pending.
25  Q  Oh, okay.

## Page 28

1  A  Like, for example, this one that I keep looking at, if
2  one day, you want to sell it, give me a call, because
3  I can probably sell this for like $12,000 to someone
4  that I know, and I would give you probably $2,000.
5  I'm just kidding.  But that's what we do sometime.
6  That's what we do sometime.  If you call me and you
7  say, Hey, I want a piece of art with Malcolm X picture
8  on it, I would look for it and when I find it, I would
9  buy it from you and sell it to my client.
10  MS. GOLL:  Off the record.
11  (Discussion off the record.)
12  MS. GOLL:  Back on the record.
13  BY MS. GOLL:
14  Q  And then 17 would go along with 16, about no money
15  going to you.
16  Now, the business leases 107 Townsend
17  Street, correct?
18  A  Correct.
19  Q  Has it leased any other property that you're aware of
20  in the last -- since 2014?
21  A  The company?
22  Q  Yes.
23  A  No.
24  Q  Did the business have a storage unit anywhere?
25  A  No.  Storage is in the same location.

Page 29

1  Q.  All right.
2  A.  At some point, I want to precise (sic) something
3      because I don't know where your question's going to,
4      but at some point, my former partner, Jennifer, helped
5      me with the gallery money to pay my storage in Hawaii.
6  Q.  Oh, okay.  Yeah, that's actually not -- we'll go over
7      it, if I asked this question a little later.  It
8      doesn't have anything to do with your storage unit in
9      Hawaii.
10         Now, the 2017 tax returns for the business,
11     you said you don't have an accountant, so have they
12     been prepared yet?
13 A.  Well, I have a bookkeeper and she's in contact with a
14     CPA called Paul Goodman, who's supposed to do my
15     accounting, but they asked me for a retainer of $5,000
16     and I don't have it right now.  So I am trying to
17     negotiate with them to put a deposit down so they can
18     start to do my taxes, and I'm going to pay the balance
19     whenever I can.
20 Q.  Do you anticipate having to get an extension for your
21     2017 taxes for the business?
22 A.  I have to.
23 Q.  Now, Nos. 27 through 29, I had asked for copies of the
24     Facebook page name.
25         MR. KWIATKOWSKI: Hang on a second.

Page 30

1          MS. GOLL: Oh, sorry, we're still on
2      affidavit.
3          THE WITNESS: Oh, okay.
4          MS. GOLL: It's the fourth page.
5  BY MS. GOLL:
6  Q.  It's 27, 28 and then 29.  I had asked for the
7      business's Facebook page, Twitter name, LinkedIn user
8      name, and all the logins and passwords for them.  Now,
9      you didn't provide them and said that they're all on
10     public settings so I could get all the information.
11     Since the bankruptcy has been filed, have you deleted
12     anything from the business's Facebook page?
13 A.  I am not handling the Facebook page.
14 Q.  You what?
15 A.  I am not handling the Facebook page.
16 Q.  Who handles the Facebook page?
17 A.  Well, before, it was Jennifer Vinklarek, my former
18     partner.  And now, I have Cody Franklin who's doing
19     social media.  She's handling the Facebook page, the
20     Instagram, and all of the social media for the gallery
21     because she's young and she know better.
22 Q.  So you don't have any control over -- you haven't gone
23     in and deleted or had her delete anything from
24     Facebook, from Twitter or LinkedIn?
25 A.  From the business?

Page 31

1  Q.  Yes.
2  A.  No.  I mean, I delete some stuff from my personal
3      sometime, but not from the business.
4  Q.  So since you filed bankruptcy, have you deleted
5      anything from your personal Facebook page?
6  A.  Yeah, yes.  A picture of a girlfriend that I don't
7      want to see anymore.
8  Q.  Anything else?
9  A.  I mean, it's a very broad question.  I don't remember.
10 Q.  It's not very broad.  Since November 15th, so just a
11     few months ago, have you deleted anything from
12     Facebook, other than the picture of your ex-
13     girlfriend.
14 A.  I don't remember.
15         MS. GOLL: Scott, now you see why I wanted
16     to have the passwords, so we could go back and check.
17         MR. KWIATKOWSKI: You can still check if
18     it's public.
19         THE WITNESS: Yeah, but, I'm sorry, I --
20         MS. GOLL: Not if it's been deleted.  We
21     can't check for deleted stuff.
22         MR. KWIATKOWSKI: That's a privacy concern
23     on my part because he --
24 BY MS. GOLL:
25 Q.  What about Twitter?  Have you deleted anything from

Page 32

1      Twitter?
2  A.  I don't even go on Twitter.  My employee goes, but I
3      don't go on Twitter.
4  Q.  So you don't go on it -- you don't have a personal?
5  A.  No.  If I have one, I don't really go in it because
6      it's not helping anything.  I mean it's not helping my
7      business, you know.
8  Q.  All right.
9  A.  For example, you know, I am one of the artists in the
10     gallery so sometime I post my new pieces, or my new,
11     whatever, creation, on my personal one --
12 Q.  Personal Twitter?
13 A.  No, not Twitter.
14 Q.  Facebook?
15 A.  But on social media in general.  Okay.  Let's say that
16     last night I did a painting that I'm very happy about.
17     I'm going take a picture.  I'm going to put it on my
18     personal Facebook page.  I'm going to put it on my
19     personal Instagram to show my friend.  And let's say
20     that a month later, I don't like it anymore, well, I
21     might delete it.  I mean, you know, that's what social
22     media is about.
23 Q.  What about LinkedIn?  For your personal LinkedIn, have
24     you deleted anything since November 15th?
25 A.  No, I barely go on LinkedIn.  I should actually,

8 (Pages 29 to 32)

Page 33

1    because it's very good, but.
2  Q.  All right.  Now, does the LLC have any patents,
3      copyrights or intellectual properties?
4  A.  No.
5  Q.  And according to your affidavit, the safety deposit
6      box doesn't have any -- or, I'm sorry, the business
7      doesn't have a safety deposit box, correct?
8  A.  I don't have one.  Never did.
9  Q.  No, the business.
10  A.  Oh, no.
11  Q.  What about any foreign bank accounts?  Does the
12      business have any foreign bank accounts?
13  A.  No.
14  Q.  Now, we had requested a list of all consigned goods
15      with their owner's name and contract information.
16      Now, you had provided the contracts, and then you did
17      provide a list that appeared to be a list from the,
18      when you purchased the business, of consigned goods.
19      Let me see.  I'm trying to find it.  Sorry.  It's
20      Exhibit 27.
21          (Deposition Exhibit No. 27, Consignment
22          Schedule to Purchase Agreement and Gerard
23          Marti Personal Guaranty, was marked for
24          identification.)
25  BY MS. GOLL:

Page 34

1  Q.  Now, this appears to be -- it's got your initials and
2      Jennifer's initials, and there's a copy of this
3      attached to the purchase agreement.
4  A.  Yeah, this is the art was on consignment in the
5      gallery when we, when we acquired it.
6  Q.  This says it's a consignment schedule.  Now, looking
7      at it, there's only artwork.  I don't see anything on
8      here for the guitars or the records or anything like
9      that.  And also, we'll go through some of the
10      consignments.  But the consignments, all it was for,
11      that I saw, was for artwork, glass, sculptures,
12      things like that.
13          So do you have any documents for the
14      consignment for things that aren't what you consider
15      artwork?
16  A.  Yes, I do.  And I think I provide it.  I mean --
17  Q.  The consignment stuff that was provided was just for
18      artwork.
19  A.  You don't have a consignment agreement from a
20      gentlemen called Rick Jackson?
21  Q.  No.  I don't recall seeing one from Rick Jackson.
22  A.  Because that's the only person who gives us his
23      artwork for sale.
24      MR. KWIATKOWSKI:  I think there -- that name
25      rings a bell when I was going through it.

Page 35

1      MS. GOLL:  Yeah, Rick Jackson does ring a
2      bell because there is some stuff about Rick Jackson,
3      but I didn't see any consignment from him.
4  BY MS. GOLL:
5  Q.  So Rick Jackson, he's consignment and consigned the
6      records?
7  A.  The gold album, Jimi Hendrix, Beatles, Cream,
8      Led Zeppelin.
9  Q.  Hendrix, Beatles --
10  A.  One, two, three -- seven of them.
11  Q.  Cream, I'm sorry, you said, the Beatles, Cream and --
12  A.  The Beatles, Cream, Led Zeppelin, and three
13      Jimi Hendrix.
14  Q.  Okay.  Three Hendrix.
15  A.  To answer more precisely to your question, when
16      Jennifer and I took over this gallery, this gallery
17      was doing mostly fine art.  Painting, original
18      paintings, couture.  When we took the gallery over, we
19      decide to bring some kind of a different artwork.  So
20      there is a lot of artists that I provide to you as a
21      list after that are artists that I found, and would've
22      been added to the roster of artists we already have.
23  Q.  Now, you keep saying "we," when Jennifer and you took
24      the business over.
25  A.  Yeah, like, for example, you know, after we took over,

Page 36

1      she went online, and she find a couple of artists that
2      she liked, so we contacted them, and we decide to
3      carry their work.
4  Q.  Well, you keep saying, we decided.  Did you have a say
5      in the decision making?  Were you her partner?  Did
6      you have an interest in the business at that time?
7  A.  No, she was the owner of the company, but, you know,
8      she trusts my judgment because I had been in the art
9      business for 20 years and it was new for her.
10  Q.  So you helped make the decisions for the company as
11      far as artists and stuff like that?
12  A.  Yeah, she run by me, check the quality of the art, if
13      she think that, you know, she see something that we
14      can sell or not.
15  Q.  But you didn't have an interest in the building, I
16      mean, in the business.  I keep saying building.
17      Sorry.  In the business?
18  A.  No.
19  Q.  All right.  So you weren't business partners?
20  A.  No.  I know that some people thought I was because I'm
21      standing in this gallery seven days a week, but, no.
22  Q.  And that changed when you bought the business in July
23      of 2017?
24  A.  We just add some new artists to the artists they
25      already have.  This gallery's been there since 19 --

## Page 37

1  Q.  No, no.  But you, you said, you and Jennifer were not
2     partners and you weren't an owner of the business
3     until you purchased it from her in July of 2017.
4  A.  Yes.  Yes.
5  Q.  Just so the record's clear that you --
6  A.  Yes.
7  Q.  All right.  So let's go back here then to Exhibit 2
8     because we're going to -- all right, now, for your
9     personal, it started with No. 41, and we requested
10    copies of the statements for any and all financial
11    accounts which are in your name?
12 A.  Yes.
13 Q.  Or which were in your name individually or jointly, or
14    for which you were a signatory for any and all
15    accounts opened in the last six years.  And then
16    copies of canceled checks or a check register, if the
17    ledgers weren't available.  And then that was -- the
18    six-year look-back period started November 15, 2017,
19    when the case was filed.
20       Now, your answer to this was you provided
21    bank statements within your custody, control, and that
22    you do not have the financial ability to order old
23    statements or checks.  Now, the bank statements that
24    you provided started in August 18th, 2017, and then
25    through December of 2017, the beginning of January

## Page 38

1     2018.  The bank account that you provided it was for
2     account ending in 6995.  It was a Chase account.  Now,
3     did you attempt to -- did you contact the bank and ask
4     them for copies of the bank statements prior to August
5     18, 2017?
6  A.  Can you repeat the question because --
7  Q.  Okay.  Your personal bank account at Chase --
8  A.  Yes.
9  Q.  -- that ends in 6995 --
10 A.  Yes.
11 Q.  -- you only provided statements going back to
12    August 18, 2017.  So August of last year, the middle
13    of August last year.  You were supposed to provide
14    them for the last six years, or if they hadn't been
15    open for that long, up to when the account was opened.
16 A.  Yes.
17 Q.  Why didn't you provide the statements?
18 A.  I don't know.  I asked the bank for my statement, and
19    it was give me -- but, you know, six years before, I
20    was living in Hawaii.  My bank was Bank of Hawaii.
21    And I don't have all of these records from Bank of
22    Hawaii.
23 Q.  But right now, I'm talking about the Chase account
24    that you provided.
25 A.  The Chase, yeah, yeah.

## Page 39

1  Q.  Did you go to the bank and get copies, or try to get
2     copies?
3  A.  I asked and I thought you had them.
4  Q.  Well, you only had them going back to August 18th of
5     2017, for your personal account.  That's what was
6     provided.  Do you have them going back further?
7  A.  I don't know.  If they don't give it to me, I asked
8     all of my statements.  And if it's not part of what I
9     provided, you know, they don't give it to me.  I can
10    ask again.  I don't know.
11 Q.  So you did go to the bank and try to get them?
12 A.  Yeah, I mean, I opened.
13 Q.  Okay.  When they gave you the statements, did you look
14    to see what statements they had provided?
15 A.  No.
16 Q.  Didn't you think it was odd that it was very, very
17    light.  There was very few documents.
18 A.  I didn't think.  I don't know.  I really didn't pay
19    attention to the thickness of the pile they gave me.
20 Q.  Then on your affidavit, why did you say then
21    that -- let me go back to it, you didn't mention that
22    you had gone and tried to get them, or that you had
23    got them.  You said you don't have them, and that you
24    didn't have the financial ability to provide the
25    statements.

## Page 40

1  A.  What I was talking about when I give this answer was
2     all of this record that you asked me for six years
3     ago, like I told you earlier, all of my bank boxes
4     were in the storage in Hawaii.  So if you ask me for
5     my bank statement for six years ago, I don't have it.
6  Q.  Okay.  I'm not talking about the bank statements from
7     six years ago though, the Bank of Hawaii statements,
8     I'm talking about --
9  A.  Yeah, you asking for Chase, yeah.
10 Q.  -- Chase.
11 A.  Chase, I opened the bank account when I moved to
12    Michigan, you know.  When I moved from Hawaii, I
13    opened a bank account, you know, and when you
14    requested the document, I asked them to provide me
15    with my statement from day one, and obviously, if you
16    say that they don't give it to me, well, they don't
17    give it to me.
18 Q.  Did you tell them how far back you needed them?
19 A.  I might not have precisely the date.  I asked I need
20    my bank statement for my lawyer, and that's all I
21    said.
22 Q.  So you can get the statements from the time the
23    account was opened until August 17, 2017?
24 A.  Well, I suppose, yeah, I mean, if I ask them, I don't
25    see why they would not give it to me.

## Page 41

1   Q. All right. And you said you also had a Bank of Hawaii
2     account?
3   A. Yes. When I was living in Hawaii, I was at Bank of
4     Hawaii.
5   Q. When did you close that out?
6   A. I don't think it's closed. I think there is maybe $10
7     on it. I think it's still going on.
8   Q. Are you still receiving statements from them?
9   A. No.
10   Q. Did you change your address with them?
11   A. No. When I moved from Hawaii, I just move here and
12     start working in this gallery, and that's all I did.
13     I don't know how long I was going to stay here so.
14   Q. Did you contact the bank to find out how much it would
15     cost to get the statements?
16   A. No. Actually, I think, yeah, I think I did, and they
17     still -- I am not sure. Yeah, I'm not sure because I
18     have no idea.
19   Q. Now, we also asked that you provide copies of your
20     2012, '13, '14, '15, '16, and '17, when the '17 was
21     completed, copies of your federal and state income
22     taxes with all schedules, statements and worksheets.
23     You provided us with a copy of 2016 transcript from
24     the IRS, but none of the other 2012 through 2015 tax
25     returns. When you requested your 2016 transcript why

## Page 42

1     didn't you also request the '12 through '15?
2   A. They told me they couldn't find me.
3   Q. They couldn't find -- what, your taxes?
4   A. Well, I ask -- no, I ask the IRS to provide me with
5     it, and they say that they couldn't find me.
6   Q. So did you actually file your tax returns in '12, '13,
7     '14 and '15, your personal returns?
8   A. Probably. I don't know.
9   Q. But the IRS couldn't find the returns?
10   A. Yeah, I provide you with the answer.
11     THE WITNESS: Remember they say, they give
12     me, they send me a letter saying that they couldn't
13     find my --
14     MR. KWIATKOWSKI: I think we provided it to
15     you.
16     MS. GOLL: He provided the '16, that was it.
17     THE WITNESS: But I think --
18     MR. KWIATKOWSKI: Okay. Well, we were -- we
19     had requested some of the other ones, and were going
20     back and forth with the IRS. So, it wasn't saying
21     that they -- and I'm going from memory --
22     MS. GOLL: Uh-huh.
23     MR. KWIATKOWSKI: -- it wasn't saying that
24     they didn't have returns on file, but there were
25     problems with the addresses matching up, et cetera, to

## Page 43

1     be able to get the returns.
2     MS. GOLL: That's strange. Usually, they
3     just pull it by a social security number.
4     MR. KWIATKOWSKI: I agree, but we tried to
5     assist him to get the '15, I know, because that was
6     something that was required for the 341. And my
7     assistant was helping Mr. Marti with that, and he
8     literally, I think, went to Pontiac to try and pull
9     that return because we kept getting the -- not saying
10     there was no return on file, just saying the
11     information you provided doesn't allow us to give it
12     to you. We've sent a copy to Mr. Marti and to you, et
13     cetera, so I'm not sure.
14   BY MS. GOLL:
15   Q. Mr. Marti, did you do a form 4506 to request it?
16   A. They asked me to -- I think they asked me, yeah, they
17     asked me for my new address, and I provide it. But I
18     never receive anything else.
19   Q. Now, 44, had requested a detailed list of artwork
20     owned by you within the last six years, including
21     works by the debtor or by other artists. So you
22     haven't owned any artwork yourself in the last six
23     years?
24   A. No. I have paintings for my kids.
25   Q. Well, your answer was the only artwork owned by the

## Page 44

1     debtor in the last six years are artwork done by his
2     children --
3   A. Yeah.
4   Q. -- none of whom are professional artists. The only
5     other artwork owned has been produced by the debtor
6     and the trustee is in possession of the list.
7     (Deposition Exhibit No. 29, June 7, 2015
8     List of Artwork, was marked for
9     identification.)
10   BY MS. GOLL::
11   Q. Now, is Exhibit No. 29 the list that you're talking
12     about?
13     MR. KWIATKOWSKI: Over here.
14     THE WITNESS: Okay.
15   BY MS. GOLL:
16   Q. It's Exhibit 29. It says Robert Kidd Gallery. And
17     the first page is dated June 7, 2015. It says list of
18     canvas prints by G. Marti owned by Robert Kidd
19     Gallery.
20   A. Yes.
21   Q. Okay. So these are the --
22   A. This is my work.
23   Q. This is the artwork. So you painted or produced all
24     of this and then gave it to the gallery?
25   A. Not exactly. All of this are print. So this is my

11 (Pages 41 to 44)

Page 45

1    artwork that I created, but there is no original.
2    This is all print. So the print are paid by -- the
3    printing is paid by the gallery. The framing is paid
4    by the gallery. The shipping is paid by the gallery
5    because some of these prints are made in Hawaii, to my
6    old printer, because they have the file over there.
7    So it's my work, but physically it's owned by the
8    gallery. It's like, for example, if I design this
9    pair of glasses, and, you know, and the gallery sell
10   it. It's my design, but it's the gallery ownership.
11   Q. So say, let me see, the list on here, where did it go?
12   Thirty-four, no, no. Yeah, Ziggy Stardust. That's a
13   picture of David Bowie dressed as Ziggy Stardust?
14   A. Twenty-four?
15   Q. Thirty-four.
16   A. Let me see. Ziggy Stardust. No, that's -- I think
17   this one is a set of four portraits of David Bowie in
18   the make-up of Ziggy Stardust.
19   Q. So it's four pictures on one sheet?
20   A. Actually, no, four different sheets and it's printed
21   on aluminum.
22   Q. So you took the pictures of Bowie and then --
23   A. No, I don't take the picture. I wish I were. I asked
24   a photographer, called Mick Rock, who actually took
25   this picture of David Bowie in the make-up to use his

Page 46

1    pictures to do some artwork, and he authorized me, and
2    I did.
3    Q. So he sent you the pictures and then you have them
4    scanned somewhere and do the artwork?
5    A. Basically, yeah. We have them scanned, and I change
6    the color. I do some artwork on it, and we print it.
7    I mean, the gallery print it and the gallery sell it.
8    Q. But you're the one that has the rights to the
9    pictures?
10   A. No. Mick Rock has the right. He owned the pictures.
11   Q. Well, Mick Rock gave you the right to use it in your
12   art?
13   A. Yes, yes. He owned the copyright.
14   Q. Okay. And he gave you the authorization to use it.
15   Not the business?
16   A. Yeah, I have to ask authorization to the person, to
17   the photographer.
18   Q. The next page is the same list dated May 8, 2016.
19   A. Uh-huh.
20   Q. That's the last year we have for the list. The next
21   one we have it's 2014. Now, is this still an accurate
22   list? Because, like, it says number 27 is sold,
23   number 28 is sold.
24   A. Wait, wait, wait. Twenty-seven -- yeah, this one was
25   sold. Yeah, this is two print were sold, yeah.

Page 47

1    Q. So do you have any -- have you added any new canvas
2    pictures, however you want, artwork --
3    A. Yeah, prints.
4    Q. -- since May 8, 2016?
5    A. Yes. I do artwork every day.
6    Q. See the list though is only through May 8th of 2016.
7    It's not a current list that you're supposed to
8    provide. Do you have a current list?
9    A. Well, a list of what?
10   Q. Of the artwork that you produced and then is in the
11   gallery.
12   A. Well, I don't have anything really new now. I mean,
13   everything was in the gallery. All of this was
14   created years ago. Like, for example, the
15   Channel Five. I created this painting for Paris
16   Hilton like six or seven years ago. She bought the
17   original. And now, I'm making print. So, you know, I
18   can make print any day of the week. You know, I don't
19   know how to explain that.
20   Q. No. I understand that you can just go and print off
21   another one and put it up.
22   A. Yeah, I just have to --
23   Q. My question is -- you said you've been adding to it,
24   adding new artwork.
25   A. Yes.

Page 48

1    Q. Since May 8th of 2016.
2    A. Yes.
3    Q. But I don't have a list -- you're supposed to provide
4    a list of that.
5         MR. KWIATKOWSKI: There's pictures of all
6    his work that's in the gallery. That's part of the
7    pictures.
8         THE WITNESS: Yeah.
9    BY MS. GOLL::
10   Q. Okay. Well, you understand a picture of something is
11   different than a --
12   A. Well, for example, okay, I understand your question
13   now. There is a difference between creating the
14   artwork and make the reproduction. So, for example,
15   right now, I am working on a couple of painting in my
16   house -- well, I'm not finished. So it's my artwork,
17   but it's not finished yet. So it's not part of this
18   list because it's not finished yet.
19   Q. When you produced the Channel #5.
20   A. Yes.
21   Q. So you produced it. Then the gallery prints it off,
22   puts it on canvas, frames it, and hangs it in the
23   gallery.
24   A. Yes.
25   Q. Do you get paid for you having been the one to produce

12 (Pages 45 to 48)

## Page 49

1   this artwork?
2   A.  I should, but I am not because the gallery owe money
3       to a bunch of people, and I have to pay them first
4       before they pay me.  Like, normally, when the gallery
5       sell one of my print, I should get paid, but I'm not
6       because the gallery is behind payment to its artists,
7       and a lot of other things, like, you know, rent, for
8       example.  So I cannot really pay myself.
9   Q.  Okay.  So when was the last time that you got paid for
10      your artwork?
11  A.  In this business, never.
12  Q.  You've never been paid.
13  A.  Yeah, in Hawaii, when I was in my other gallery, but
14      not this one.  You know, when we took this gallery
15      over, the gallery was already in debt with some
16      artists.  So, I never was able.  That's why my -- if
17      you look at my salary, it's miserable because I cannot
18      take any more money than that.
19  Q.  So you've never been paid for the artwork that the
20      gallery sells, Robert Kidd Gallery sells, and you
21      don't take any more money than your salary because the
22      business owes debt, correct?
23  A.  Yes.  I owe almost $200,000 to five or six different
24      artists that we haven't paid yet.
25  Q.  Almost 200,000?

## Page 50

1   A.  Well, I mean, all together, maybe not 200,000, but at
2       least 150.  I mean, there is --
3   Q.  Approximately 200,000 to artists.
4   A.  I would -- I mean --
5   Q.  Okay.  That's fine.
6   A.  Approximately.
7   Q.  Approximately.  We don't need a round number, just,
8       okay.  All right.
9           Now, I also asked for a detailed list of all
10      memorabilia and collectibles owned by you within the
11      last six years.  It says, "None owned by the debtor."
12      And then there's something written next to it.  Is
13      that your writing?  We're back on Exhibit 2.  Sorry.
14      It'll say Page 7 of 10 at the bottom of the exhibit.
15      And it's number 45.
16  A.  That's not my writing.
17  Q.  That's not your handwriting?
18  A.  No.
19  Q.  Have you seen that handwriting before or that --
20      whatever's written there?
21          THE WITNESS:  This is your handwriting,
22      Scott?
23          MR. KWIATKOWSKI:  Yeah.
24          THE WITNESS:  Okay.
25  BY MS. GOLL:

## Page 51

1   Q.  So that wasn't there when you signed this?
2   A.  I don't even understand.  I cannot even read it.  What
3       is it?
4   Q.  I think it says --
5   A.  Can you read it?
6   Q.  -- item pledged, see Statement of Financial Affairs.
7       So that wasn't there when you signed the affidavit?
8       Have you seen that before?
9   A.  I don't remember.  I don't understand what's written
10      here.  And I don't even understand what that mean.
11  Q.  Okay.  All right.  Do you have any memorabilia or
12      collectibles that you have owned in the last six
13      years?
14  A.  No, not personally.
15  Q.  Not personally?  Okay.  Now, do you have any
16      consignments of your artwork?  Have you consigned your
17      artwork anywhere?
18  A.  Did I what?
19  Q.  Have you consigned your artwork anywhere?
20  A.  No.
21  Q.  What about the Townsend Hotel?  Did you consign work
22      there or did they purchase the work?
23  A.  No.  It's not consigned and it's not purchased.  It's
24      a loan.  The hotel direction (sic) asked me to -- if I
25      could loan them -- the gallery could loan them some

## Page 52

1   artwork for the back lobby and for some area in the
2   hotel.  And we did because it's advertising for us.
3   And the condition that I stipulate was that in the
4   arrangement of things there is a brass plate saying
5   that this artwork is available at Robert Kidd Gallery,
6   and that's what it is.
7   Q.  All right.  Now, you haven't consigned any artwork.
8       Have you consigned any other, like, memorabilia, or
9       collectibles, or anything like that with anyone, you
10      personally?
11          MR. KWIATKOWSKI:  What's that guy in
12      Indianapolis, the doctor?
13          THE WITNESS:  Oh, yeah, but that's way
14      before that.
15          Yeah, there is one of my debtors -- or one
16      of my what?
17  BY MS. GOLL::
18  Q.  Creditors?
19  A.  What?
20  Q.  Creditors.
21  A.  Creditors, yeah.  Dr. Michael Bojkovic who have some
22      artwork that I own as a collateral.  Because at some
23      point, when I was living in Hawaii, he was trying to
24      be partner with me in my gallery in Hawaii, and he
25      helped me with some money because I was back in my

## Page 53

1    rent at the time. And as a collateral, he took some
2    artwork that I used to own.
3    Q. You used to own or still own?
4    A. I mean, well, actually, technically I still own it
5        because it's collateral, so I don't know --
6        What does that mean?
7        MR. KWIATKOWSKI: That's fine.
8    BY MS. GOLL:
9    Q. All right. And what does he have of yours?
10   A. He has a microphone used by John Lennon to record the
11       album "Imagine." He have a few drawing by
12       John Lennon, and he have a few drawing by Miles Davis,
13       the jazz musician. And I think that's it.
14   Q. I'm sorry. What was the jazz musician's name?
15   A. Miles Davis.
16   Q. As soon as I said that, I realized, remembered. Okay.
17       Miles Davis.
18       Other than that, you don't have any other
19       artwork, memorabilia, collectibles, anything like that
20       that anyone else has that belongs to you?
21   A. No, there is a friend of mine who has some print in
22       his office in Birmingham, but it's not a consign.
23       Mine is a loan also. It's just the same thing. There
24       is a plate underneath saying -- he's a diamond dealer
25       so he have a lot of wealthy client come in and we

## Page 54

1    display some of his artwork -- some artwork in his
2    office, and there is a plate underneath saying, you
3    know, that this artwork is available at Robert Kidd
4    Gallery, but it's a loan also. And I think he have
5    like five or six only.
6    Q. Okay. Now, have you sold any of your artwork that you
7        owned personally, any memorabilia or collectibles
8        yourself, that you personally owned, in the last six
9        years?
10   A. Yes.
11   Q. Okay. To who? And what?
12   A. To who?
13   Q. Yeah.
14   A. In the past six years?
15   Q. That you owned. Not the gallery, but you owned
16       personally.
17   A. Yes. But that was before, when I was living in
18       Hawaii. I mean, since I moved to Michigan, and I took
19       over the Robert Kidd Gallery, no. I have sold pieces
20       before when I was living in Maui.
21   Q. All right. On page 8 of 10, of Exhibit 2, question
22       number 52 asks about the Facebook page login and
23       password for your personal Facebook page. And the
24       answer says that it's on public setting, you can look
25       everything up yourself. But then it goes into, "just

## Page 55

1    as a debtor may not assume contracts that would
2    require any individual to perform personal services,"
3    and it cites 11 U.S.C. section 365(e), and a case
4    matter of Tonry; do you know what any of that means?
5    A. No.
6    Q. Did you write that?
7    A. No.
8    Q. And that would be the same for No. 53, No. 54, Twitter
9        and LinkedIn, it has the exact same language. You
10       didn't write any of that either?
11   A. No.
12   Q. And you don't understand what that means?
13   A. I have a vague idea that there was some judgment
14       before, and that's what's referred to. But, yeah --
15   Q. 11 U.S.C. section 365(c), do you know what that means?
16   A. I have no idea.
17   Q. Now, No. 55. It says "Proof of all income from
18       January 1, 2017, through present." And the answer is,
19       "All documents provided as disclosed in Schedule I."
20       And then it says, "The debtor has been receiving
21       assistance from his girlfriend; however, it is the
22       debtor's position (and IRS) position that gifts are
23       not income, 26 U.S.C. ⊡ ⊡ 102."
24       Now, your girlfriend is giving you financial
25       assistance?

## Page 56

1    A. Yes.
2    Q. About how much does she give you each month?
3    A. I don't know. It depending. My girlfriend live in
4        Indiana. Her name is Karen Fox. She own a house in
5        Birmingham so she come to Birmingham, I would say,
6        maybe once a month or twice a month because she's a
7        yoga teacher and she give yoga class at the studio
8        next to my gallery. When she's here she like to get
9        out and she like to go shopping and everything, and
10       because she's a lady, she doesn't like to pay the
11       bill. So I pay the bill with money that she give me
12       to take her out basically.
13       (Discussion off the record.)
14   BY MS. GOLL:
15   Q. So she's only here once or twice a month?
16   A. Yeah, I mean, sometime more. Depending on her
17       schedule for the class. She gives classes. She own a
18       yoga studio and she gives classes too. So when she
19       comes to visit, she comes to Birmingham, we hang out
20       together and we go out for dinner. And because I'm
21       broke, I cannot pay for dinner, she lends me the money
22       to pay for dinner and whatever we do.
23   Q. Now, so when she comes once or twice a month, is that
24       when she gives you the money or does she send it?
25   A. Anytime when she feel like it.

21-40553-tjt    Doc 12-3    Filed 01/29/21    Entered 01/29/21 14:19:28    Page 14 of 77

## Page 57

1   Q.  So does she do wire transfers to you?
2   A.  Sometimes she does wire transfers, sometimes she give
3       me a check.  Like, I can tell you that she give me
4       about a $1,000 last week because I was short for my
5       rent, and she's coming next week, and she wants to go
6       to a new restaurant that just opened, Prime & Proper,
7       or something
8   Q.  All right.  Now, you said, she lends you the money.
9       Is she lending you the money or is she just giving you
10      the money?
11  A.  Well --
12  Q.  Do you have to pay it back?
13  A.  No.
14  Q.  So she's giving -- it's gifts?
15  A.  I guess, yeah.
16  Q.  Just so it's clear because we had said gifts, and then
17      you said something about lending you the money.
18  A.  No, it's not a loan.  It's not a gift.  Yeah.
19          (Deposition Exhibit No. 3, Voluntary
20           Petition for Individuals Filing for
21           Bankruptcy, was marked for identification.)
22  BY MS. GOLL:
23  Q.  All right.  Let's move on to Exhibit 3.  This is going
24      to -- well, do you recognize Exhibit 3?
25  A.  A Voluntary Petition for Individual Filing.  Yes, yes,

## Page 58

1       yes.
2   Q.  Now, this is the bankruptcy Petition, Schedules and
3       statements that were filed for your bankruptcy.
4   A.  Uh-huh.
5   Q.  Did you review this document with your attorney before
6       you signed it?
7   A.  I read it.  I mean, I look at the answer, yeah.
8   Q.  And was everything truthful and accurate at the time
9       you signed it?
10  A.  As far that I know it is.
11  Q.  And did you sign it?  This one won't be signed.  It'll
12      just say S/S, if you look at page 5, no, page 6 of 54.
13  A.  Yes.
14  Q.  You can see in Part 7, it says, S/S or /S/ --
15  A.  Actually, Voluntary Petition, yeah.
16  Q.  Yeah.  And did you sign that?  That one won't --
17  A.  Am I the debtor?
18          MR. KWIATKOWSKI:  Let's see.
19  BY MS. GOLL:
20  Q.  Here.
21  A.  Yeah, okay.
22  Q.  Is that your signature on that document he's showing
23      you?
24  A.  Yeah, that's my signature.
25  Q.  All right.  And you signed the other pages of the

## Page 59

1       schedules and statements where it was required to
2       sign?
3   A.  Yeah.
4   Q.  All right.  Now, you said everything was truthful and
5       accurate at the time you signed it.  Has anything
6       changed or is everything still the same?
7   A.  Yeah, I guess, yeah.  I mean --
8          MR. KWIATKOWSKI:  We did some amendments.
9          MS. GOLL:  The amendments.  Actually, I
10      think I got those too.  Way too much paper.  I don't
11      have amendments in here.  That's strange.
12  BY MS. GOLL:
13  Q.  Other than the amendments that you did, everything
14      else was truthful and accurate?
15  A.  Yes.
16  Q.  All right.  So let's go through this, really quickly,
17      let's go to page 10 of 54.
18          MR. KWIATKOWSKI:  Down here it tells you the
19      page.
20          THE WITNESS:  Yes.
21  BY MS. GOLL:
22  Q.  Starting on page 10 it's Schedules A and B, indicates
23      you don't own any real property; is that correct?
24  A.  Yes, it is correct.
25  Q.  No land that you own, or a residence, or a building,

## Page 60

1       or anything here in the United States?
2   A.  (Shaking head.)
3   Q.  You're shaking your head.
4   A.  Yeah.  No.  That's right.  Yeah.  No.
5   Q.  What about any land, real property, residence,
6       buildings or anything like that, condo, stuff like
7       that, outside of the United States?
8   A.  No.
9   Q.  In France or any other country?
10  A.  No.
11  Q.  Now, it indicates on here, Part 2, Question No. 3,
12      that you don't any cars, vans, trucks, tractors,
13      sports utility vehicles or motorcycles.
14  A.  Yes.
15  Q.  You don't have any interest, legal interest, or
16      equitable interest; your name's not on any titles to
17      any vehicles?  You haven't bought anything and not
18      titled it?
19  A.  Not any more.  My car was sold at this auction and
20      same thing for my motorcycle.
21  Q.  What kind of motorcycle was it?
22  A.  It was a Kawasaki.
23  Q.  Kawasaki.  Okay.  And you haven't had any vehicles
24      since you moved here to Michigan?
25  A.  No.  I use, on the summer, I use a motorcycle that my

15 (Pages 57 to 60)

## Page 61

1  friend lend me.  I have a friend called Molly Dickston
2  who have a little Sportster Harley Davidson that she
3  doesn't ride because she's scared of it.  And sometime
4  I use it, in the summer only, but it is not mine.
5  It's under her name.  Everything's in her name,
6  insurance, everything.
7  Q.  Okay.  You said Molly Dickston?
8  A.  Molly Dickston.  She work for Lamborghini.
9  Q.  And Dickston is D-I-C-K-S-T-O-N?
10  A.  Yeah, I think it's in my phone, but yeah, it should be
11  Dickston.
12  Q.  And Molly?
13  A.  Molly, yeah.
14  Q.  Is she actually Martha Dickston?
15  A.  Martha?
16  Q.  Martha.
17  A.  I think that's her mom.  That's her mom.
18  Q.  Martha Dickston is her mom, not her?
19  A.  Well, I know her under the name of Molly.
20  Q.  Molly, she goes by Molly?
21  A.  She goes by Molly, yeah.  She have a mom, and I'm not
22  sure if her mom's name is Martha or something else.
23  Q.  But she owns the Harley that you've been -- that you
24  use?
25  A.  She owns the Sportster that I use, yes.

## Page 62

1  Q.  Okay.  But it's not yours?
2  A.  Nope.
3  Q.  She didn't give it to you?
4  A.  No.  I'm using it only.
5  Q.  I've got to ask these questions.  She didn't give it
6  to you?
7  A.  No.
8  Q.  You didn't purchase it for her -- from her?
9  A.  No.  No.
10  Q.  And that's a Harley.  So you just use it in the
11  summer?
12  A.  Yeah, she buys this motorcycle like a few years ago,
13  and the first time she use it, she fell.  So she's
14  scared of using it and sometimes she let me use it.
15  Q.  Sometimes lets you use it.  When was the last time
16  you used it?
17  A.  The last time of sunshine and, I mean, probably, you
18  know, on the end of the summer.  The last time I use
19  it was probably the last time that it was warm enough
20  to use it.  I don't remember the date.
21  Q.  September, October, November, I mean, what month?
22  A.  September maybe because the weather was still clement.
23  Q.  All right.  So other than using the Harley, have you
24  used any other vehicles?
25  A.  No.  I don't drive.

## Page 63

1  Q.  I'm sorry.
2  A.  I don't drive.
3  Q.  You don't drive?
4  A.  No.
5  Q.  Do you have a driver's license?
6  A.  I have a driver's license, but I don't like to drive.
7  Q.  All right.  Let's see.  Now, on the next page, page 11
8  of 54, it's No. 8, it says "Collectibles of Value,
9  antiques and figurines, paintings, prints or other
10  artwork, books, pictures or other art objects, stamps,
11  coin or baseball card collections, other collections,
12  memorabilia or collectibles."  You have down, "No."
13  MR. KWIATKOWSKI:  Well, the amendment has
14  some things that would -- one I have listed under 14,
15  which is one original painting.
16  MS. GOLL:  Okay.  We haven't -- we're not
17  talking about 14 though.
18  MR. KWIATKOWSKI:  Right, but that's where I
19  listed it.  It should've gone there.  I don't know why
20  it didn't, but I have --
21  MS. GOLL:  So on the amendment, the one
22  original painting, that's the only collectibles that
23  you, or artwork or anything like that you have?
24  MR. KWIATKOWSKI:  That I put under patents
25  copied because I didn't know where to put it.  It was

## Page 64

1  copyrights and prints because I don't consider prints
2  to be -- I guess it was my definition of prints
3  because they're really just scans in a computer.
4  MS. GOLL:  What number are you talking
5  about, sorry?
6  MR. KWIATKOWSKI:  You won't see it unless
7  you're looking at that number.
8  MS. GOLL:  Wait, no, but what number are you
9  talking about?
10  MR. KWIATKOWSKI:  I have it under 26.
11  Schedule of copyrights on debtors original artwork,
12  and I kind of  and schedule of various prints on
13  display at R. Kidd Gallery, and I think I did --
14  BY MS. GOLL:
15  Q.  Do you have the patent, copyright?  Do you have the
16  trademark, copyright, patents, for those prints that
17  are on display?
18  A.  Well, I own the copyright because I am the creator.
19  But, yeah --
20  Q.  Do you have actual copyrights?
21  A.  What do you mean by that?
22  Q.  Well, did you actually copyright them?  You say well
23  you have one because you're the one that produced the
24  prints, but did you actually go somewhere and set up a
25  copyright?

16  (Pages 61 to 64)

Page 65

1   A. No. I am in the process of doing that actually. I am
2     looking for a copyright lawyer to protect all of the
3     design that I did because I don't have one right now.
4   Q. How many prints do you think that you have? Because
5     you've got that list in the back, but you said you've
6     added -- you've produced more stuff.
7   A. Well, I might have released two or three new prints
8     since this list. I don't think much more than that.
9     And --
10   Q. And how much do you think those are worth?
11   A. To who?
12   Q. Well, you know what, what we'll do is, we'll go
13     through that list again, and we'll see how much you're
14     selling each of the prints for and all that. We'll do
15     that when we get to it.
16   A. Well, to answer your question, it's the same thing
17     again. I mean, like, if I create something, the
18     gallery will print it, you know, frame it and sell it.
19     You know, so.
20   Q. Well, we'll go over how much they sell each of them
21     for. So --
22       MR. KWIATKOWSKI: Or not sell, since they're
23   on the list.
24       MS. GOLL: Well, he says he produces more of
25   them once they're sold. So --

Page 66

1       THE WITNESS: Well, what I do on limited
2   editions -- so for example, if you come to the gallery
3   right now, there is a bunch of my work on the wall for
4   sale. And let's say that, you know, you like Led
5   Zeppelins or maybe you like David Bowie. So you're
6   going to buy the David Bowie I have on the wall. I'm
7   going to sell it you. I mean, the gallery's going to
8   sell it to you, and we're going to ship it you, or
9   you're going to take it. Then I'm going to print
10   another one. And I'm going to number it and sign it,
11   and it's going to available again until the edition is
12   completely sold out.
13   BY MS. GOLL:
14   Q. Okay. Let's see, so other than what we just talked
15     about, the one original painting from I believe it was
16     your daughter?
17       MR. KWIATKOWSKI: No.
18       THE WITNESS: No. That's mine. I did.
19   BY MS. GOLL:
20   Q. That's yours? All right. One original painting that
21     you did. And you don't have any other -- well, we've
22     got the copyright pending. But you don't have any
23     other collections, memorabilia, collectibles,
24     paintings, artwork, anything like that?
25   A. No. I used to have some pieces in Hawaii, in my

Page 67

1     storage, but they are gone now. It was auctioned.
2   Q. Let's see. All right. Still on page 11 for 12. You
3     have a knockoff Audemar's watch?
4   A. Yes. I thought it was real for a few years, but.
5   Q. Oh, okay.
6   A. Yeah, somebody gave it to me for my birthday and I
7     thought it was real. And on the end, I find out it
8     was like a --
9   Q. Like a Folex? Like a fake one?
10   A. Yeah, a fake one.
11   Q. All right. Let's see. Now, how much did you purchase
12     Velvet Dog -- Velvet Bulldog, LLC, doing business as
13     Robert Kidd Gallery? How much did you purchase that
14     for?
15   A. From my former partner?
16   Q. Yes. What was the purchase price, I should say?
17   A. Well, I don't know exactly how to answer this question
18     because --
19       MR. KWIATKOWSKI: Because it's --
20       THE WITNESS: -- I am still paying for it.
21   BY MS. GOLL:
22   Q. Well, right, I understand you're still paying for it.
23     How much was the total amount that you will have paid
24     once it's paid off?
25   A. Okay. Probably --

Page 68

1       MR. KWIATKOWSKI: You got to ask the
2   question a different way because you asked in two
3   different ways.
4   BY MS. GOLL:
5   Q. What was the purchase price of the business?
6       MR. KWIATKOWSKI: Well, if you look at the
7   document, and I know you have, it's -- that question
8   you asked him, what was the purchase price of the
9   business, and then how much would you have paid for
10   the business.
11   BY MS. GOLL:
12   Q. How much did you pay for the business?
13       MR. KWIATKOWSKI: That's two different
14   questions.
15   BY MS. GOLL:
16   Q. How much was the purchase price of the business?
17   A. I don't remember. I know that I'm paying Jennifer, my
18     partner, $3500 a month. And I think the total was
19     maybe 120,000, a hundred and something.
20       (Deposition Exhibit No. 11, Velvet Bulldog,
21       LLC, Membership Interest Purchase Agreement
22       and Release, was marked for identification.)
23   BY MS. GOLL:
24   Q. Well, let's turn to Exhibit 11 then.
25   A. Oh, here it is. Yeah.

17 (Pages 65 to 68)

## Page 69

1  Q.  Now, it looks like you were supposed to pay off a
2     Chase credit card.
3  A.  I am paying it.
4  Q.  Well, I'm just looking at this -- that you had
5     promised to repay the credit card payments of
6     $40,240.78.
7  A.  Yes.
8  Q.  And then you also had to pay back loans that had been
9     made to the company of $123,931.  And then $10, an
10    additional $10.  And then it talks about, it says that
11    you had tendered the purchase price.  I don't see
12    where the purchase price is anywhere.
13 A.  Well, it seems to me that the purchase price was $10.
14       MR. KWIATKOWSKI:  In C, it's define the
15    purchase --
16       MS. GOLL:  Oh, it is.  I'm sorry.  I was
17    looking at the other stuff.
18 BY MS. GOLL:
19 Q.  So the purchase price was $10 plus the repayment of
20    the 164,000?
21 A.  Yes.
22 Q.  Okay.
23       MR. KWIATKOWSKI:  And I just wanted to make
24    it clear.  I wasn't trying to be difficult, but I just
25    wanted to make sure --

## Page 70

1        MS. GOLL:  Yeah, no, no.  That's fine.
2        MR. KWIATKOWSKI:  Because it does, when you
3     ask the question what was the purchase price, it
4     doesn't really take into account what the real
5     purchase price -- because of the way they have the
6     term defined in the contract.
7        MS. GOLL:  Right.
8  BY MS. GOLL:
9  Q.  So it was basically a 120, or I'm sorry, a 164,000,
10    $165,000, that you paid.
11 A.  Yeah.  I mean, I haven't paid.  I'm paying.
12 Q.  Well, that you agreed to pay for the --
13 A.  I agreed to pay.  Yeah.  Yes.
14       MR. KWIATKOWSKI:  Repayment of the loans.
15    The purchase price was $10.
16       MS. GOLL:  Right.
17 BY MS. GOLL:
18 Q.  So you're still repaying the credit card payments and
19    the money that was loaned to Steven and
20    Jennifer Vinklarek.
21 A.  Yes.  And as we speak, I'm behind one month so far.
22 Q.  All right.  So it was in essence worth about 164,
23    $165,000, when you bought the business in --
24       MR. KWIATKOWSKI:  He's not an accountant.
25    I'm going to object.  He can't answer that.  That's

## Page 71

1  not what the document says either.  It doesn't say the
2  business was worth that.  It says the purchase price
3  was $10.
4  BY MS. GOLL:
5  Q.  The business to you was worth you paying, not just the
6     10 --
7        MR. KWIATKOWSKI:  I'm going to object again
8     because he's not an accountant, and he can't testify
9     as to what it was worth.
10 Q.  You in your --
11       MS. GOLL:  I'm not asking him what the
12    market value is.
13 BY MS. GOLL:
14 Q.  In your estimation --
15       MR. KWIATKOWSKI:  I'm going to object again.
16 BY MS. GOLL:
17 Q.  You thought that purchasing the business for $10 plus
18    paying off the debt for the Chase credit and the
19    Vinklareks, which total about 164,000, a little over
20    164,000, you thought that that was a good deal to
21    purchase the business?
22 A.  Well, that was the only deal that was proposed to me.
23    I don't have the choice.  My partner decide to get out
24    of the business because it was too much traveling for
25    her.  She lives in Texas.  And she was coming, you

## Page 72

1  know, like every month.  So she decide to sell it to
2  me.  She decide to sell it to me for $10, and she
3  asked me to pay her back for the money she invested
4  originally.  So that's what I'm doing.
5  Q.  And you thought that was good deal to purchase the
6     business?
7  A.  Well, I don't really thought it was a really good deal
8     because I bought a business full of debt, in debt, but
9     I didn't have the choice.
10 Q.  Okay.  Why'd you buy the business then if you thought
11    that it wasn't --
12 A.  Because that's the way I make a living.  I have no
13    other income.  So, you know, I buy the business.
14 Q.  Okay.
15 A.  Well, it's not a bad deal and it's not especially a
16    good deal.
17 Q.  Okay.  But it wasn't a bad deal then?
18 A.  No, and, you know, I don't have too much choice.
19    That's what she wanted, and I accepted because, you
20    know, we are friends.
21 Q.  Now, you keep referring to her as your partner.  Why
22    do you refer to her as your partner?
23 A.  Because, I mean, in my language, a partner is somebody
24    that you work with.  Now, in your language, partner
25    mean that I have ownership of the gallery, she's not

18  (Pages 69 to 72)

Exhibit C

In The Matter Of:  Gerard N. Marti

Page 73

1    my partner.  But she's my partner in the sense of we
2    make decisions together.  We decide which artist we
3    going to carry or not carry.  We decide where we going
4    to advertise, not advertise.  I give her, you know, I
5    advise her about running the business, but she own it
6    at the time.
7    Q.  All right.  Now, so -- go ahead.
8    A.  I kind of got a sense where these questions are coming
9    from.  When we first acquired the gallery, this
10   gallery's been in business in Birmingham since 1975,
11   so it was a very well known business.  When we acquire
12   it, when the previous owner passed away, the gallery
13   produced -- are you listening to me?
14   Q.  Yes, I'm listening.
15   A.  The previous owner passed away.  And that's why we buy
16   the -- I mean, she bought the gallery.  When we took
17   the gallery over, there was an article in the
18   newspaper, in the local newspaper, saying that the
19   Robert Kidd Gallery was closed.  So we scheduled some
20   interview with different magazine and newspaper to let
21   them know that the gallery wasn't closing.  The
22   gallery was purchased and are going to stay open.  And
23   because I'm the one who gives the interview to the
24   different newspaper and the reporter, or whatever,
25   writer, or whatever you want to call them, some of

Page 74

1    them assumed that I was the owner, or part owner, and
2    that's what they wrote on the newspaper.  They say,
3    you know, Jennifer Vinklarek and Gerard Marti,
4    partner, buys the gallery.  But on paper, she was the
5    owner.
6    Q.  Okay.  But with you calling her partner, you can see
7    why people would think that you co-owned the building;
8    right?
9    A.  I understand.  Okay.  Let me answer this question, if
10   you come in your gallery --
11       MR. KWIATKOWSKI:  It's not a building.  And
12   he's answered --
13       THE WITNESS:  No, no --
14   BY MS. GOLL:
15   Q.  The business.  I'm sorry.  The business.  Okay.
16       Let's move on to exhibit -- let's move on to
17   Schedules E and F on the exhibit.  It's going to be
18   page 22 of 54.
19       MR. KWIATKOWSKI:  We're on three; right?
20       MS. GOLL:  Yeah.
21   BY MS. GOLL:
22   Q.  Twenty-two of 54.
23   A.  Okay.
24   Q.  All right.  Up at the top, it says Deborah Barnes,
25   that you owe her 230,000 for a business debt.  What

Page 75

1    was this debt for?
2    A.  Well, Deborah Barnes is a former girlfriend of mine.
3    Q.  Okay.
4    A.  At the time, when I met her, I had just got divorced.
5    Q.  Uh-huh.
6    A.  I was getting divorced.  So it was in the middle of my
7    divorce.  And at some point, I was put in a situation
8    that I have to pay a certain amount of money to my
9    ex-wife to be able to keep my business in Hawaii
10   because my ex-wife was moving.  After my divorce, she
11   was moving to Los Angeles with my kid, and I was
12   staying in Hawaii.  Because we co-owned the gallery
13   that we had in Hawaii at the time, she said, Well, are
14   you going to give me money to open another gallery in
15   Los Angeles, or are you going to sell this one, and
16   I'm going to take half of the money and I'm going to
17   open my own business in Los Angeles.
18       At the time, I was in a relationship with
19   Mrs. Barnes.  Mrs. Barnes decide to give me the money
20   to give my wife for me to keep my business in Hawaii.
21   And she did.  She give me, I think, a $175,000.  Which
22   I give to my wife, and my wife moved to LA and opened
23   her own business.  And I was able, because of that, I
24   was able to keep my gallery in Hawaii.
25   Q.  What gallery?

Page 76

1    A.  It was called Celebrity Gallery.  It's closed now.
2    Q.  Celebrity?
3    A.  Celebrity Gallery, yes.
4    Q.  Okay.
5    A.  And so in my understanding, Deborah Barnes was having
6    a romantic relationship with me, even though she was
7    married, and my understanding was that she just
8    decided to give me the money to help me.  And that was
9    the original --
10   Q.  That it was a gift.
11   A.  -- then.  Yeah, that it was a gift.  Then, a few
12   later, after we broke up, and I think after her
13   husband find out about her affair with me, she decide
14   that she was going to look at it as a loan and she
15   asked me to repay the loan.
16   Q.  Okay.  Now, she had a judgment against you, didn't
17   she?
18   A.  She does, yeah.
19   Q.  Was it against you and the gallery both?
20   A.  I don't know.  I didn't even show up at the court date
21   because it was in Utah, and I was traveling in Europe
22   at the time and I didn't even know, so.
23   Q.  She sued -- does she live --
24   A.  She sued me in Utah.
25   Q.  Does she live in Utah?

19  (Pages 73 to 76)

21-40553-tjt    Doc 12-3    Filed 01/29/21    Entered 01/29/21 14:19:28    Page 19 of 77

Page 77

1   A. She live in Utah. She live in Salt Lake City. I
2      mean, not anymore, but at the time, she was living in
3      Salt Lake City.
4   Q. At the time she sued you?
5   A. She was married. I think now she's divorced. I'm not
6      sure. Honestly, I haven't talked to her in forever.
7   Q. At the time she sued you, though, she was living in
8      Utah?
9   A. At the time she sued me, she was living in Salt Lake
10     City, yes.
11  Q. Was she ever living in Hawaii?
12  A. No. She was going to vacation in Hawaii. That's
13     where we met.
14  Q. So she would just come down to Hawaii and you two
15     would get together and --
16  A. Yeah.
17  Q. All right. So she got a judgment against you, and now
18     it's about $230,000?
19  A. Yes.
20  Q. Now, we'll get to it later on, but there's a
21     garnishment. She's the one that garnished you;
22     correct?
23  A. Yes.
24  Q. Okay. For that lawsuit?
25  A. Yes.

Page 78

1   Q. Let's see. Now, on the next page, page 23 of 54, the
2     second creditor is Jennifer Vinklarek, $123,931. What
3     is that? Is that for the payment for the purchase of
4     the business?
5   A. Well, yeah, that's the number that you saw on the
6     other page. That's what I'm paying everyone.
7   Q. Okay. But you owe that personally; correct? The
8     business doesn't --
9   A. No. I send a check to Jennifer every month from the
10     business.
11  Q. From the business.
12  A. Yeah. I don't have any money personally, so.
13  Q. But personally, you're the one that owes the debt, not
14     the business. You purchased the business from her?
15  A. Yes.
16  Q. In your name. You didn't sign the agreement as --
17     MR. KWIATKOWSKI: I don't recall. We'd have
18     to look.
19  BY MS. GOLL:
20  Q. It says between Gerard Noah Marti and Jennifer
21     Vinklarek.
22     And for the record, I'm looking at Exhibit
23     11, and it's just got your signature and her
24     signature.
25     So, you personally owe the debt, the

Page 79

1     business isn't liable on the debt; correct?
2   A. I guess, yeah.
3     MR. KWIATKOWSKI: Well, the business -- I
4     don't want to argue semantics, but the business would
5     still be liable because she loaned money to the
6     business, so the business still owes her money and he
7     is also on it.
8     MS. GOLL: But pursuant to the contract, he
9     owes her the money for the loans.
10     MR. KWIATKOWSKI: Right. That's why it's --
11     MS. GOLL: Right. Okay. Well, it just says
12     he's the only one that owes on Schedule F. It says
13     who incurred the debt, and it just says Debtor 1 only.
14     MR. KWIATKOWSKI: Yeah, I don't remember.
15     MS. GOLL: So I'm just making sure that that
16     is what --
17     MR. KWIATKOWSKI: Well, that's why we have a
18     check. It's contingent. Because if the business
19     doesn't make the payment, he's going to have to pay
20     it.
21     MS. GOLL: Pursuant to the agreement though,
22     he was paying that as part of the --
23     MR. KWIATKOWSKI: Well, it's a debt of the
24     business too, but, yeah.
25     MS. GOLL: But to purchase the business, he

Page 80

1     was going to pay that off.
2     MR. KWIATKOWSKI: Yeah.
3  BY MS. GOLL:
4  Q. All right. And the next one is Kihai Maui Self-
5     Storage.
6   A. Yes.
7   Q. And this indicates that you owe $2724.68. But it says
8     it's -- that it's an unsecured claim, but it says
9     other contents of items in storage. How many storage
10     units did you have?
11  A. I was having like two or three, maybe three or four
12     little unit, but, you know, it sold. It's all been
13     sold now.
14  Q. All the items were sold.
15  A. So, in fact, this money, I don't owe it anymore
16     because they sold my stuff and they pay themselves.
17     So this is --
18  Q. So this isn't a deficiency balance? This is --
19  A. Well, not anymore.
20     MR. KWIATKOWSKI: Because I don't know what
21     they got from the auction. So there could still be
22     money on it if they auctioned it off for $50. Who
23     knows?
24  BY MS. GOLL:
25  Q. Did they ever send you after the --

## Page 81

1   A.  Well, do you know how this thing work when you auction
2       a storage?
3   Q.  Yeah.
4   A.  You don't know what's in the storage space.  You buy,
5       and if you're lucky there is some stuff in there, if
6       you're not lucky, there is nothing.
7   Q.  But they haven't -- they sold the items, but they
8       haven't sent you a bill or an invoice saying we
9       received this amount for it, for the storage units,
10      and you still owe this?
11  A.  No.  They haven't, they haven't sent me anything.  And
12      honestly, I believe that they get much more than that,
13      but they kept it, I guess.
14  Q.  All right.  Let's see, on the next page, page 24 of
15      54, Kekuo Seito.
16  A.  Kekuo Seito, yes.  This is a widow of one of our main
17      artists, and she's my main creditor, I think, I mean
18      besides Deborah Barnes, of course.  Actually, this is
19      not accurate anymore.  I owe her more than that.
20  Q.  Why do you owe her more than that now?
21  A.  Because we sold her husband's painting who passed away
22      last year.  We sold the painting.
23  Q.  Okay.  So this is the business debt.  It's for an
24      artist that you were selling a painting --
25  A.  Yeah.

## Page 82

1   Q.  Okay.  Got it.  Let's look at page 25 of 54.
2       Michael Bojkovic, B-O-J-K-O-V-I-C, Bojkovic.
3   A.  Bojkovic.
4   Q.  Seventy-five thousand dollars.
5   A.  Yes.
6   Q.  Is he an artist of yours also?
7   A.  No, he's the gentleman that I talked to you about
8       earlier.  The one who was trying to be partner with me
9       in my gallery in Hawaii.  He helped me to pay back
10      rent, and he got collateral.  He's the one who get the
11      John Elton microphone and all of the stuff that I
12      mentioned earlier.  So he's not an artist, no.
13  Q.  So this actually is a -- okay, so he has all of the
14      collectibles that you talked about as collateral for
15      the $75,000?
16  A.  Yes.
17  Q.  How much do you think the collectibles that he has is
18      worth?
19  A.  A little bit above this number here.  I would say
20      probably 80,000 or 85,000.  But you know, as
21      collectible, the longer you wait the more expensive
22      they would be.
23  Q.  All right.
24          MR. KWIATKOWSKI:  Mary Adkinson is an artist
25      also.

## Page 83

1           THE WITNESS:  She's an artist too.
2           MS. GOLL:  Yeah, that wasn't a huge one
3       though, so.
4   BY MS. GOLL:
5   Q.  Now, Schedule G, which is page 30 of 54.  It says you
6       have a lease of a condo at 400 Southfield Road,
7       Birmingham, Michigan.
8   A.  Yes.
9   Q.  Unit 8?
10  A.  Yes.
11  Q.  Wait, hold on, it's not Southfield Road.  I'm
12      confused.  It's 400 Southfield, Unit 8, LLC.
13  A.  No, no, that's 400 Southfield Unit 8, LLC, this is the
14      company who own the condo, and this is my landlord.
15  Q.  Okay.  So --
16  A.  My address is 400 Southfield Road, yeah, that's what
17      it is, yeah.
18  Q.  All right.  So the 400 Southfield Road, you actually
19      have the lease in your name?
20  A.  Yes.  Well -- yes, I think, yes.
21  Q.  I don't remember seeing the lease agreement for that.
22  A.  I remember providing it.
23  Q.  I know I have the lease agreement for the business.
24      Let me see.
25  A.  When I first moved, Jennifer Vinklarek and I was on

## Page 84

1       the lease.
2           MR. KWIATKOWSKI:  Did you ask for it?
3           MS. GOLL:  I think so.  I always do.
4           MR. KWIATKOWSKI:  I don't see it on here.
5           MS. GOLL:  Let me see.  Where's the personal
6       items?
7           MR. KWIATKOWSKI:  I'm looking at the order.
8       It's not on the --
9           (Discussion off the record.)
10  BY MS. GOLL:
11  Q.  Let's move on here.  Now, co-debtors, on Schedule H,
12      page 31 of 54.  You have Colleen Marti.
13  A.  That's my ex-wife.
14  Q.  And Colleen Noah-Marti.  Is that your ex-wife as well?
15  A.  Yeah.  That's my ex-wife as well.  That's her maiden
16      name.
17  Q.  Her last name was Noah before she --
18  A.  Well, her maiden name was Colleen Noah, and when we
19      get married, she decide to add my name, but keep her
20      name.  So her name now is Colleen Noah-Marti.
21  Q.  Isn't your middle name Noah though?
22          MR. KWIATKOWSKI:  No, it's his son's name.
23  BY MS. GOLL:
24  Q.  Oh, it's your son's name.  Well, I saw somewhere.  On
25      the divorce judgement actually, it said Colleen Noah-

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141

21-40553-tjt    Doc 12-3    Filed 01/29/21    Entered 01/29/21 14:19:28    Page 21 of 77

Page 85

1    Marti, and then it said Gerard Noah Marti.
2  A.  Yes.  It's in my driver's license.  Don't ask me why.
3    I don't know why.  I don't know why when we get
4    married they put this name on my driver's license.
5    Normally, I'm Gerard Marti, but in Hawaii, I am Gerard
6    Noah Marti.
7  Q.  Okay.  All right.  Now, the next page which is
8    Schedule I, IT indicates that you're self-employed at
9    Robert Kidd Gallery.  It says you make $2000 a month.
10    Is that a salary?  Is it always 2000 or do you --
11  A.  It's a salary, yeah.
12  Q.  Okay.  Two thousand a month.
13  A.  Yeah.  You know what, I don't even know if I make
14    $2000 a month because my salary is $700 every two
15    weeks so that's 1400.  Yeah.
16  Q.  Well, there's two months out of the year that have
17    three pay periods, so.
18  A.  Oh, okay.
19  Q.  And then it has the only thing coming out is taxes,
20    medicare and social security deductions.  So your net
21    is $1595 a month?
22  A.  Yeah, yeah.
23  Q.  Now, when we look at schedule -- go to Schedule J
24    which is the next schedule, it's 34 of 54, page.
25  A.  Uh-huh.

Page 86

1  Q.  Now, it indicates at the time you filed you didn't
2    have any dependents.  But Noah, you were paying child
3    support for him, weren't you?
4  A.  Yes.
5  Q.  Okay.  So he would have been a dependent of yours?
6  A.  Yes.
7  Q.  Were you paying support to your ex-wife for alimony?
8  A.  Yes, yes.
9  Q.  As well, all right.  Now, looking at this year, rent
10    for the condo is 3100 a month?
11  A.  Yes.
12  Q.  Okay.
13  A.  Actually, yeah, I think it's now it's 32.
14  Q.  Thirty-two.  Which is 17, well, $1600 more than you
15    bring home each month?
16  A.  Yes.
17    MR. KWIATKOWSKI:  That's why we put on
18    there that, on I and on J about receiving financial
19    support from his girlfriend.
20    MS. GOLL:  Well, I'm just -- I'm getting --
21  BY MS. GOLL:
22  Q.  On the next page, which is a continuation of your
23    expenses, I don't see anywhere where it has child
24    support or alimony expense.
25  A.  Well --

Page 87

1  Q.  I mean, your son turned 18 yesterday --
2  A.  Yes.
3  Q.  -- so you're no longer paying child support, but
4    you're still paying alimony; correct?
5  A.  Well, yeah, I still pay -- well, actually, my wife, my
6    ex-wife, haven't collect any money.  She asked me to
7    just pay for child support.  So I send her, you know,
8    I haven't been really -- how can I say that?  Really
9    precise.  I mean, you know, I send her money when I
10    have some.
11  Q.  So you're not paying consistently?
12  A.  Consistently, exactly, that's what I was looking for.
13  Q.  Okay.  How much is the alimony you're supposed to pay
14    her?
15  A.  I don't remember.
16  Q.  How much was your child support?
17  A.  I don't remember the exact number.  Basically, me and
18    my ex-wife have our own business.  So when she's doing
19    well, she doesn't ask me for anything.  And when she's
20    not doing well, she asks me to send her some money.
21    And when I can, I send, and when I cannot, I don't.
22  Q.  That's a very nice ex-wife.
23  A.  Well, we have a good relationship.  I mean, yeah, we
24    have a good relationship.
25  Q.  All right.  Let's see.  Now, on here, No. 12, it's

Page 88

1    transportation, including gas, maintenance, bus or
2    train fare.  I guess they probably should now update
3    that with cab or Uber, or whatever.  But for
4    transportation you have down zero.  How do you get
5    around?
6  A.  Well, this morning, Cody Franklin drive me here.  Last
7    night, she pick me up from the airport.  And sometimes
8    when I have to go somewhere which is not Birmingham, I
9    go in an Uber.
10  Q.  But you don't have any expense down for that?
11  A.  Well, because the gallery pay for it because most of
12    the time when I have to do a trip, for example, if I
13    have to deliver a painting to a client in Bloomfield,
14    or whatever, I call Uber.  I load the painting in the
15    back, and we deliver it, and he bring me back to the
16    gallery.  So it's a business expense.
17  Q.  Okay.  I can understand for that.  But what about
18    personally, do you use Uber or any of the other car
19    services to get around when you're going, say, out to
20    dinner, that's not in walking distance?
21  A.  No, I mean, unless I ride with Karen Fox when she's
22    here and we go to dinner somewhere downtown, and she
23    have a car so she drive me.  I walk to work because I
24    live up the street.  And most of the time, if I go
25    somewhere, I ride with somebody.  Yeah.

22 (Pages 85 to 88)

## Page 89

1  Q. I'm sorry.  Who was it you said that brought you here
2      today?
3  A. Cody Franklin.
4  Q. Cody, Cody, okay.  I guess I didn't hear clear.
5          MR. KWIATKOWSKI:  Can we take a break?
6          MS. GOLL:  Actually, it's noon, so why don't
7  we do lunch?
8          MR. KWIATKOWSKI:  That's fine.
9          THE WITNESS:  Can I ask a stupid question?
10 Do you know approximately how long we're going to be
11 here because my gallery is closed right now.  I don't
12 have any employee this morning.
13         MS. GOLL:  We're probably going to be here
14 all day.
15         THE WITNESS:  Are you serious?
16         MS. GOLL:  Yeah.
17         MR. KWIATKOWSKI:  Well, I have got to leave
18 at two.
19         THE WITNESS:  So my business is closed
20 today.
21         MR. KWIATKOWSKI:  I can maybe stretch it to
22 three.
23         MS. GOLL:  Well, we're still on the record.
24         MR. KWIATKOWSKI:  We can continue it and
25 that's fine, but I have got clients I have got to do.

## Page 90

1          MS. GOLL:  Okay.  If we continue it, we're
2  going to need to continue or definitely extend out the
3  deadline.
4          MR. KWIATKOWSKI:  I'm fine with that.
5          MS. GOLL:  Because I have got a lot of stuff
6  we need to get to.
7          MR. KWIATKOWSKI:  I understand.  That's why
8  I'm saying, let's just do like 20 minutes, or 10.  I
9  don't need lunch.
10         THE WITNESS:  I don't eat breakfast.
11         MR. KWIATKOWSKI:  I just want to use the
12 restroom.
13         MS. GOLL:  All right.  How's this?  We'll
14 get through the personal stuff and leave the business
15 till next time.
16         MR. KWIATKOWSKI:  Well, let's get as much
17 done as we can by three o'clock.  I'm good with that.
18         MS. GOLL:  All right.  Let's take a break
19 and go to the bathroom and all of that.
20         (Recess 11:55 a.m. - 12:03 p.m.)
21 BY MS. GOLL:
22 Q. We were talking about the business pays for your
23 Ubers, or yeah, the gallery, the business.
24         MR. KWIATKOWSKI:  When he does business
25 trips.

## Page 91

1  BY MS. GOLL:
2  Q. And then you get rides from friends or once in a while
3      will do Uber as well.  Now, when you were using the
4      Harley, were you paying for the gas for it?
5  A. Yes.
6  Q. Anything else?
7  A. (Shaking head.)
8  Q. No?  Okay.  All right.  Let's see, now, there's no
9      insurance down on your expenses for health insurance,
10     and there wasn't anything coming out for health
11     insurance on your Schedule I from your check.  Do you
12     have health insurance?
13 A. Yes, it's a family plan with my ex-wife and my kid,
14     and that's what it is.  Yeah.  I am with HMSA.
15 Q. So she pays for that?  Your ex-wife?
16 A. Yeah.  Yeah.
17 A. I mean, it's in Hawaii.
18 Q. All right.  Now, turning to page 37 of 54, on
19     Exhibit 3.  It's a Statement of Affairs for your
20     bankruptcy.  Now, the second question, it asks if you
21     lived anywhere other than where you're living now in
22     the last three years, and it indicates that you lived
23     in Waiwai, Hawaii.
24 A. No.  This address 2680 Waiwai Place was an office
25     building that we used to have when I was living in

## Page 92

1  Hawaii, but it was not a house.  It was an office
2  building.
3  Q. Okay.  When you were living in Hawaii, where did you
4      live?
5  A. I live in a condominium, in a cottage, in a different
6      street, not too far from there, but in different
7      street.
8  Q. In Waiwai?
9  A. Excuse me?
10 Q. In Waiwai?
11 A. No, it was called Honoku (ph.), one of these Hawaiian
12     name --
13 Q. Honoku?
14 Q. All right.  So it was right down from the office
15     building?
16 A. Yes.
17 Q. So you didn't live in Waiwai Place?
18 A. No.  That was an office building and framing facility
19     there.
20 Q. And how long did you live in this cottage, from when
21     to when?
22 A. I moved there when I got divorced, and I lived there
23     until I moved to Birmingham.  So probably two years, I
24     would say.
25 Q. All right.  So probably around 2012 to 2014?

Page 93

1   A.  Yeah, probably.
2   Q.  You did move to Michigan in '14; correct.  I think
3       that's what you said.
4   A.  Yeah, November '14, I think.
5   Q.  All right.  Now, on Part 2 on the same page, Question
6       No. 4.  It asks about income from employment or from
7       operating a business, and it indicates that from
8       January 1st until the date of filing, which was
9       November 15th, you received about 22,000 from the
10      business.  Was that your salary?
11  A.  Yes.
12  Q.  Okay.  And then on the next page, it indicates in
13      2016, your wages was $24,923.
14  A.  Yes.
15  Q.  And then the year before that, 2015, it was 25,000.
16  A.  Yes.
17  Q.  Now, on the very first entry for January 1st through
18      current, through the date of filing, it says operating
19      a business.  That was actually wages; right?
20          MR. KWIATKOWSKI:  Yes, sorry.
21          MS. GOLL:  All right.  Just so it's clear.
22      I assumed that, but you never want to actually assume.
23  BY MS. GOLL:
24  Q.  Now, then it asked if you received any other income
25      during the prior two years on Question 5 regardless of

Page 94

1       whether the income is taxable.  And you have down for
2       2016 that the business paid your rent and travel,
3       $3300?
4   A.  Yeah, when -- at some point, Jennifer, my former
5       partner, was living in the same condominium.  So she
6       decide that she would pay the rent.  The company would
7       pay the rent, but that was for a certain time only.
8       After that, she rent another place and --
9   Q.  So it was just a temporary thing for her to stay there
10      when she came up?
11  A.  Yeah, she was staying there for like probably like a
12      week every month when she was coming.  Then after
13      that, she decides she wants to live down the street so
14      she rent another place.
15  Q.  All right.  Let's see.  Now, it says rent,
16      transportation and travel.  The transportation and
17      travel, what did it pay for you personally there?
18  A.  I don't travel.  I don't go anywhere.
19  Q.  So it was just supposed to be the employer paid rent?
20  A.  Yeah.  Where is it?
21          MR. KWIATKOWSKI:  Employer paid rent,
22      transportation and travel.  Because you weren't the
23      owner.
24          THE WITNESS:  Yeah, so transportation and
25      travel.  Maybe she pay for some Uber at the time.

Page 95

1       Really, I don't know.
2   BY MS. GOLL:
3   Q.  All right.  Now, on the next page, it indicates that
4       you have paid creditors, or some creditors, more than
5       $600 in the last three months total.  But it just says
6       installment payments monthly, and then it says zero in
7       lease payments.  Do you know what this is for?
8   A.  No.
9           MR. KWIATKOWSKI:  Where he lives.  He pays
10      him every month, and it's for the lease payments.  I
11      don't know.
12          THE WITNESS:  You mean my rent?
13          MR. KWIATKOWSKI:  That's why I put monthly
14      because it's hard to --
15          MS. GOLL:  Okay.  But it says the creditors
16      name is installment payments.
17          MR. KWIATKOWSKI:  Right.  I always do that.
18      That's how I always put down for installment payments,
19      rather than listing every creditor that's an
20      installment that he pays every single month.  I always
21      just list installment payments monthly.
22          MS. GOLL:  Well, you know it's supposed to
23      be individual creditors; right?
24          MR. KWIATKOWSKI:  I have always done it this
25      way, so.

Page 96

1   BY MS. GOLL:
2   Q.  So this is just for lease payments for where you live?
3   A.  Uh-huh.
4           MR. KWIATKOWSKI:  You have to say yes.
5           THE WITNESS:  Yes.
6   BY MS. GOLL:
7   Q.  Which would be, let me find this, 400 Southfield?
8   A.  Yes.
9   Q.  So 400 Southfield, Unit 8, LCC, LLC, excuse me.  And
10      your monthly rent is how much?
11  A.  Thirty-two hundred now.
12  Q.  How much was it in November?  Was it 31?
13  A.  Well, I think in the beginning it was 3,000.  And
14      every year he increase the rent so 31, 32, next year
15      it's going to be 33.
16  Q.  So you paid 3100 per month for your rent?
17  A.  Yes.
18  Q.  Now, did you pay any other particular creditor $600 or
19      more in the three months before you filed?
20  A.  Do you consider my ex-wife as a creditor?
21  Q.  Yeah.
22  A.  So yes.
23  Q.  All right.  So, and that's Colleen?
24  A.  Yes.
25          MR. KWIATKOWSKI:  So you paid her in

24 (Pages 93 to 96)

## Page 97

1    October?
2    BY MS. GOLL:
3    Q.   September, October, November.
4    A.   Like I said earlier, it's not regular.  But, like, for
5         example, you know, my son decided to take piano
6         lessons.  So my ex-wife said, well, can you help me
7         with the piano lesson.  I'm, like, yeah, of course,
8         you know.  I not going to say no.
9    Q.   All right.  So you're not sure about how much it was,
10        but you did pay her?
11   A.   Honestly, no.
12   Q.   All right.  Would that be in the bank statements?  Any
13        payments that you made to her would they be
14        reflected --
15   A.   Yeah, usually, I transfer, I do wire transfer.
16   Q.   All right.  Let's see.
17        MR. KWIATKOWSKI:  That wouldn't even have
18        been on a debt though, if he was paying for piano
19        lessons.
20        MS. GOLL:  Piano lessons, no.  But if it was
21        part of child support or alimony, yeah.  So we'll --
22        MR. KWIATKOWSKI:  Depends.
23   BY MS. GOLL:
24   Q.   All right.  So No. 9, on page 39, it says that any
25        lawsuits within the last year.  It says, Levin and Hu,

## Page 98

1    LLP.
2    A.   Yeah, that's my former -- that's me and my ex-wife
3         former CPA in Hawaii, Levin and Hu.  After I moved
4         from Hawaii here, they send me a bill, like, a
5         retroactive bill for, like, $8,000.  After
6         examination, it seems like my original bill with them
7         that I hadn't paid was 2500, but because they couldn't
8         find me for two years because I move, they add like
9         fees and it ended up being like $8,000, I think, or
10        maybe even more.
11   Q.   All right.  Then Question 10 asks if anything was
12        repossessed, foreclosed, garnished, attached, seized
13        or levied within the last year before you filed
14        bankruptcy.  And Deborah Barnes is there for the
15        garnishment, $183.88 out of your wages every week.
16   A.   Yes.
17   Q.   Every two weeks, excuse me.
18        MR. KWIATKOWSKI:  I think part of the
19        amendment I added some additional things on the
20        storage unit.
21        MS. GOLL:  Yeah, we'll check the amendment
22        after we're done here.
23   BY MS. GOLL:
24   Q.   Now, I don't recall seeing a garnishment on
25        Schedule B.

## Page 99

1         MS. GOLL:  When you did the amendments, I
2    don't remember seeing --
3         MR. KWIATKOWSKI:  There wasn't enough money
4    to go --
5         MS. GOLL:  Well, you still list -- it's
6    still an asset so.
7         MR. KWIATKOWSKI:  It's not an asset if we
8    can't recover it.  It's an asset for the trustee if
9    they think they can recover it, but he has no claim in
10   those funds because it's a $5,000 preference limit.
11        MS. GOLL:  Five thousand dollar preference
12   limit?
13        MR. KWIATKOWSKI:  Yeah.
14        MS. GOLL:  No.
15        MR. KWIATKOWSKI:  Maybe six.
16        MS. GOLL:  Six hundred.
17        MR. KWIATKOWSKI:  No, it's a business case.
18        MS. GOLL:  But this isn't a business debt.
19        MR. KWIATKOWSKI:  It doesn't have to be.  If
20   it's primarily a business debt, and the case is a
21   business case, the preference limit is five thousand
22   eight hundred and some change.
23        MS. GOLL:  Well, it's a question -- well,
24   never mind, I don't want to get into that now.
25   BY MS. GOLL:

## Page 100

1    Q.   And the next thing is Kihai Maui Self-Storage.  It
2         says that it was in July or August of 2017.  Is that
3         when they did the sale?
4    A.   Yeah.  I don't remember exactly the date, but I think
5         I send you -- I provide the letter where they send me
6         saying that my storage are going to be sold out as an
7         auction if I don't pay before a certain date, and I
8         couldn't pay so they did it.  It might have been July,
9         yeah, honestly, I'm not sure.
10   Q.   All right.  And there was a 2003 Cadillac in there?
11   A.   Yeah.
12   Q.   What kind of Cadillac?
13   A.   It was an Escalade.
14   Q.   And a Kawasaki motorcycle?
15   A.   Yes.
16   Q.   And then artwork produced by you?
17   A.   Yes.
18   Q.   Clothes and paperwork?
19   A.   Yeah.
20   Q.   Anything else?
21   A.   No.  Like I said earlier, my family pictures and
22        personal belongings, stuff like that.  And a lot of
23        banker box.  I remember having an entire wall of
24        banker box with a bunch of records and it's all gone.
25   Q.   Now, on No. 13, it says within two years before you

25 (Pages 97 to 100)

## Page 101

1    filed bankruptcy, did you give any gifts with a total
2    of $600 or more per person.  And it says, No.  Is that
3    accurate?
4    A.  It is depending on what you call a gift.
5    Q.  A gift is you give somebody something without the
6    intent -- without them giving you anything in return,
7    and you don't expect to be paid for it.
8    A.  Okay.  So, when my daughter, for example, when my
9    daughter call me and ask me for a couple of hundred
10   dollars because she's short to pay a yoga class, or
11   whatever, this is a gift?
12   Q.  If you give her the money, yes.
13   A.  Okay.  So yeah, once in a while --
14   Q.  I mean, did you expect her to pay it back?
15   A.  No.
16   Q.  That's a gift.
17   A.  So other than that, I haven't gift anybody.  But,
18   yeah, sometime I send money to my daughter
19   because she call and ask.  But it's never a huge
20   amount of money.  So it's always like, you know,
21   hundred dollar, or two hundred dollar.
22   Q.  Which daughter?
23   A.  Tatiana.
24          MR. KWIATKOWSKI:  Is that the one here or in
25   France?

## Page 102

1          THE WITNESS:  That's the one in Los Angeles.
2    No, the one in France, she's married.  She's self-
3    sufficient.  My daughter, Tatiana, she's not self-
4    sufficient right now.
5    BY MS. GOLL:
6    Q.  All right.  Let's see.  On the next page, 41 of 54,
7    Question 16, it asks if you paid anyone within the
8    year before you filed bankruptcy for bankruptcy, any
9    attorneys, or anyone preparing bankruptcy, petition
10   preparers, anything like that.  And it indicates that
11   you paid Goldstein, Bershad & Fried, attorney fees in
12   October.
13   A.  Yes.
14   Q.  $5526, which included $2500 as a retainer for the
15   bankruptcy, and the balance for state court review and
16   analysis of business.  So only 2500 of it was for your
17   personal bankruptcy?  Is that what I'm getting, and
18   the rest was for state court work?
19          MR. KWIATKOWSKI:  That's what it says.
20   Reviewing of all --
21          MS. GOLL:  I'm asking your --
22          MR. KWIATKOWSKI:  Well, you're looking at
23   me.
24          THE WITNESS:  Well, yes, I guess.  I mean,
25   you know, this is what I pay Scott for to help me with

## Page 103

1    the bankruptcy so.
2    BY MS. GOLL:
3    Q.  Were you considering putting the business in
4    bankruptcy?
5    A.  No.  I'm filing for personal bankruptcy.
6    Q.  All right.  Page 42 of 54.  It says "Have you stored
7    property in a storage unit or place other than your
8    home within one year before you filed bankruptcy."  It
9    says yes, and the only thing on here is
10   Michael Bojkovic.
11          MR. KWIATKOWSKI:  We amended that also.  It
12   had the storage unit and also the printer, but I
13   didn't have the  address.
14          THE WITNESS:  Can I ask a technical
15   question?  Can I ask a question?  This
16   Michael Bojkovic, for example, he have like some item
17   on collateral for the money that he lend me at the
18   time.  Do you consider this being my property?  Or
19   since I haven't been able to pay him back his money,
20   is it his property?
21   BY MS. GOLL:
22   Q.  Do you have a written agreement with him?
23   A.  No.
24   Q.  And how did he come by your stuff?
25   A.  Well, because he was a client of mine, and he was

## Page 104

1    trying to be my partner at some point.  So he used to
2    come in my gallery in Hawaii, and when I ask him for
3    help.  He say, Well, okay, I'm going to help you, but
4    I want to have some collateral, so he choose some
5    pieces that he likes and he still have them.
6    Q.  Okay.
7    A.  Well, my question is am I the owner of these pieces or
8    is he now?
9          MR. KWIATKOWSKI:  That's not a question that
10   you need to concern yourself with right now.
11          THE WITNESS:  Well, because if she ask me if
12   I own anything, and I say, no, I'm going to be
13   perjuring myself.  So I'm trying to find -- you know,
14   I want to know exactly.
15          MR. KWIATKOWSKI:  It's our position that
16   he's -- right now, that's why we disclosed that he has
17   property that --
18          MS. GOLL:  That belongs to you, yeah.  All
19   right.
20          MR. KWIATKOWSKI:  So we added the self-
21   storage unit and the printer, which I don't have his
22   address, but -- for the digital images of the debtors
23   artwork.
24   BY MS. GOLL:
25   Q.  But we have got -- so, Michael has the original

26 (Pages 101 to 104)

Exhibit C

In The Matter Of: Gerard N. Marti

Page 105

1   John Lennon artwork, the John Lennon "Imagine"
2   microphone, and the Miles Davis artwork?
3   A. Yes.
4   Q. All right. And nothing else?
5   A. No.
6   Q. All right. Here, last page, it's 44 of 54. Actually,
7   I'm sorry, let's do 43 of 54. Part 11 asks about
8   businesses that you have had in the last four years.
9   And then you have down "Euro-Hawaiian Production
10  believed to be defunct."
11  A. Yes.
12  Q. "Unclear if debtor was the owner."
13  A. That was a company that -- that was a corporation that
14  my ex-wife and I owned when we were married. And at
15  some point, we had two galleries. And those two
16  galleries were under a subcorporation, Euro-Hawaiian
17  Production.
18  Q. When did you close the gallery, the Euro-Hawaiian
19  Production gallery down?
20  A. When I get divorced, everything was -- our house was
21  sold in foreclosure and that's -- yeah, so when I got
22  divorced.
23  Q. When you got divorced in 2011?
24  A. And I don't even know -- I don't know if this
25  corporation is still active, if my ex-wife keep it

Page 106

1   active or not because she was the president. But I
2   don't think it's active anymore.
3   Q. When do you think the last time it -- but you think --
4   all right, hold on, I'm confused. You're saying you
5   don't think it's active anymore, but it might have
6   been. But you closed it in 2011?
7   A. Well, no, no. I get out of the business myself when I
8   get divorced. But my ex-wife was the president of the
9   company at the time. And I don't know if she kept
10  this corporation still open and going, or if she close
11  it. I supposed she closed it because she had no
12  reason to keep it open, but.
13  Q. But in 2011 is when you got out of the business?
14  A. Yeah.
15      (Deposition Exhibit No. 5, Notice of Intent
16      to Seize, was marked for identification.)
17  BY MS. GOLL:
18  Q. Really quick then, let's turn to Exhibit 5.
19      MR. KWIATKOWSKI: What's 5?
20  BY MS. GOLL:
21  Q. Because I'm confused about something. Exhibit 5. Do
22  you recognize Exhibit 5?
23  A. It's a IRS paperwork, yeah.
24  Q. It's an IRS bill, an Intent to Seize and Levy your
25  property. The amount it says due is $2585.92.

Page 107

1   A. Yes.
2   Q. If you look up in the right-hand corner, it says the
3   tax period is 2014. Correct?
4   A. Yes. That's what's on here.
5   Q. And this is for Euro-Hawaiian Productions, Inc.,
6   C/O Colleen Noah-Marti?
7   A. Yeah.
8   Q. And then the next page is a letter from you, or a
9   statement from you. It's got your contact information
10  and your name. And it says "Per my phone conversation
11  with one of my agents, here is the first of the three
12  monthly payments I engaged myself to pay. Please mail
13  me a receipt if possible." And the next page is a
14  check for $861.97.
15  A. Yes, yes.
16  Q. If you no longer were working or had an interest in
17  the business after 2011, why are you paying taxes for
18  2014?
19  A. Well, because they told me I owe them. I mean, the
20  IRS came after me and ask me  tell me that I have to
21  pay some of the money. And because I couldn't pay the
22  whole amount, I make a deal with them that I'm paying
23  monthly.
24  Q. But you didn't have an interest in the business in
25  2014, so why would you owe it?

Page 108

1   A. No.
2   Q. Did you tell them that you didn't own the business in
3   2014?
4   A. Yeah, but they were still trying to collect from me.
5   And you know what, there is a lot of things that are
6   not even accurate in this paper. Euro-Hawaiian
7   Production, Inc., there is an address which is 340
8   North Beverly Drive in Beverly Hills. That's never
9   been the address of this corporation.
10  Q. That was Colleen's address. They were sending it to
11  her.
12  A. Oh, okay, yeah, that's her address. Yeah, okay, I'm
13  sorry.
14  Q. But I'm just --
15  A. Well, I think, you know what, the reason why, because
16  she told me that I have to pay. My ex-wife is really
17  difficult.
18  Q. Going back to Exhibit 3, and we're going to be on page
19  44 of 54. Additional businesses that you own. It
20  says "Celebrities Publishing Corporation, and it's
21  believed to be defunct. Buy and sell art. Unclear if
22  debtor was owner." Celebrities Publishing, that was
23  your business in Hawaii, correct?
24  A. Yes.
25  Q. And when did you close that?

27 (Pages 105 to 108)

## Page 109

1   A.   Same thing.  I get out of this business when I move.
2        And I don't know what happened to it.  I don't know if
3        my ex-wife keep it open, or if she close it.
4   Q.   So your ex-wife had an interest in this one as well?
5   A.   Yeah, we were partner for everything.  I was married
6        to her for 25 years.
7   Q.   Okay.  So you got out of the business when you moved
8        in 2014, November of 2014, and you just left?
9   A.   Yeah.
10  Q.   Did you have any artwork of your own in the gallery or
11       anything?
12  A.   No.
13  Q.   All right.  And finally, Robert Kidd Gallery.  You
14       purchased that in July of 2017; correct?
15  A.   Yes.
16  Q.   All right.  And before that, you worked there from
17       November of 2014 through when you purchased the
18       property, or purchased the business?  I don't know why
19       I keep saying property.
20  A.   Yes.  I was still working there.
21            (Deposition Exhibit No. 4, IRS Transcript
22            for 2616 Tax Returns, was marked for
23            identification.)
24  BY MS. GOLL:
25  Q.   All right.  Let's turn to Exhibit 4.  All right.

## Page 110

1        Exhibit 4 is a tax transcript for 2016's tax returns;
2        correct?
3   A.   Yes.
4   Q.   Okay.  And let's see, excuse me, we had discussed the
5        tax returns earlier.  You said that you had requested
6        2012, '13, '14 and '15, but they couldn't provide it
7        to you, or didn't provide it to you.
8            MR. KWIATKOWSKI:  I know we requested '15.
9        I don't know if he requested '12, '13, '14.
10           MS. GOLL:  Oh, okay.
11           MR. KWIATKOWSKI:  I'm not sure what
12       Mr. Marti did.  I know I helped him with '15.
13  BY MS. GOLL:
14  Q.   Did you request 2012, '13, and '14?
15  A.   Well, in 2012, I was still filing my tax I think with
16       my ex-wife as a common (sic), you know, so  what was
17       the question again?
18  Q.   I asked if you contacted the IRS to try to get those
19       tax transcripts?
20  A.   Yes.
21  Q.   For those years.
22  A.   Yeah.  I don't know why they cannot find me.  Maybe
23       because I move, or I don't know.
24           MR. KWIATKOWSKI:  Maybe it was because of
25       the name.  Because even the driver's license has him

## Page 111

1        as -- if he didn't request it as Gerard Noah Marti
2        they might not have given it to him.
3            MS. GOLL:  Yeah, but he's got his social
4        number, so that just seems weird.
5            MR. KWIATKOWSKI:  But they won't do
6        it -- when you do those things unless what you -- when
7        you submit it, it's got to be exactly.  They don't
8        just say here's your social security number and here's
9        your transcripts.
10  BY MS. GOLL:
11  Q.   2017.  Have you filed those tax returns yet?
12  A.   No.
13  Q.   When do you plan on filing 2017?
14  A.   As soon as I hire a CPA.
15  Q.   Are you getting an extension for those?
16  A.   Yes.  I have a bookkeeper now who asked for an
17       extension.
18  Q.   Once you get those filed -- well, actually when you
19       send in the information for the extension, we'll need
20       a copy of that, and then once you get them filed,
21       we'll need your federal and state returns.  So get
22       those to your attorney, okay?
23  A.   Okay.
24            (Deposition Exhibit No. 6, Dissolution
25            Judgment of Marriage, was marked for

## Page 112

1        identification.)
2   BY MS. GOLL:
3   Q.   All right.  Now, let's turn to, we already did five,
4        let's turn to Exhibit 6.  Do you recognize Exhibit 6?
5   A.   Yes.
6   Q.   Is this a copy of your Dissolution Judgment for your
7        marriage?  The divorce judgment?
8   A.   Yes.  Yes.
9   Q.   Now, looking at what's marked as Page 2 at the bottom.
10       The first two pages are just the cover sheet.  Then it
11       goes to the actual Judgment.
12  A.   Uh-huh.
13  Q.   And then the Property Settlement.  Now, it indicates
14       that your -- well, your divorce was entered
15       December 6th of 2011, but it was filed in
16       September 30, 2011.  This indicates that on May 30th
17       of 2010, you entered into a postnuptial agreement.
18  A.   Where is it?
19  Q.   Yeah, 2.1 A, it's going to be the second line of that.
20       It says that the two of you entered into a postnuptial
21       agreement on May 30th, 2010.  Why did you have that
22       prepared?
23  A.   What does that mean?  I have no --
24  Q.   A postnuptial mean -- do you know what a -- oh, my
25       gosh, why I am I blanking, it's an agreement after you

28 (Pages 109 to 112)

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141
21-40553-tjt    Doc 12-3    Filed 01/29/21    Entered 01/29/21 14:19:28    Page 28 of 77

## Page 113

1     get married of how you're going to split your assets,
2     or what each person would get. Sort of like a
3     prenuptial agreement; do you know what that is?
4    A. Yeah, yeah.
5    Q. It's like a prenuptial agreement, but it's something
6     you sign after you get married. Do you recall signing
7     that?
8    A. No. But you know, I must say something about my
9     divorce. It's  when I got divorced, I don't even
10    hire an attorney. I give my wife, my ex-wife,
11    everything she wanted. I never read this entire thing
12    by myself. I just signed. I was eager to get
13    divorced, and I didn't care about the assets because I
14    was just fed up with the whole thing.
15    Q. All right. That's fair enough. Letter C, on it, says
16     that it's about Celebrities Publishing.
17    A. Uh-huh.
18    Q. Now, it says that you were awarded a 50 percent
19     interest in Celebrities Publishing.
20    A. Yes.
21    Q. So you did have an ownership interest in Celebrities
22     Publishing?
23    A. At the time when I was married, we were both partners
24    and co-owners of Celebrities Publishing and Euro-
25    Hawaiian Production. When I got divorced, I give her

## Page 114

1    everything.
2    Q. Well, this says that you had a 50 percent interest in
3     it.
4    A. Yeah. Yes, that's what's written here. But, you,
5    know, Celebrities Publishing, it's a publishing
6    company, a publishing business, and after I got
7    divorced, we never publish anything anymore because we
8    were not working together.
9    Q. Okay. Let's turn to page 4 of the judgment where it
10    talks, C, it says "Community Property Awarded to
11    Respondent/Husband." And looking down, it indicates
12    that you received your clothing, jewelry, personal
13    effects, furniture that was already in your
14    possession.
15    A. Uh-huh.
16    Q. The 2003 Cadillac Escalade.
17    A. Yes.
18        MR. KWIATKOWSKI: Are you on page -- oh, I'm
19    sorry. I was on 4, I was on 3, my bad.
20    BY MS. GOLL:
21    Q. The Kawasaki motorcycle.
22    A. Yes.
23    Q. Now a bank account in Hawaii. Bank of Hawaii account
24    number 8680.
25    A. Yes.

## Page 115

1    Q. Is that the account that you said might still be open
2     with a couple of dollars in it?
3    A. It might. Let me check.
4    Q. Or did you have a different account at Bank of Hawaii
5     after that?
6    A. No, that's the one.
7    Q. It says you also had a Fidelity IRA with account
8     ending in 7784. What happened to that IRA?
9    A. What's an IRA?
10    Q. Individual retirement account or an individual
11    retirement annuity.
12    A. Oh, you mean, like, a 401(k), or --
13    Q. It was an IRA though. It was a Fidelity IRA. It was
14    some kind of retirement account.
15    A. I, um ...
16    Q. Did you cash it in?
17    A. No, I think -- I have no idea.
18    Q. So if you didn't cash it in, you still have it?
19    A. But what is it exactly?
20    Q. It's a retirement account.
21    A. No. The only thing I remember is that I took money at
22    some point. We were having so much bill that I took
23    money from my 401(k) and she took money from her
24    401(k) to pay all of the bills.
25    Q. Okay. This isn't a 401(k). This is a Fidelity IRA.

## Page 116

1        MR. KWIATKOWSKI: It's a retirement account.
2    BY MS. GOLL:
3    Q. And there's also a Franklin Templeton IRA that was in
4    your name.
5    A. Yeah, yeah, but all of this has been canceled. I
6    don't have it anymore.
7    Q. When did you cash it in?
8    A. I don't cash it. Cancel. I said cancel.
9    Q. Well, you can't cancel an IRA.
10       MR. KWIATKOWSKI: There's money in them.
11    It's like an account.
12       MS. GOLL: It's like a bank account.
13       MR. KWIATKOWSKI: It's like a 401(k) set up
14    for your retirement.
15       THE WITNESS: I don't know. I mean, my ex-
16    wife who set up all of these things, and I don't know.
17    I mean, if she -- if she still -- maybe she have it, I
18    don't know.
19    BY MS. GOLL:
20    Q. Well, these were awarded to you and the one was
21    specifically in your name.
22    A. So are you implying that I have some money somewhere?
23    I would like to know where.
24    Q. Well, I'm asking you that. I'm asking you if you
25    cashed these accounts in.

29 (Pages 113 to 116)

## Page 117

1  A.  Well, my question is, I haven't cashed anything, and I
2      don't even know what we are talking about here.
3      Honestly, the only thing I remember having was a
4      401(k) that I emptied to pay my bill.  This, what you
5      call this again?
6  Q.  IRA.
7  A.  IRA.  I have no idea what it is.
8          MR. KWIATKOWSKI:  Can we stop for just one
9      minute please?  I just have to grab this.
10         MS. GOLL:  Yes.
11         (Pause 1:35 to 1:37 p.m.)
12 BY MS. GOLL:
13 Q.  Let's go to Page 8 of the child support, or, I mean,
14     of the Judgment which is Child Support.  Now, that
15     indicates that you were responsible for paying 190,
16     one hundred, I'm sorry, $1921 a month for Noah;
17     correct?
18 A.  Yes.
19 Q.  All right.  And you said that you weren't actually
20     paying that all the time; it was just whenever she
21     needed money?
22 A.  Irregularly, yeah.
23 Q.  And then on the next page, Letter E, it's Line 3, it
24     says that you were going to be paying -- or that you
25     owed $6754 in child support arrears.

## Page 118

1  A.  Yes.
2  Q.  Was that ever paid or did she just waive that?
3  A.  I don't remember.  I remember not cutting a check for
4      6700, but I don't know.  I think she waive it.
5  Q.  And then, down below, it says Section 5, Spousal
6      Support, same page, just down below further.  It said
7      that your income was 17,000 a month and your wife's
8      was only 2,000 a month at that time.  Is that
9      accurate?
10 A.  I wish.  No.  No.
11 Q.  Do you know where they got all these numbers from?
12 A.  From my ex-wife, yeah.
13 Q.  All right.  So on the next page, then it says that you
14     had to pay $4000 a month for spousal support.  You
15     haven't been paying that?
16 A.  No.
17 Q.  And did you pay the arrears, the $9852?
18 A.  No.
19 Q.  It also required you to get a life insurance policy
20     with your wife as the beneficiary.  Did you do that?
21 A.  No.
22         (Deposition Exhibit No. 7, Dissolution of
23         Marriage Part 2, was marked for
24         identification.)
25 BY MS. GOLL:

## Page 119

1  Q.  Let's turn to Exhibit 7.  Exhibit 7 is the second part
2      of the Dissolution, or the Judgment of Divorce, but
3      this is actually just the, the actual Judgment, and it
4      also splits up some more property.  Now, looking at
5      Page 3 of the exhibit, but what's going to say page 1
6      at the bottom.  Judgment Regarding Community Property,
7      Businesses and Inheritance Rights.
8  A.  Uh-huh.
9  Q.  It indicates that on Letter E, Line 17, that you owned
10     three separate businesses:  Euro-Hawaiian Production,
11     Inc., Blink, LLC, and Celebrities Publishing, LLC.
12 A.  Yes.
13 Q.  Okay.  Section 2, Rights and Obligations Regarding
14     Euro-Hawaiian Productions.  That indicates that you
15     and your wife both owned 50 percent of Euro-Hawaiian
16     Production; correct?
17 A.  Yes.  Yes.
18 Q.  Now, when you transferred the -- or when you left, and
19     just walked away from everything, did you sign any
20     agreement or anything just transferring the whole
21     business over to her --
22 A.  No.
23 Q.  -- the 50 percent that you owned?
24 A.  No.
25 Q.  No?  Okay.  So were you -- did you continue up until

## Page 120

1      you left managing the company, making the business
2      decisions for the company, after the divorce?
3  A.  After the divorce, I keep running the gallery for only
4      a couple of years after that.
5  Q.  Okay.  Let's see.  Now, on page 3, this is still
6      regarding Euro-Hawaiian, it required you to start
7      making payments as of June 1st of 2010, or I'm sorry,
8      yeah, that you were going to be paying your ex-wife
9      $10,000 a month for the business.  Did you do that?
10 A.  No.
11 Q.  And this is still regarding Euro-Hawaiian, and the
12     interest in that.  And then it was supposed to
13     increase every year thereafter.  You didn't pay any of
14     the increases either?
15 A.  No.  That's why she keeps telling me that I owe her so
16     much money.  Every time I see her, she says, You owe
17     me so much money.  I'm, like, I don't know.
18 Q.  And then it also said that for a period of 20 years
19     commencing on May 30, 2010, that you were going to be
20     paying her 50 percent of the net profits of the
21     business.  Did you do that?
22 A.  No.
23 Q.  And then on the next page, Page 4, it indicated that
24     on D, but we're going to look at Line 15, that you
25     were going to be receiving a commission and salary of

## Page 121

1  $4000 a month from the business.  Did you receive that
2  each month?
3  A.  No.
4  Q.  And then it also indicated, no later than May 31st,
5  2011, you were going to pay your wife a million
6  dollars, payable of 200,000 in cash at closing, and
7  the balance at a rate of $10,000 per month with
8  interest for her interest in the business.  Did you do
9  that?
10  A.  No.
11       MS. GOLL:  Off the record.
12       (Discussion off the record.)
13  BY MS. GOLL:
14  Q.  Blink, LLC.  What kind of business was that?
15  A.  The LLC who owned the building at Waiwai Place that we
16  mentioned, that we talk about earlier, the office
17  building, and same thing that went to foreclosure.
18       At some point, when I was married, we own a
19  house, two condominiums and a building office.  And
20  everything went to bankruptcy  to foreclosure when we
21  were getting divorced.
22  Q.  Now, it says that Respondent, which is you,
23  individually and as trustee of the Gerard Rene Aime
24  Noah Marti revocable trust dated May 16, 2003, were
25  turning over any interest in Blink to your ex-wife.

## Page 122

1  What's the Gerard Rene Aime Noah Marti revocable
2  trust?  I have no idea what it is?  A revocable trust?
3  A.  Uh-huh.
4  A.  I don't know.  What's a revocable trust?
5  Q.  Well, it was something that was created, assumably by
6  you, to put assets in, to hold in trust.
7  A.  I have no idea.
8  Q.  Do you have a copy of it?
9  A.  No, I don't even know what that mean.  No.
10  Q.  All right.  Now, did you ever receive any money for
11  the interest in Blink, LLC?
12  A.  No.
13  Q.  Did you ever determine the fair market value of it?
14  A.  No.
15       MR. KWIATKOWSKI:  It was foreclosed, so.
16       THE WITNESS:  Yeah, it was foreclosed.  I
17  don't see my signature anywhere on this divorce thing
18  here.
19  BY MS. GOLL:
20  Q.  Yeah, no, I don't either.  But -- okay, Trademark
21  Rights.  It looks like your wife received all of the
22  interest "In Rock We Trust" trademark.
23  A.  Yeah, In Rock We Trust was a trademark that we decide
24  to register because at some point we were printing
25  T-shirt, and she decides that she wants to own it.  So

## Page 123

1  I let her own it.  But, honestly, I think we never
2  really did anything with it.
3       (Deposition Exhibit No. 8, Kihei Maui Self-
4       Storage Invoice and Other Documents, was
5       marked for identification.)
6  BY MS. GOLL:
7  Q.  All right.  Let's turn to Exhibit 8 now.  Do you
8  recognize Exhibit 8?
9  A.  Yeah, it's the storage space.
10  Q.  Now, this is an invoice dated December 29, 2016, and
11  it indicates that there were five storage units.
12  A.  Uh-huh, yes.
13  Q.  That the payment due date was November 29, 2016 on
14  four of them, and December 11, 2016 on the fifth.  And
15  that you had a total balance on all of them of
16  $3854.12.
17  A.  Yes.
18  Q.  Do you know when the last payments were made on the
19  each of the storage units?
20  A.  I don't know the exact date, but I know that at some
21  point I couldn't pay anymore.  And that's when they
22  start sending me the papers telling me that they're
23  going to sell my stuff.
24  Q.  Do you know approximately when it was that you
25  stopped?

## Page 124

1  A.  I don't know.  I cannot answer this question right
2  now.  I have to look at the letter that they send me.
3  Q.  Well, we have got --
4  A.  Because it seems like about in 2016, in December 2016,
5  I was already behind.
6  Q.  All right.  What we have got -- if you keep going, the
7  third page there, there's an Auction Notification
8  related to A25 (sic), Unit A25.
9  A.  Yeah.
10  Q.  Now, it says that the date of the last payment was
11  November 16, 2016.
12  A.  Uh-huh, yes.
13  Q.  So I'm trying to figure out how, if that was the last
14  payment date you made for A235, how it said on the
15  first page that for that same unit you had a current
16  balance of $667.88, plus a payment that was next due.
17  A.  Which page are you?
18  Q.  The very first page.  It says A235.  You owed $667.88.
19  A.  Yes.  Yes.
20  Q.  With another payment coming due.
21  A.  Yes.
22  Q.  So a total of $939.32.
23  A.  Yes.
24  Q.  And that was payment due date November 29th of 2016.
25  A.  Yes.

21-40553-tjt   Doc 12-3   Filed 01/29/21   Entered 01/29/21 14:19:28   Page 31 of 77

## Page 125

1    Q.  But here it says your last payment was November 16th
2        of 2016?  Were you already behind?
3    A.  I have been behind the storage space for a long time.
4        Sometime I was behind, then I might actually catch up
5        so it went back to normal.  Then I'd fall behind
6        again.  And I fall behind at some point, where I could
7        not catch up, and that's when they sell my things.
8    Q.  And this is dated July 26, 2017, this Auction
9        Nnotification.  Now, it doesn't say anything about --
10       let me see, I'm sorry.  It says that the auction was
11       going to be on August 26, 2017.  To your knowledge,
12       did that auction take place?
13   A.  Yes.  Yeah, I know, because they ask me to send me the
14       paperwork for the ownership of my car, and I have to
15       do it.
16   Q.  Okay.  They didn't ask for the ownership documents for
17       the Kawasaki?
18   A.  Also, yeah, I send them everything.
19   Q.  On the next page is the Lien Fee Notification, that
20       they placed a lien on that storage, the items in that
21       storage unit.
22   A.  Yes.
23   Q.  Then we have got the Auction Notification for storage
24       unit A236.  Well, actually, 235, do you know if that
25       unit was sold?

## Page 126

1    A.  Yeah.  The reason why there is so many different
2        Auction Notification is because instead of giving me a
3        total bill all of my space.  They went space by space.
4    Q.  Right.  I understand that.
5            So the auction for A236 was supposed to take
6        place on August 26, 2017, as well.  Do you know if
7        that auction took place?
8    A.  Yes, I know.  It took place, yeah.
9    Q.  And then the next page is actually the Lien
10       Notification for that unit.  Then we have got the
11       Auction Notification for A238.  And again, it
12       indicates that the auction was going to be on
13       August 26, 2017.  Do you know if the auction took
14       place with regard to A238?
15   A.  Yes.  Yes.
16   Q.  Then, again, the next page is the Lien Fee
17       Notification for A238.  Then we have got the Auction
18       Notification for P11.  Now, P11, again, it says August
19       26, 2017 was supposed to be the auction.  Do you know
20       if the auction took place and P11 was sold?
21   A.  Yes.  Yes.
22   Q.  All right.  Next page again is a Lien Notification for
23       P11.  Then we have got the Auction Notification for
24       D64.  Again, it says the auction was going to take
25       place on August 26, 2017.  Do you know if D674, or

## Page 127

1        excuse me, D64 was sold on August 26th?
2    A.  Yes, it did.
3    Q.  And then, of course, the next page is the Lien
4        Notification for D64.  All right.  Do you know who
5        bought the A235 unit at the auction?
6    A.  I don't know who.  I don't know.  I don't know who.  I
7        have been contacted by E-mail by someone who send me
8        an E-mail saying that they buy it, they have some of
9        my belongings that they buy at this auction, and if I
10       was interested in buying it.  And I said that I
11       couldn't afford it.  But I don't know exactly who.
12   Q.  Okay.  I'm going to go through each of these.  Do you
13       know who it was that bought Unit A236?
14   A.  No.
15   Q.  Do you know who bought Unit A238?
16   A.  No.
17   Q.  Do you know who bought Unit D64?
18   A.  No.
19   Q.  Do you know who bought Unit P11?
20   A.  No.
21   Q.  Did you have any other storage units there at Kihai
22       Maui Self-Storage, other than those five?
23   A.  No.  I mean, as far as I know, no.
24   Q.  Did you have any other storage units anywhere else on
25       the Hawaiian islands?

## Page 128

1    A.  No.
2            (Deposition Exhibit No. 9, Web Self-Storage
3            Robert Kidd Gallery for Room/Payment
4            History, was marked for identification.)
5    BY MS. GOLL:
6    Q.  Let's take a look at the next exhibit, which is
7        Exhibit 9.  Now, do you recognize this?
8    A.  Yeah, it's the same thing.  Self-storage.  It's the
9        same company, I guess.
10   Q.  Now, it looks like this is from the self-storage
11       company, that is a printout from Robert Kidd Gallery
12       for Room/Payment History.
13   A   Yes.
14   Q.  And it looks like it's got the units, or some of the
15       units on here that was being paid for by the gallery;
16       correct?
17   A.  Yeah, as I told you earlier, Jennifer, my former part
18       -- my former employer, decide for some months, I don't
19       know how long exactly, but she helped me to pay my
20       storage.
21   Q.  Your storage unit?
22   A.  Yeah.
23   Q.  Now, on here, one of the first, the very first storage
24       unit, that it notes that Jennifer was paying for was
25       D14.

## Page 129

1    A. Yes.

2    Q. $408.72.

3    A. Yes.

4    Q. There is no D14 on the storage unit invoices for you

5    being late.

6    A. Yes. So, I don't know.

7    Q. So you had another storage unit there?

8    A. No.

9    Q. No?

10   A. No. D14?

11   Q. Yeah, the units were A235, A236, A238, D64, and P11.

12   This is D14. And if you look down further, they do

13   have a D64 and the D14. So what happened to the D14

14   unit?

15   A. I don't know. I don't know. 236. I don't know.

16   Maybe, it could be that -- okay, it could be that at

17   some point, I kind of like, because I was paying so

18   much money in storage, that I consolidate, so I maybe

19   transfer some -- you know, I maybe take a smaller

20   space, maybe. I'm not sure, honestly, but I might

21   have this D14 for some time, and transfer the content

22   to another space. You know, this way you have to pay

23   less. Less space.

24   Q. Well, payments for D14 went all the way through

25   August 29th of 2016. If you look on the very last

## Page 130

1    page, it ends August 29, 2016.

2    A. Yes.

3    Q. And it was printed out September 6, 2016, so that's a

4    good reason why. But it shows that D14 was still

5    being paid as of August 29th.

6    A. Of which year?

7    Q. 2016. Right before the notices initially started,

8    indicate that the payments were stopped for the other

9    units. Do you still have Unit D14?

10   A. No. I mean, I don't even know. I don't remember,

11   recall a unit called D14. I remember A236, 238, 235,

12   but I don't remember D14. I don't know what it is.

13   Q. Okay. Because it was paid for -- if you look right up

14   above, it was paying for all of the units including

15   D14.

16   A. I can see. I can see that. I don't know. Maybe we

17   can call them and find out. Do you think they would

18   charge me for something that I don't have? I don't

19   know.

20        (Deposition Exhibit No. 10, Chase Account

21        No. 6995 Summary, was marked for

22        identification.)

23   BY MS. GOLL:

24   Q. All right. Let's move on to Exhibit 10.

25        MR. KWIATKOWSKI: Regardless, you haven't

## Page 131

1    paid a storage unit in over a year, have you?

2        THE WITNESS: Oh, yeah, more than a year,

3    yes.

4    BY MS. GOLL:

5    Q. All right. Exhibit 10. Do you recognize Exhibit 10?

6    A. Yes. I can see it. It's a checking summary of Chase,

7    no?

8    Q. It's your Chase bank statements?

9    A. Uh-huh. Yes.

10   Q. For account 6995?

11   A. Yes.

12   Q. Now, as we discussed earlier, the very first statement

13   that you sent me starts August 18, 2017.

14   A. Yes.

15   Q. So when did you open this Chase account? Did you open

16   it right after you moved here?

17   A. Yes. Like, I don't remember exact date, but --

18   Q. At the end of 2014, beginning of 2015?

19   A. Yeah.

20   Q. All right. Now, we already discussed that you hadn't

21   provided those Chase statements, but that you need to.

22   So you're going to go to the bank and get those?

23   A. Yeah, I just need to know the date of what you need

24   and I'm going to ask them.

25   Q. Well, it would be from the date it was opened until

## Page 132

1    August 17th of 2017.

2    A. Okay.

3    Q. If you can get those over to your attorney, and we'll

4    set this out, the continuation out, like two weeks so

5    that will give you time to get those and get them to

6    your attorney so you can get them to me so I can

7    review them and we can go over them at the next one.

8    Okay?

9    A. (No response.)

10   Q. All right. So let's start with the first statement.

11   This is August 18th through September 20, 2017. Now,

12   in addition to sending the bank statements, you were

13   supposed to give me either copies of the canceled

14   checks, or a check register, or check ledger, for the

15   Chase account for 6995. I don't have that. Do you

16   have a check ledger or a register for those? Will you

17   write them down when you write a check?

18   A. For my personal?

19   Q. Yes.

20   A. You know, I don't keep --

21   Q. Okay. So when you get -- when you go in and ask for

22   the bank statements from the bank, can you also ask

23   them for copies of any checks over $500. The lower

24   ones I don't care about. We won't worry about. But

25   anything $500 or more, can you get that as well?

## Page 133

1   A. I can do that too.
2   Q. For the entire -- for the account --
3   A. From the beginning. Okay.
4   Q. All right. So let's take a look at this, on the
5      second page. Now, again, we have got some
6      checks -- all three of those checks are over $500. So
7      it's the second page we're looking at.
8          MR. KWIATKOWSKI: Go back one.
9   BY MS. GOLL:
10   Q. There you go. See where it says checks paid up at the
11      top?
12   A. Yes.
13   Q. All three of those are over $500 so I would want to
14      look at all three of those.
15   A. Okay.
16   Q. Offhand, the one for --
17   A. I mean, I can tell you already -- 3200 is for the rent
18      for my condo, 800 I have no idea, and the 1000 I have
19      no idea. But, yeah, I mean, I recognize the number of
20      3200.
21   Q. I was just going to ask you that because it seems to
22      appear.
23   A. That's my rent, yeah.
24   Q. All right. So then we go down, on August 18th,
25      there's a charge for $83.95 for Ruby (sic) Grille.

## Page 134

1   A. Yes.
2   Q. I'm assuming that is a restaurant.
3   A. It's a restaurant.
4          MR. KWIATKOWSKI: Rugby Grille.
5          THE WITNESS: Rugby Grill. It's the
6      restaurant at the Townsend Hotel across the street.
7   BY MS. GOLL:
8   Q. And then the very next charge, or debit, is an Uber
9      for $12. Was that for work?
10   A. Probably.
11   Q. All right.
12   A. Wait a minute, is it paid by me?
13   Q. Yes.
14   A. So it was probably personal if it's --
15   Q. Personal, all right. Yes.
16   A. Twelve dollar, yeah. Sometime $12, I recognize this
17      number, because it's what it costs me when there is
18      like heavy snow or ice when I call to drive me from my
19      condo to the gallery, it's about 10 or $12. So yeah,
20      that's personal.
21   Q. This was August 18th. So I don't know that there was
22      snow or ice, but you might have --
23   A. Or if  sometime I have a lot of bags or whatever.
24   Q. All right. Got it. Now on August 21st, if you go
25      down, there are two ATM deposits of $500 each.

## Page 135

1   A. Twenty-first.
2   Q. Yeah. It's one, two, three, four, five, six, the
3      seventh down on the second page, yeah.
4          MR. KWIATKOWSKI: Deposits? Got it. Got
5      it. I see it now.
6   BY MS. GOLL:
7   Q. Yeah. It says ATM check deposit. There's two in a
8      row, both for $500 each. Where did the money for
9      those deposits come from?
10   A. Can I see?
11          MR. KWIATKOWSKI: It's hard to see. Twenty-
12      first, right here.
13          THE WITNESS: Check deposit for $500.
14   BY MS. GOLL:
15   Q. And then a second one, they're both for 500.
16   A. Yeah, well, that's probably a check from Karen Fox, my
17      girlfriend.
18   Q. From girlfriend?
19   A. Yes. I mean, I would have to look at the check. But I
20      suppose that's what it is.
21   Q. Now, then, there's also another -- as we go through
22      here, I'm seeing a substantial amount of restaurant
23      charges.
24   A. Yes.
25   Q. At least one, usually two a day.

## Page 136

1   A. Yes.
2   Q. Of Bella Piatti, Rugby Grille, Dick O'Dow's, Rojo
3      Mexican Bistro, Papa Joe's shows up a lot.
4   A. Yes.
5   Q. You eat out a lot?
6   A. Well, I explained to you earlier. When Karen Fox come
7      to visit me, we eat out every night almost.
8   Q. Well, you said she was here --
9   A. She make me try all of the restaurant in Birmingham.
10   Q. Right. But you said she was only here for, like, a
11      couple of times, once or twice a month for a couple of
12      days.
13   A. Well, it's irregular. I mean, on the beginning when I
14      move here, she used to travel here and stay at the
15      Townsend Hotel. But she buy a condominium now. She
16      buy a house so she come much more often now.
17   Q. Okay. Well, if you look through, just the August
18      statement alone --
19   A. Uh-huh.
20   Q. -- let's see, let me find this so I can go over it.
21      Just the August statement alone there are -- this
22      doesn't seem so bad or so half. The Rugby Grill there
23      was a charge for the statement, August 18th through
24      September 19th of 2017, you ate at Rugby Grill twice,
25      one on August 18th, one on September 19th. The total

34 (Pages 133 to 136)

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141
21-40553-tjt   Doc 12-3   Filed 01/29/21   Entered 01/29/21 14:19:28   Page 34 of 77

## Page 137

1   was $157.43.
2   A. Yeah.
3   Q. Bella Piatti, however, was 22 charges, totally
4   $2186.46.
5   A. Yes.
6   Q. That was between August 19th, 21st, 24th, 28th, 31st,
7   1st of September, 5th of September. These are when
8   the charges actually posted, not when they were -- I'm
9   sure you ate, September 11th, September 19th. So
10   that's almost the entire period, every day. There's
11   two for Papa Joe's. Then so the total amount you
12   spent on eating out in September was -- let me see,
13   where is it? I'm sorry, just a second, looking for
14   it, not finding it.
15   A. Well, I eat out almost every night so.
16   Q. Well, yeah, every night. I mean, you spent a lot of
17   money eating out every night.
18   A. Yes.
19   Q. Did you --
20   A. I'm single. So I don't cook.
21   Q. Well, being single doesn't mean you don't cook, but, I
22   mean --
23   A. Well, I mean, I'm in my gallery from 10 a.m. to 9 p.m.
24   every day, and after that, usually I go next door and
25   I eat.

## Page 138

1   Q. At the Townsend?
2   A. At the Townsend or Bella Piatti, which are the two
3   restaurants which are walking distance from the
4   gallery.
5   Q. Okay. Well, the total for eating out where you paid
6   with just your credit card, or not your credit card,
7   your debit card, for September 18th through September
8   20th was $2857.51.
9   A. Yes.
10   Q. That's a lot.
11   A. I know.
12   Q. Especially considering you were having trouble paying
13   your bills.
14   A. Well, that's not my money. That's Karen Fox money.
15   Q. Karen Fox's money. Okay. Well, let's go down,
16   August 23rd. There's a deposit into the account of a
17   $1000.
18   A. Uh-huh.
19   Q. Where did that money come from?
20   A. Probably Karen Fox.
21   Q. Karen Fox, your girlfriend?
22   A. Yes.
23   Q. Karen Fox. Okay. Now, let's go up a little because I
24   was just going over those three deposits.
25   August 21st, it's two down from that last ATM deposit,

## Page 139

1   there's a Lexi Drew charge of $36.04.
2   A. Yes.
3   Q. That's a women's clothing store; correct?
4   A. Yes. Yes.
5   Q. What was that for?
6   A. We went together to the store, and she asked me to pay
7   for her some dresses and things that she buy, that she
8   wanted.
9   Q. Now, also on August 21st, it's going to be the last
10   two entries on August 21st. There are two PayPal
11   charges. Do you have a PayPal account you use?
12   A. Yes.
13   Q. Okay. Why didn't you provide me the statements for
14   the PayPal account?
15   A. Because you asked me for bank statement.
16   Q. I said all financial statements, which includes bank
17   statements, money market accounts, PayPal accounts,
18   anything that's a financial account. So is that --
19   A. Well, I haven't provide you with paper because I
20   didn't know I was supposed to. But I can do it if you
21   need to.
22   Q. Yeah, so why don't you, along with those other Chase
23   statements, go ahead and get that for me. Now, the
24   PayPal is to Byolea in Hawaii.
25   A. Yes.

## Page 140

1   Q. Byolea, I looked that up, this is a jewelry store;
2   isn't it?
3   A. It's a jewelry store. Yeah.
4   Q. Okay. There are two debits both for $50 to $100.
5   What did you?
6   A. I paid for jewelry that we sold. She's one of the
7   artists who consign us jewelry. And when we sold, I
8   have to pay.
9   Q. You sell jewelry also?
10   A. Yes.
11   Q. Okay. I don't recall you ever saying that before.
12   A. I mean, not expensive jewelry, like, you know, like, a
13   bead bracelet, and stuff, you can see, it's like $50.
14   So it cannot be very expensive.
15   Q. Okay. You just hadn't ever said that the gallery
16   sells jewelry also, and I didn't see any when we were
17   in there.
18   A. Yeah, there is a display case in the middle of the
19   gallery with some jewelry, yes. Some custom jewelry
20   like, you know, like this type of thing. You see
21   that. No, this type of thing, like, little --
22   Q. So why were you paying for it yourself? Why didn't it
23   come out of the account of the business?
24   A. Because since I have been working with this designer
25   here, she requested to be paid by PayPal because she

35 (Pages 137 to 140)

## Page 141

1    doesn't want to be paid any other way.  And the only
2    PayPal account I have where I can pay people is my
3    PayPal.
4    Q.  So you haven't set one up for the business?
5    A.  No.  I haven't set one up for the business.  That's
6    why I told you earlier that sometime you're going to
7    see that I took cash from the bank because I have to
8    pay people in cash sometime, and sometime I have to
9    pay people with PayPal.  That's the only form of
10   payment she accept, this lady, this girl.
11   Q.  All right.  On the next page, the third entry down,
12   August 24th, it shows a deposit of $1500.  Do you
13   know -- where did that money come from?
14   A.  It can only be Karen Fox.
15   Q.  Girlfriend?
16   A.  Yeah.  She just gave me $3,000 last month to pay for
17   my rent because I cannot afford it right now.
18   Q.  All right.  Well, let's go down to August 29th.  It's
19   going to be the first entry for August 29th.  Same
20   page.
21   A.  Oh, same page.  Sorry.
22   Q.  I'll let you know when we change.
23   A.  Yes, deposit?
24   Q.  For $5,000.
25   A.  Five thousand.

## Page 142

1    Q.  Where did that come from?
2    A.  Probably Karen Fox too.
3    Q.  Karen Fox, okay.  And then one more on August 31st.
4    It's about six or seven down from the August 29th one.
5    There's a deposit for 2,000.
6    A.  Yes.
7    Q.  Was that from Karen also?
8    A.  Yes.
9    Q.  Okay.  Now, going back up, on August 25th, it's right
10   under your payroll deposit.
11   A.  Yes.
12   Q.  There's a purchase of a MoneyGram for $330.99.  What
13   was that for?
14   A.  Where is it?  Oh, MoneyGram, 28?
15   Q.  Uh-huh.  The 25th.  There's one on the 28th too, which
16   I was going to ask you about as well.  But there's one
17   on the 25th for $330.99, and then, as you pointed out,
18   there's another one on August 29th.
19       MR. KWIATKOWSKI:  Right here.
20       THE WITNESS:  Yeah, I see here.  I don't
21   know.  I have to look at my PayPal account and see all
22   of my --
23   BY MS. GOLL:
24   Q.  Oh, this isn't Paypal.
25   A.  Oh, yeah, it's MoneyGram.

## Page 143

1    Q.  You purchased or sent $330.99, which I'm assuming some
2    of that, probably the 99 cents at least, is for
3    payment of the MoneyGram.  So you spent about -- you
4    spent about $330 somewhere by MoneyGram.  Where did
5    that go?
6    A.  I don't remember.  I have to look at my -- I'd have to
7    look at it.  I don't remember.  Two twenty-one, and
8    how much?
9    Q.  Yeah, August 28th was 221.99, and then August 29th,
10   there's one for 275.99.  Then September 1st, there's
11   one for 221.99, and then most of them that we're going
12   to see from here on out, there's a lot of them, are
13   going to be 221.99.  Now, the MoneyGram, just for the
14   bank statements we've got, total up to $3973.85.
15   A.  Yeah.
16   Q.  Between August 25th and November 9th.  And most of
17   them, like I said, are going to be for 221.99.
18   A.  It might be money that I sent to my daughter.  Because
19   it seems like two hundred dollars all the time, that
20   seems like her.
21   Q.  For which daughter?
22   A.  My Tatiana.  Tatiana.
23   Q.  Tatiana.  Okay.
24   A.  And to make you aware of this, when I send money like
25   that to my daughter, my ex-wife consider it as child

## Page 144

1    support.
2    Q.  Even though she's older?
3    A.  She's 23, and she still doesn't have a job, and she's
4    still, you know, depending on us.
5    Q.  On August 25th, after the first MoneyGram account,
6    there's a wire transfer to the Bank of Hawaii,
7    Honolulu, that you sent $200 to.  Do you know what
8    that's for?
9    A.  No, I guess, no.  I don't know.  When is it exactly?
10   Can you tell?
11   Q.  August 25th.
12   A.  Twenty-fifth.
13   Q.  Online wire transfer, Bank of Hawaii, Honolulu.
14   A.  No.  I don't remember why.  But it seems like I wired
15   money to my own personal bank account.  Yes?
16   Q.  Is that what you did, to the Bank of Hawaii account?
17   A.  Yeah, there is no account number here, but it seems
18   like -- that's the only reason I see.  I mean, it's my
19   -- maybe I owe them.  Maybe they send me a bill and I
20   have to pay.  I suppose that's what it is.
21   Q.  The bank sent you a bill.  Why would you owe the bank
22   money?
23   A.  Well, if I write a check or if I am, what you call
24   when you are --
25   Q.  Overdrawn?

36 (Pages 141 to 144)

## Page 145

1   A.  Overdrawn, yeah, yeah.
2   Q.  But this is August 25th of 2017, you said you hadn't
3       used that bank account since you left Hawaii.
4   A.  Yes.
5   Q.  So why would you have an overdraw in August of 2017?
6   A.  I don't know.  You know, sometime bank just charge
7       you for like fees that you don't even know why, and
8       you know, they just charged.  So, I like, I mean, I
9       know myself, I don't send $200 to my bank account if
10      I'm not required to.  So I guess the bank -- you know,
11      maybe the bank called and asked me.
12  Q.  So somehow the bank --
13          MR. KWIATKOWSKI:  It is possible.  If you
14      think about it, it is possible to be overdrawn if you
15      had $5 in the account, like he said, and then --
16          MS. GOLL:  Just, just --
17  BY MS. GOLL:
18  Q.  So the bank obviously had a way of getting a hold of
19      you to tell you that you owed them that money.  So
20      wouldn't you have a statement from the bank.  Because
21      they obviously were able to contact you.  You know,
22      knew where you lived, knew your phone number,
23      something, so that you would know that you had to send
24      $200 because you owed them money.
25  A.  Yeah, of course, well, you know, banks sometimes they

## Page 146

1       send you this E-mail, internal E-mail in your account,
2       you know, and they tell you, you know, 200.  So I
3       don't know.  I mean, I still don't know.  I can ask
4       why they ask me to send $200.
5   Q.  Well, would you have a copy of the E-mail from them,
6       if it was by E-mail, or a copy of the letter they sent
7       you?
8   A.  I can look for it.
9   Q.  You said you can call them.  Can you get your bank
10      statements from --
11  A.  Well, I'm sure if I request and I pay for it, they're
12      going to give it to me, and, you know -- but, so you
13      want me to find for you the reason why I transferred
14      $200 to my bank account in this particular date?
15  Q.  Well, I actually would like copies of all your bank
16      statements from the Bank of Hawaii.
17  A.  Okay.
18  Q.  From, I won't even make you go back six years, just
19      two years.
20  A.  Okay.
21  Q.  Well, actually, let's do since you moved here, the
22      2014.  So 2014 to now.
23  A.  Okay.
24  Q.  All right.  Checking on time.  So any of the, on
25      August 28th, there's another debit for Lexi Drew of

## Page 147

1       $200.98.
2   A.  Yeah.
3   Q.  That's going to be for your girlfriend?
4   A.  Yeah, we went to the store.  She likes this store.
5       Every time we go there, she buys something.
6   Q.  Okay.  All right.  Now, August 28th, also, right after
7       that Lexi Drew one, there is a $250 transfer, online
8       wire transfer, to Tatiana Marti.
9   A.  That's my daughter.
10  Q.  That's your daughter?
11  A.  Yeah.
12  Q.  So that went to your daughter as well?
13  A.  Yes.
14  Q.  All right.  So the MoneyGrams went to your daughter
15      and this wire transfer did?
16  A.  Yeah.
17  Q.  Tatiana, correct?
18  A.  Yes.
19  Q.  All right.  Then we have got the -- here on August
20      29th, you made a wire transfer of a $1000 for child
21      support.
22  A.  Yes.  You're going to see a few of them because that's
23      usually what I do when my ex-wife call me for money.
24  Q.  Okay.  Let's see --
25  A.  And I never say no because as you see on my divorce

## Page 148

1       agreement, I owe her a million dollars.  I think I'm
2       getting off easy on that one.
3   Q.  Okay.  Let's see, the next page, which is going to be
4       page 4 of 6, down at the bottom, it's really little.
5       It starts out on September 1st for the -- all right,
6       on September 5th, there are two deposits, one for 1500
7       and one for 400.  The 1500, where did that come from?
8   A.  Karen Fox.
9   Q.  Okay.  And the 400?
10  A.  Probably Karen Fox too.  I don't see any other --
11  Q.  Okay.  There's no other place where you would have
12      gotten 1500 or 400?
13  A.  No.  When it's this type of a number, it's always her.
14      That's where she --
15  Q.  Okay.  I still have to go through each of them.  So --
16  A.  Okay.
17  Q.  Now, I have got a question for you.  It started
18      popping up.  September 5th is the first one.  There's
19      this charge of 19.99, for Steamgames.com.
20  A.  That's my son.
21  Q.  That was your son.  Okay.
22  A.  That's a video game for my son.
23  Q.  Okay.  The only reason I asked is because there's a
24      lot of those charges going through.  And when I was
25      trying to look it up online, there was a thing saying

37 (Pages 145 to 148)

## Page 149

1  that it was a fraud that it was popping up on people's
2  accounts when they hadn't charged anything. So I was
3  just checking to see if that was something that we
4  could collect on.
5  A. Yeah, SteamGame is one of these company where you pay
6  and they give you a code, like a digital code, and my
7  son can go and play this stupid game.
8  Q. On 9/5, there is a $164.62 debit to Doterra.
9  A. Yes.
10 Q. Now, what is that for?
11 A. This is my older daughter. She works for this
12 company. It's a company who sell essential oil, and
13 she work for the company and she make me buy this
14 family package which is supposed to give you -- there
15 was like, I think 12 little bottle of oil in there
16 that you have to put on your chest when you get cold,
17 or on your temple here when you get headache. I mean,
18 it's essential oil that I buy because I want to be
19 nice to my older daughter. And actually, I think she
20 even make me enroll for --
21 Q. Every month renewal.
22 A. Yeah, it's something like that, yeah.
23 Q. I did see it popping up every single month, but in
24 different amounts so.
25 A. Yeah, that's what it is. Yeah. This is my older

## Page 150

1  daughter.
2       MR. KWIATKOWSKI: You're an essential oil
3  expert.
4       THE WITNESS: I got so much oil, you know, I
5  wish I could drink it.
6  BY MS. GOLL:
7  Q. Pop it in the store and sell it there, or the gallery.
8  Now, there's one on 9/6, if you go down to -- it's a
9  PayPal, card purchased from PayPal, iCanvas.com.
10 A. That's artwork.
11 Q. Artwork?
12 A. That's artwork that I bought for the gallery, iCanvas
13 is a publishing company, published print.
14 Q. Okay.
15 A. And I don't know why I ended up paying this with my
16 personal card, but I remember this being for the
17 gallery. And actually, I bought a few things from
18 this company and I haven't been reimbursed. So, the
19 company owe me money too.
20 Q. All right. So we already asked about Tatiana because
21 there's another online wire transfer to her.
22 Steamgames. Okay. September 8th, it's going to be
23 the last September 8th entry.
24 A. Uh-huh.
25 Q. There's a payment to Anzhelika Khomenets.

## Page 151

1  A. Yes.
2  Q. Oh, and when we spelled that earlier, it's actually K-
3  H-O-M-E-N-E-T-S. There's a payment to her for $250.
4  What's that for?
5  A. That was for lingerie. She's a lingerie designer.
6  No, how you call lingerie -- what you call --
7  Q. Lingerie?
8  A. Lingerie, Victoria Secret stuff.
9  Q. Yeah.
10 A. Yeah. She's a lingerie designer, and I bought this
11 for Karen Fox as a gift with her money.
12 Q. Bought for Karen. Okay. So she's a lingerie
13 designer. Does she work around here?
14 A. Anzhelika?
15 Q. Yeah.
16 A. Anzhelika is a friend of mine who's a lingerie
17 designer.
18 Q. Right. That's what you said.
19 A. So I bought a few things from her for gift for Karen,
20 then she moved to -- she's from Chicago. Last year,
21 she came to Birmingham, and she stayed with me for
22 probably three or four months because she was trying
23 to open a store here. And I tried to help her, not
24 financially, but by introducing to the landlord and
25 everything. She did. She made a deal with them. She

## Page 152

1  opened the store. Then she had a fight with the
2  landlord and she left, and that was the end of the
3  story.
4  Q. So this lingerie store, did you have any interest in
5  it?
6  A. No. At some point, there is a guy called
7  Chuck Bennett. Chuck Bennett is columnist at the
8  Detroit News. I asked him to help her to advertise
9  for her store. And somehow in this article that he
10 wrote, he put me as a co-owner, but I was never a
11 co-owner.
12 Q. Chuck Bennett?
13 A. Chuck Bennett, yeah, he work for the Detroit News. He
14 does the social, you know, all of the gossip and
15 stuff. He's the one who also wrote that I was partner
16 in the Robert Kidd Gallery when it was not accurate.
17 Q. All right. So he did one of those stories also about
18 you and Jennifer?
19 A. Yeah. Yeah.
20 Q. So he doesn't get a lot of stuff right, does he?
21 A. Well, you know, these people, journalist, you give
22 them an interview. They ask you questions. And after
23 that, they run and they write whatever they want, you
24 know.
25      MR. KWIATKOWSKI: I have actually been

38 (Pages 149 to 152)

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141
21-40553-tjt   Doc 12-3   Filed 01/29/21   Entered 01/29/21 14:19:28   Page 38 of 77

## Page 153

1  wickedly misquoted in a newspaper article.
2  BY MS. GOLL:
3  Q.  All right.  So, you didn't have an interest in the
4      lingerie store.  You said you introduced her to the
5      landlord.
6  A.  Landlord.
7  Q.  Did you help her with the lease, sign on the lease,
8      anything like that?
9  A.  I give her advice because she's foreign.
10 Q.  Gave her advice, okay.
11 A.  I gave her advice.  I introduced her to the landlord.
12     I help her to paint the store at some point.  You
13     know, she's a friend of mine for many years.
14 Q.  All right.  So you bought the $250 of lingerie for
15     her?
16 A.  Yes.
17 Q.  Let's see, next page, which is Page 5 of 6.  Up at the
18     top, the first two entries, on September 12th, there's
19     a deposit of $4,000 and one for 1600, were those both
20     from Karen?
21 A.  Karen Fox, yeah.
22 Q.  Okay.  And then, September 14th, there is a payment to
23     Kihai Maui Self-Storage to 264.40.  Was that for one
24     of the units?
25 A.  Let me see.  Which one?

## Page 154

1  Q.  On September 14th.
2  A.  Well, if yeah, if it's Kihai Storage it's for one of
3      the units probably.
4  Q.  One of, okay.  The very next entry.  It's another
5      Paypal.  It's for Christinere, C-H-R-I-S-T-I-N-E-R-E.
6  A.  Yeah.  That's somebody I owe money to.  Her name is
7      Christine.  You going to see, when I provide you with
8      my PayPal information --
9  Q.  Uh-huh.
10 A.  -- you're going to see mostly payment to this lady.
11     This is someone that -- this is one of my former
12     clients, from my former gallery in Hawaii, that I'm
13     refunding for something that she returned.  So I'm
14     refunding every month.  So I send her, like, you know,
15     sometimes $50, sometimes $100 by PayPal.  Every time I
16     can.  I can send her some money to pay her back to
17     refund her for what she returned.
18 Q.  The art gallery you can take stuff back to?
19 A.  Well, in this case, what happened, she live in
20     Australia.  When we shipped the goods there, it get
21     damaged.  We don't insure it for enough money with
22     UPS, so I end up having to pay the difference.
23 Q.  So do you still owe her money?
24 A.  Yes.  I think only another 2500, or 2800.  I know that
25     I send her $50 last month, and I'm sending her every

## Page 155

1  time I can.
2  Q.  Okay.  That's not listed in the schedules.
3      MR. KWIATKOWSKI:  No.
4      MS. GOLL:  So you'll have to amend the
5  schedules then.
6      MR. KWIATKOWSKI:  Yeah.
7      THE WITNESS:  Well, because --
8  BY MS. GOLL:
9  Q.  That's okay.  Let's go down to September 15th.  It's
10     going to be the last September 15th entry.  There's
11     another payment to Anzhelika for $300.  What was that
12     for?
13 A.  Yeah.  Same thing.  Same thing, lingerie.
14 Q.  For Karen?
15 A.  Yeah.
16 Q.  All right.  On September 18th, there's a wire transfer
17     of $200 to Adelaide Clairwain.
18 A.  That's my daughter.
19 Q.  Okay.  This says that it went to Birmingham.
20 A.  What?
21 Q.  It has here -- it says, Adelaide Clairwain --
22 A.  November 18, can I --
23 Q.  Yeah.
24 A.  I can't find it.  Sorry.
25 Q.  It's going to be here, right there, it's a bigger one.

## Page 156

1  A.  Oh, yeah.  Okay.  Yeah, well, do you see what's
2      written.
3  Q.  Yeah, TD Bank, Adelaide Clairwain --
4  A.  Yes, that's my daughter.
5  Q.  -- Birmingham, Michigan, happy birthday.  So that's
6      your daughter for --
7  A.  I wire money to my daughter in France for her
8      birthday.  It's an online domestic wire.  So I send
9      her money for her birthday.
10 Q.  Right.  Domestic means local.  And it's showing in
11     Birmingham.
12 A.  Well, she live in France.  So I mean the wire was made
13     from Birmingham, but it was received in France,
14     because that's where she live, and it's her birthday
15     because I say happy birthday on the thing.
16 Q.  Well, it's just it said it was domestic, so it seems
17     odd.
18 A.  Yeah, I agree.
19 Q.  All right.  Now, there are -- on September 18th, it's
20     going to be two down from the one we just looked at.
21     There's actually two in a row for Claudia Martiko.
22 A.  Yeah.
23 Q.  One for $10 and one for 200.  What is that?
24 A.  She's a cleaner.  She's a housekeeper.
25 Q.  Oh, so she cleans your house?

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141

21-40553-tjt    Doc 12-3    Filed 01/29/21    Entered 01/29/21 14:19:28    Page 39 of 77

## Page 157

1   A.  Well, at some point, I have her clean my house a
2   couple of times.  Then after that, I couldn't afford
3   it any more.
4   Q.  Okay.  I'm going to skip that one.  Let's see.  All
5   right.  There's another one right after the two to
6   Martiko.
7   A.  Dylan.  That's a web designer.
8   Q.  Dylan P., he's a web designer?
9   A.  Yeah, he's a web designer.  That was a down payment
10   for a web design that he never finished.  I was
11   supposed to pay another 500, which I never did because
12   he never finish it.
13   Q.  Okay.  So we have got the payments to Claudia Martiko
14   for the housekeeping.  Then on September 20th, there's
15   a payment to George E. Mitchell Clean for 156.70.
16   A.  George E. Mitchell?
17   Q.  Yeah, and I looked that up.  He's a cleaner.
18   A.  Okay.
19   Q.  So what was that for?
20   A.  Well, I guess, cleaning, 156.70?
21   Q.  Yeah.
22   A.  George Michael?
23   Q.  George E. Mitchell, Mitchell.
24   A.  He's a cleaner?
25       MR. KWIATKOWSKI:  Is that dry cleaning?

## Page 158

1       THE WITNESS:  Oh, it could be dry cleaning.
2   Yeah.  Because --
3   BY MS. GOLL:
4   Q.  Dry cleaning, okay.
5   A.  -- oh, yeah, yeah.  It's a dry cleaning on Woodward
6   next to CVS.  Yeah, that's dry cleaning, yeah.
7   Q.  Okay.  September, the very last entry, there's another
8   payment to Anzhelika Khomenets for $1200.
9   A.  Yeah, I buy a dress from her for Karen.  A beautiful
10   evening dress.  We were going to the Little Black
11   Dress Event at the Townsend Hotel.
12   Q.  Okay.  So she doesn't do just lingerie.  She was doing
13   clothing --
14   A.  She does wedding also.  She does wedding dress,
15   lingerie.  Yeah, she's a clothing designer.  She have
16   a website.  You can take a look at what she sell.
17       MS. GOLL:  I don't think we're going to get
18   through all of this by two.  I don't think we're going
19   to get through the rest of the bank statements.
20       MR. KWIATKOWSKI:  We said we can go to
21   three.
22       MS. GOLL:  Oh, you said three?  Okay.
23   Sorry.  I knew you said two, and then he was
24   concerned --
25       MR. KWIATKOWSKI:  I said I could stretch it.

## Page 159

1   BY MS. GOLL:
2   Q.  All right.  So, let's take a look at the next bank
3   statement, September 21st through October 19th.  And
4   there are four checks on that first page.  We'll do
5   the first three.  And then we'll move to the second
6   page, which is Page 2 of 6 of the statement.  There's
7   a deposit on September 21st for $800.  Where was that
8   from?
9   A.  Deposit, yeah, it's probably Karen Fox again.
10   Q.  Karen.  Okay.  And then, let's see, that's Robert
11   Kidd.  On September 25th, there's another deposit.
12   The deposits are dark so you can find them easy.
13       MR. KWIATKOWSKI:  They're not --
14       MS. GOLL:  The numbers, the money portion of
15   it.
16       MR. KWIATKOWSKI:  Not really, but we can
17   try.
18       THE WITNESS:  Which one?
19       MS. GOLL:  Really?  That's weird I printed
20   it off the same and mine are showing dark, bolder.
21       MR. KWIATKOWSKI:  Yours are much cleaner
22   than mine.  See.
23       MS. GOLL:  They're from the same printout.
24       MR. KWIATKOWSKI:  You can see here.
25       MS. GOLL:  Yeah.

## Page 160

1       MR. KWIATKOWSKI:  No, because you have got
2   hole punches in that.
3       MS. GOLL:  Yeah, what I did was I printed
4   these off originally, went through them, then I
5   printed --
6       MR. KWIATKOWSKI:  Well, you can see even
7   Gerard's are more clear than mine.
8       MS. GOLL:  They printed off from the
9   document you gave me.  That's so weird.
10       THE WITNESS:  Well, this is Karen Fox again.
11   BY MS. GOLL:
12   Q.  Karen?
13   A.  Yeah.
14   Q.  That's the 25th for 1500?
15   A.  Yeah.
16   Q.  Let's see.  On September 21st, one, two, three, four,
17   it's the fifth entry.  There's a card purchase that
18   was paid to PayPal for Alex A. C. Jacob.
19   A.  Yeah.  She is a -- how do you call that?  Somebody who
20   does skin care.
21   Q.  Skin care?
22   A.  Yeah.  And that's also for Karen.  She came to  she's
23   a person who -- Alexa Jacob is a person who does skin
24   care, and she come to your place and she does a facial
25   and stuff, and that's what she did.  Yeah.

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141

---

Page 161

1  Q. Wow. That's expensive.
2  A. She's really good actually. I mean, I never try her,
3      but Karen says she's really good.
4  Q. Now, was this, this was for her to come there. It
5      wasn't for like products?
6  A. No. It was she came and she give this facial and skin
7      care.
8  Q. All right. Now, on September 25th --
9  A. You're going to see more of her because Karen use her
10     a lot.
11  Q. On September 25th, it's going to be the fifth entry
12     for September 25th, there's a quick pay to Cody
13     Franklin for $300.
14  A. Yeah. That's my assistant, Cody, the one in the room
15     here today. And I think this was for -- she went to
16     deliver artwork for me in Grand Rapid, and I pay her
17     for delivering the artwork in Grand Rapid.
18  Q. Why didn't it come out of -- from the bank account of
19     the business?
20  A. Because she asked me to pay by PayPal. I don't know
21     why. I mean, sometimes I pay her. I mean, like --
22  Q. Well, this is Zelle, not PayPal.
23  A. This is what?
24  Q. Zell, quick pay with a Zelle payment.
25  A. Oh, Zelle, that's a bank to bank. Yeah. Well, I

---

Page 162

1      guess she asked me to wire the money in her bank
2      account. I don't know why.
3  Q. Okay. We went over all of that earlier.
4  A. Sometimes you going to see, like, you know, Uber for
5      $125. That's usually because I send them -- I go to
6      Grosse Pointe or somewhere to deliver artwork.
7  Q. Okay. Why does it come out of your checking account
8      and not the --
9  A. Well, because sometime I just, you know, I just pay
10     with my credit card, and you know, I'm going to be
11     reimbursed, or sometime I don't have any money in the
12     company and I have to pay.
13  Q. Okay. There's some for $12, 12.04.
14  A. Yeah. That's really short trip. Yeah.
15  Q. That would be like from your house to the gallery?
16  A. Yeah.
17  Q. Let's see. All right. Go down to the next page which
18     is 3 of 8.
19     MR. KWIATKOWSKI: What date is this starting
20     because I can't read the bottom.
21     MS. GOLL: 9/28.
22     MR. KWIATKOWSKI: Got it.
23     THE WITNESS: Yeah, you see, I have another
24     payment of 400 to Cody for the...
25  BY MS. GOLL:

---

Page 163

1  Q. September 29th, there's a deposit of $4000. It's the
2      third entry.
3  A. Yes.
4  Q. Was that Karen?
5  A. Certainly, yeah.
6  Q. All right. Then let's see, MoneyGram, we already
7      talked about that. There's another payment to Cody
8      Franklin.
9  A. Yeah.
10  Q. That's what you were just talking about for 400.
11     That's for another trip?
12  A. Yes. She went to Grosse Pointe two times.
13  Q. Okay. All right. Let's go down to 10/4. There is a
14     deposit and it's towards the bottom. There's a
15     deposit of $5300.
16  A. Yes.
17  Q. Was that from Karen also?
18  A. Probably, yeah, I don't have any other income beside
19     Karen. I mean going to my personal.
20  Q. When you say that, you mean other than your paychecks?
21  A. Well, I shouldn't say income. I should say gift,
22     yeah.
23  Q. No other money, other than from Karen going into your
24     personal account --
25  A. Yeah.

---

Page 164

1  Q. -- except, I'm just -- your paycheck goes in there
2      too, correct?
3  A. Yeah, my paycheck does.
4  Q. Okay. I don't want you to say something that we know
5      is a little inaccurate. And then Robert Kidd payroll.
6      Going up. So all of the Byolea PayPals that would be
7      for the store.
8  A. For jewelry, yeah.
9  Q. Nothing personal for that.
10     MR. KWIATKOWSKI: Which one is that?
11     THE WITNESS: The jewelry designer.
12     MS. GOLL: That's up at -- it's the very
13  second one.
14     MR. KWIATKOWSKI: Oh, okay.
15  BY MS. GOLL:
16  Q. Now, on October 10th, there's another payment to
17     Anzhelika --
18     MR. KWIATKOWSKI: Next page?
19     MS. GOLL: Nope, same page.
20  BY MS. GOLL:
21  Q. Yeah, October 10th, it's about halfway down, a little
22     less than halfway. There's another payment to
23     Anzhelika for $250.
24  A. Anzhelika?
25  Q. Yep.

---

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141

## Page 165

1    MR. KWIATKOWSKI:  Right here.
2    THE WITNESS:  Yes.  Yeah.
3  BY MS. GOLL:
4  Q.  Okay.  What was that for?
5  A.  A dress or lingerie again for Karen.
6  Q.  She gets a lot of lingerie every month.  Wow.
7    MR. KWIATKOWSKI:  There's a lot of dough
8    coming in here too.
9  BY MS. GOLL:
10  Q.  Let's see.  On October 2nd, there's a Zelle payment to
11    Claudia Martiko for $400.  Didn't you say you stopped
12    using her after the --
13  A.  Yeah.  At some point, I mean, I don't exactly remember
14    the date I stopped using her, but I --
15  Q.  Okay.  I thought you meant you stopped using her after
16    that other one where you paid her twice.  Okay.  So
17    that's just how --
18  A.  Well, I guess it's this one.
19  Q.  Now, on October 3rd, there is a purchase from AutoZone
20    for $204.57.  What's that for?
21  A.  AutoZone?  I don't know.  PayPal, AutoZone.
22  Q.  Okay.
23  A.  Is it TN mean Tennessee, no?
24    MR. KWIATKOWSKI:  Yeah.
25  BY MS. GOLL:

## Page 166

1  Q.  TN means Tennessee.  That's where their company is
2    located.
3  A.  Oh, I see.  I don't recall what it is.  I can find out
4    for you, but I don't recall what it is.
5  Q.  There was already one previous.  I didn't ask you
6    about it, but on October 2nd, it's about a quarter of
7    the way down, there's a charge from Vertigo, or
8    Vertical, excuse me, in Detroit.
9  A.  It's a restaurant.
10  Q.  It's a restaurant?  It's not a wine bar?  Or is it
11    both?
12  A.  It's both, yeah.
13  Q.  I was looking it up --
14  A.  It's really good, actually.  I went there with Karen.
15  Q.  All right.  Let's see.  Then on the next page, which
16    is Page 4 of 8 --
17    MR. KWIATKOWSKI:  See this one is clear.
18    MS. GOLL:  See that's so weird because it
19    all printed out from the same copy, from the same
20    copier, at the same time even.
21  Q.  Okay.  So the Maui Self-Storage, or not Maui, yeah,
22    Kihai Maui Self-Storage on October 10th, about almost
23    halfway down, for 271.44.  That was for the storage
24    unit?
25  A.  Yes.

## Page 167

1  Q.  All right.  Oh, I missed the deposit.  On 10/10,
2    there's a deposit of $700; was that from Karen?
3  A.  Let me see.  Where is it?
4  Q.  10/10.  It's one, two, three, four, fifth down.
5    MR. KWIATKOWSKI:  Up here.
6    THE WITNESS:  Yes.
7  BY MS. GOLL:
8  Q.  Karen.  Okay.  And then on October 12th, there's a
9    $3,800 deposit.  Is that from Karen as well?
10  A.  On October what?
11  Q.  October 12th.
12  A.  It's all the way down?
13  Q.  Well, yeah, about three-fourths of the way down?
14  A.  It's 3800, no?
15  Q.  Yes, 3,800.
16  A.  Yes.  That's probably for my rent.  She probably give
17    me money for my rent.  What's the date?
18  Q.  October 12th.
19  A.  Yeah, that's probably to pay for my rent, yeah.
20  Q.  Karen for rent.  All right.  Let's see.  On October
21    10th, this is going back up, partway, it's about a
22    quarter of the way down.  There's a $45 debit for
23    Antonio, Antonino, excuse me, Salon.
24  A.  That's a hair salon who's next to the gallery.  He
25    cuts me hair.

## Page 168

1  Q.  Okay.  Does he do anything else besides cutting hair.
2    Like is it a spa or anything like that?
3  A.  No.  I mean, hair color, he's a hairdresser.
4  Q.  Okay.  I'm sorry.  I'm just looking for one thing.
5    All right.  Let's see.  Lucky lady, once again,
6    October 10th, there's a payment to Anzhelika for $250,
7    was that for more lingerie?  I mean it's strange
8    they're all 250.
9  A.  Okay.  Well, you know, it's not always lingerie.  It
10    can be also like a dress, or a bathrobe, because she
11    does all kind of items.
12  Q.  I understand that.  But it's always for an even amount
13    and this one's 250, most of them are $250 even.
14  A.  Yes.  So?
15  Q.  I mean there's no tax or anything like that?
16  A.  Oh, well --
17  Q.  It seems like it's always 250, 250, 250, 1200, 250.
18  A.  Well, 1200 was the dress, and 250 is lingerie or a
19    bathrobe or stuff like that that she likes.  Yeah.
20  Q.  No, I understand what you're saying, but it seems odd
21    it's always an even amount.  There's not -- it doesn't
22    look like tax or anything like that.
23  A.  Well, because she's not really a store.  She sell
24    online.
25  Q.  She sells online.  Okay.

21-40553-tjt    Doc 12-3    Filed 01/29/21    Entered 01/29/21 14:19:28    Page 42 of 77

## Page 169

1   A.  So I guess she doesn't charge me tax.  She just, you
2       know.
3   Q.  All right.  Now, on 10/10, this is going down a ways,
4       there's another Zelle payment, but it's to
5       Tatiana Marti, that's your daughter, again, right?
6   A.  Yes.
7   Q.  Deposit, we already went over that.  MoneyGram we
8       already went over that.  All right.
9           The next page which is 5 of 8.  All right.
10      We have already talked about those.  October 17th
11      there's deposit of $3,500.
12  A.  Yes.
13  Q.  Is that Karen again?
14  A.  Yes.
15  Q.  Okay.  And then October 18th, the next day, there's a
16      $2500 deposit; was that from Karen?
17  A.  The next day what?
18  Q.  October 18th.  It's the first October 18th.  Deposit
19      $2500.  Is that from Karen again?
20  A.  Yes.
21  Q.  And then October 19th, the very last entry on the
22      statement, or on this page, it's a deposit of 1600;
23      was that Karen?
24  A.  Yes.
25  Q.  We already went over MoneyGram.  Okay.  October 16th,

## Page 170

1       again, there's another payment of $250 to Anzhelika.
2   A.  Yes.
3   Q.  Was that more lingerie or clothes?
4   A.  Where is it?  The same page?
5   Q.  Yeah, it's on that same page, page 5 of 6.  It's
6       October 16th.  It's the next to the last October 16th.
7       It's another one for $250.
8           MR. KWIATKOWSKI:  I think it's around here
9       someplace.
10          THE WITNESS:  Yes.  It's for lingerie or
11      jewelry, I mean, lingerie or clothing, yeah.
12  BY MS. GOLL:
13  Q.  Okay.  10/18.  It's the fourth one from the bottom.
14  A.  Uh-huh.
15  Q.  It's a wire transfer of $1500 to --
16  A.  -- Jack Naidhitch.
17  Q.  Yep.
18  A.  That's my lawyer in Hawaii.
19  Q.  You have an attorney in Hawaii?
20  A.  Yes, I do.
21  Q.  What for?
22  A.  What for?  I was living in Hawaii for 25 years and I
23      have some issue there with some people, like my
24      storage, like my old landlord, and he's my lawyer.
25  Q.  Okay.  So he's representing you against your old

## Page 171

1       landlord?
2   A.  He represents me with whoever bother me in Hawaii.
3       You know, when I -- when we get -- I give you an
4       example.  When I get divorced --
5   Q.  Uh-huh.
6   A.  -- and I walk away from everything, my house, our
7       house went to foreclosure.  My ex-wife never paid
8       property tax so the Hawaiian property tax came after
9       me, and I have to hire a lawyer to defend myself.  And
10      that's what Jack is doing.
11  Q.  He's defending you right now?
12  A.  Yeah, yeah.  I'm still trying to deal with them.  I'm
13      trying to avoid paying all these back taxes that I
14      don't feel like I owe it.
15          And also, at same point, he also help me for
16      the other issue that I have with my old CPA, Levin and
17      Hu.  I tried to fight with them to reduce this late
18      fee that they give me, they charged me for.
19  Q.  Okay.  The only creditor that I see from Hawaii in
20      your Schedules or your Schedule E, F, is for Hawaii
21      Self-Storage.  So if you're being sued by other
22      people --
23          MR. KWIATKOWSKI:  He didn't say he was being
24      sued.
25  BY MS. GOLL:

## Page 172

1   Q.  Or if someone else is coming after you, like for the
2       taxes, you didn't disclose that, as a creditor that
3       you owe.
4   A.  Well, no, I guess not.  I declared -- well, Jack is my
5       lawyer for different thing, like I tell you, he tried
6       to have my old CPA reduce the late fee that he charged
7       me.  And it didn't happen, actually, they refused to
8       do it.  He's helping me to deal with Hawaiian taxes.
9       He's the one who tried to help me when I was dealing
10      with Michael Bojkovic.  You know, this gentleman, who
11      has all of my stuff in collateral.  So Jack is my
12      lawyer like Scott is my lawyer, and I have to pay him
13      sometime.
14  Q.  Okay.  No, I understand that you have to pay him.  But
15      these people that you're saying that you owe money
16      to --
17  A.  Yes.
18  Q.  -- for the Hawaiian authority for the property taxes,
19      the landlord, old landlord, they're not listed in your
20      Schedules anywhere?
21  A.  Yeah.
22  Q.  As having that you owe them money.
23  A.  Well, because I don't owe, maybe because I pay off.  I
24      pay them off.  What I'm saying.
25  Q.  So you don't owe the property taxes anymore?

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141

21-40553-tjt    Doc 12-3    Filed 01/29/21    Entered 01/29/21 14:19:28    Page 43 of 77

## Page 173

1  A.  No.  No.  I pay all of this.
2  Q.  Okay.  So why are you still paying Jack?  Do you owe
3      Jack money?
4  A.  Yeah.  I still owe --
5  Q.  So Jack's not listed either.
6  A.  But he's my lawyer.  He helps me.  He defends me.
7  Q.  That doesn't matter.  You still have to list all of
8      your creditors.
9  A.  Even the one --
10 Q.  Everybody.  Everyone you owe money to you have to list
11     in your Schedules.
12 A.  Oh.
13 Q.  So Jack Naidhitch.
14 A.  So I should mention you too.  This way I don't have to
15     pay you.
16 Q.  Well, he's actually a different story because you
17     entered into an agreement to pay him hourly after the
18     case was filed.  This is everything that was owed
19     before the case was filed.
20 A.  Yeah.  I still owe money to Jack.
21 Q.  How much do you still owe?
22 A.  Probably a couple of thousand dollar at least, maybe
23     1800, it could be less.
24 A.  No, yeah, maybe $1800.
25 Q.  All right.  Let's check, October 19th, on the next

## Page 174

1      page.  The very first entry, ABC Harley Davidson.
2  A.  Yes.
3  Q.  935.14.
4  A.  Yes.
5  Q.  What was that for?
6  A.  I fell with the motorcycle that I use, my friend
7      motorcycle that I use.
8  Q.  You fell?
9  A.  I fell and I damaged the rearview mirror, and the
10     front, and the side of the tank, and I have to take it
11     to be fixed because she lend it to me, and I have to
12     fix it when I broke it.  So I pay for it.
13 Q.  And then there's another, the last entry, another
14     payment to Cody Franklin.
15 A.  Yeah.
16 Q.  Is that again for --
17 A.  Yeah.  Cody's been helping me, you know, driving me
18     around, and I finally decide to hire her, you know, as
19     an employee, but for a while, she's been helping me.
20     And I have been, you know, giving her money to deliver
21     stuff or pick me up.  Like she picked me up yesterday
22     at 12:30 from the airport, for example, last night.
23 Q.  Okay.  Let's see.  From the airport last night.  Where
24     did you go?
25 A.  I went to Los Angeles for my son's birthday.  He

## Page 175

1      turned 18 yesterday.
2  Q.  Let's see.
3  A.  And Karen paid for my plane ticket and my hotel stay.
4  Q.  Ticket for LA trip.  All right.  So, we don't have
5      anything on that first page.  Let's look at the second
6      page, 2 of 6.  And there is one deposit on
7      October 27th for $1800.
8          MR. KWIATKOWSKI:  Down at the bottom.
9  BY MS. GOLL:
10 Q.  Was that from Karen as well?
11 A.  Yes.
12 Q.  The third entry at the top, October 23rd, there's a
13     purchase for ARS National Services, $126.98.  Do you
14     know what that's for?
15 A.  No.  Is this a phone number next to it?
16 Q.  Yeah.
17 A.  Well, I guess I'm going to have -- ARS?
18 Q.  ARS, yeah.  I didn't know if that was something to do
19     with the business or something.
20 A.  It's in California.
21 Q.  Okay.
22 A.  And what's the date?  Wait.
23 Q.  October 23rd, excuse me.
24 A.  2016, no, 2017.
25 Q.  Seventeen, recently, yeah.

## Page 176

1  A.  Okay.  I don't know what this company is, but --
2  Q.  Okay.  If you don't know, you don't know.  That's
3      okay.  October 23rd, still is going to be the sixth
4      entry down, there's an Amazon Marketplace payment.  Or
5      no, I'm sorry, the fifth one down, a German Wing One
6      PayPal, $287.08.
7  A.  German Wings?
8  Q.  German Wings One.
9  A.  Yeah, yeah.  I see it.  Yeah.
10 Q.  Any idea what that is?
11 A.  No, I don't remember.
12 Q.  No, if you don't know, you don't know.  That's fine.
13     I don't want you to make something up.
14 A.  If I know, I would tell you.
15 Q.  All right.  Now, October 27th, it's down towards the
16     bottom, there is another payment to Anzhelika for 350.
17     Is that more lingerie and clothes?
18 A.  Yes, clothes, yeah.
19 Q.  All right.  Next page, on, let's see, page 3 of 6,
20     there is a deposit, on October 31st of $8000.  Was
21     that from Karen?
22 A.  Yes.
23 Q.  And then down, just up from the bottom, on
24     November 6th, there's a $1200 deposit.  Was that Karen
25     as well?

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141

## Page 177

1   A. I assume, yeah.
2         MR. KWIATKOWSKI:  Down at the bottom, right
3       before your rent, right after.
4         THE WITNESS:  Yes, probably.
5   BY MS. GOLL:
6   Q. Okay.
7   A. Yeah, because the next day we went to Lexi Drew and
8       buy something again.  So, yeah.
9   Q. Okay.  So that was Karen as well?
10  A. Probably, yeah.
11  Q. The middle of the page, 11/2, the first 11/2 entry,
12      there's a Cicchini Custom Clothing?
13  A. Yes.  So this is, this is, how you call it -- it's a
14      store in Birmingham, who sell men's clothes, and I was
15      forced to buy a tuxedo.
16  Q. Forced to buy a tuxedo.
17  A. Forced to -- yeah, I was forced to buy a tuxedo to go
18      to a function with Jennifer Vinklarek.  We were
19      awarded the best gallery in Hour Magazine?
20  Q. Uh-huh.
21  A. You know the Ours magazine because that's gallery --
22  Q. Yes, Hour Magazine, yeah.
23  A. And we were invited to receive this award, so she said
24      you cannot go with your leather jacket and your
25      motorcycle outfit, you have to get a suit.  So I get a

## Page 178

1       suit.  And she pay for it actually.
2   Q. Jennifer did, Vinklarek?
3   A. No, no.  I paid with my credit card, but she gave me
4       the money for it.
5   Q. Why would Jennifer come up in October, well, actually,
6       November of 2017, she no longer owned the store?
7         MR. KWIATKOWSKI:  Well, she -- I'm guessing
8       they awarded --
9         MS. GOLL:  Don't, don't, don't.
10        THE WITNESS:  Well, I still talk to her
11      everyday, and we're still in, you know, we're still
12      in, you know, I'm still having a relationship with
13      her.  We are --
14  BY MS. GOLL:
15  Q. But my question is she no longer owned the business so
16      why would she come up for it?
17  A. Well, I guess, because she wants to go -- I mean, you
18      know, she's a lady, she likes to go to these events.
19      And she came and she forced me -- I remember very
20      well, she forced me to buy a suit, which I hate, but I
21      did.
22  Q. So she came up from Texas just to go to that?
23  A. Yeah.  I have picture of it.
24  Q. All right.  Next page, Page 4 of 6, on November 9th,
25      there's a $1,000 deposit.  Was that Karen again?

## Page 179

1   A. Yes.
2   Q. And then on November 13th, there's a $900 deposit, was
3       that Karen?
4   A. Yes.
5   Q. A $500 deposit on November 14th is down towards the
6       bottom.  Was that from Karen?
7   A. Yes.  Yes.
8   Q. And then November 16th there's a $2500 deposit.  Was
9       that Karen?
10  A. Yes, probably.  I'm pretty sure it was.
11  Q. We already know that.  All right.  November 7th, up
12      towards the top again, it's the fourth one down.
13      There's a payment to Anzhelika for 200.  Is that
14      lingerie and clothes?
15  A. Yes.  Yes.
16  Q. Okay.  November 13th, it's about the middle of the
17      page, there's a debit to United, or United, for
18      403.40.  Was that a plane ticket?
19  A. Well, if it's United Airline, yeah, it can only be a
20      plane ticket.
21  Q. Where did you go?
22  A. I don't remember.  Well, probably to Los Angeles to
23      see my kid, I suppose, yeah.
24  Q. Maybe LA.  Okay.
25  A. I mean, I -- yeah.

## Page 180

1   Q. I know we just did one or went over one for November
2       7th, but on November 16th, there's another payment of
3       $250 to Anzhelika.  Was that lingerie and clothes
4       again?
5   A. Yeah.
6   Q. Now, November 16th, the very last one, there's another
7       wire transfer of $1500 to Jack.
8   A. To Jack.
9   Q. Is that again for money owed to Jack?
10  A. Yeah.
11  Q. We're done with that one.  Let's move on to the next
12      one which is November 18th through December 19, 2017.
13      Let's see.
14        MR. KWIATKOWSKI:  What month are we in now?
15        MS. GOLL:  November, December.
16        MR. KWIATKOWSKI:  All right.  I need two
17      minutes.
18        MS. GOLL:  Yep.
19      (Brief recess 1:58 to 2:01 p.m.)
20  BY MS. GOLL:
21  Q. November 21st, there's a $500 payment.  Was that from
22      Karen?
23  A. Where is it?
24  Q. November 21st.  It's Page 2 of 6.
25  A. On the top?

45 (Pages 177 to 180)

## Page 181

1   Q. Yep, on the top.

2   A. Yeah.

3   Q. Karen. All right. 11/24, there's a deposit of $1100.

4      Was that from Karen?

5   A. Yeah.

6   Q. And then November 29th, 11/29, there's a, towards the

7      bottom, there's a $500 deposit. Was that Karen?

8   A. Yes.

9   Q. And then November 30th, there's a $2,200 payment or

10     deposit. Is that from Karen as well?

11   A. Yeah. That's probably to help me with my rent because

12     it's the end of the month, yeah.

13   Q. Alex and Ani.

14   A. That's a jewelry store.

15   Q. Right.

16   A. I bought a bracelet for Karen.

17   Q. It wasn't for the store.

18   A. No. No. That was for her.

19   Q. And actually, we don't really need to -- we could go

20     further, but we don't need to because that's after you

21     filed.

22        But, just mentioning, when we were talking

23     when we took the break, that you're averaging about

24     $2500 a month eating out at restaurants. That hasn't

25     changed since you filed bankruptcy, right? That's

## Page 182

1     still the same?

2   A. Yes. I mean, you know, she was here again last week,

3     and we went to the restaurant almost every night.

4   Q. Let's see. Let's move on to Exhibit 11.

5     Exhibit 11 -- we're not going to go through the rest

6     of the bank statements because it was after you filed

7     so there's no need. Exhibit 11, Velvet Bulldog, LLC,

8     membership, interest, purchase agreement and release.

9     Do you recognize this?

10   A. Yes.

11   Q. And that's the agreement that you signed with

12     Jennifer Vinklarek to purchase the business?

13   A. Yes.

14   Q. Now, we had already gone over the terms of the

15     agreement. You paid $10 as the purchase price, but

16     you also agreed to pay Jennifer -- to pay a Chase

17     credit card that had company expenditures on it.

18   A. Yeah.

19   Q. For $40,240.78. Now, has that all been paid off?

20   A. No. I'm still paying.

21   Q. The credit card hasn't? Okay. And the $123,931 that

22     was for loans that Jennifer and her husband had made

23     to the business.

24   A. Yes.

25   Q. That hasn't been paid back?

## Page 183

1   A. I'm still paying. Actually, this month I'm behind.

2   Q. All right. Now, attached to the agreement -- well,

3     actually, let's go down. Did you sign this agreement?

4     Is that your signature there?

5   A. Which one are you?

6   Q. Oh, wow, there's more than one. Okay.

7   A. Yeah, which --

8   Q. Are those your signatures on each of the --

9   A. Yeah, they are electronic signature.

10   Q. All right. And then attached to it also is the

11     Commitment Schedule, To Purchase Agreement, and

12     Gerard Marti Personal Guarantee. So this is what

13     we went over earlier; is that correct?

14   A. Yeah.

15   Q. All of the artwork that was in the studio or the

16     gallery at the time that you purchased it?

17   A. Can you repeat the question?

18   Q. This Consignment Schedule --

19   A. Oh, yeah.

20   Q. -- that we went over earlier. This was all of the

21     artwork that was in the studio, the gallery, at the time

22     that you purchased it?

23   A. When I buy the gallery, a lot of the artwork was sent

24     back to the artist, because I thought I was going to

25     close the door. Then when she bought the gallery, I

## Page 184

1     called some of the artists and they sent back the

2     painting, knowing that the gallery is going to stay

2     open. So, yeah, this is what it is.

3   Q. All right. Now, the ones that are blacked out. Why

3     is that blacked out?

4   A. Well, probably because the artist decide to, like,

4     take it back.

5   Q. All right. And then, let's -- actually, now we're

5     getting to the business which we'll wait to do that

5     until --

6       MS. GOLL: So what we're going to do is

6     we're going to conclude this. Do you have your

7     schedule with you?

7       MR. KWIATKOWSKI: Yeah.

8       MS. GOLL: All right. Let me go grab mine

8     really quick. And we can all three coordinate

9     schedules for the next hearing.

9       (Pause in the proceedings.)

10       MS. GOLL: So what we have decided is we're

10     going to continue the dep out to Friday, April 20th,

11     at 10 a.m. Is that correct?

11       MR. KWIATKOWSKI: 4/20.

12       MS. GOLL: Yep, 4/20, at 10 a.m.

13       So, Mr. Marti, you'll need to be back at

13     that time.

14       THE WITNESS: Yes.

14       MS. GOLL: And then we're going to extend

15     the deadlines --

15       MR. KWIATKOWSKI: May 15th, or pick a day

16     around there, just send me a draft.

16       MS. GOLL: All right. You want me to send

17     it to you? You don't want to hang out just for a

17     couple of minutes?

18       MR. KWIATKOWSKI: Yeah, just standard is

18     fine.

19       MS. GOLL: All right. No problem. So we

19     are going to extend the deadline to object to

20     exemptions out as well. We'll do that by stipulation.

20       MR. KWIATKOWSKI: If you want to -- I can

21     wait. It's okay, if you want to do it.

21       MS. GOLL: It'll take me just a couple of

22     minutes. I just have to change the old one that we

22     have got.

23       MR. KWIATKOWSKI: Go right at it. That's

23     fine.

24       MS. GOLL: All right. So we are all set for

24     today.

25       (Deposition adjourned to April 20, 2018 at

25     about 2:21 p.m.)

        * * *

Page 185

```
1      STATE OF MICHIGAN  )
2                         ) ss
3      COUNTY OF OAKLAND  )
4
5         I certify that this transcript, consisting of 186
6      pages, is a complete, true, and correct record of the
7      testimony of GERARD MARTI, PART 1, held in this case on
8      March 23, 2018.
9         I also certify that prior to taking this deposition,
10     GERARD MARTI, was duly sworn to tell the truth.
11        I also certify that I am not a relative or employee of
12     or an attorney for a party; or a relative or employee of an
13     attorney for a party; or financially interested in the
14     action.
15
16
17
18
19
20
21
22     May 2, 2018        _____
23                        CHRISTINE A. FELTS, CSMR/CER-986
24                              Certified Court Reporter
```

CHRISTINE FELTS & ASSOCIATES
(248) 742-1141

**A**

**A-N-Z-H-E-L...**
8:5
**a.m** 1:9 3:2
90:20 137:23
184:11,12
**A235** 124:14,18
127:5 129:11
**A236** 125:24
126:5 127:13
129:11 130:11
**A238** 126:11,14
126:17 127:15
129:11
**A25** 124:8,8
**ABC** 174:1
**ability** 6:7 37:22
39:24
**able** 3:13 13:21
17:10 25:21
43:1 49:16
75:9,23,24
103:19 145:21
**accept** 141:10
**accepted** 72:19
**account** 2:13
38:1,2,2,7,15
38:23 39:5
40:11,13,23
41:2 70:4
114:23,23
115:1,4,7,10
115:14,20
116:1,11,12
130:20 131:10
131:15 132:15
133:2 138:16
139:11,14,18
140:23 141:2
142:21 144:5
144:15,16,17
145:3,9,15
146:1,14
161:18 162:2,7
163:24

**accountant**
14:19,22 15:9
29:11 70:24
71:8
**accounting**
29:15
**accounts** 18:8,9
23:11 33:11,12
37:11,15
116:25 139:17
139:17 149:2
**accurate** 19:13
46:21 58:8
59:5,14 81:19
101:3 108:6
118:9 152:16
**accurately**
12:19
**acquire** 26:20
73:11
**acquired** 34:5
73:9
**action** 185:14
**active** 105:25
106:1,2,5
**actual** 3:11
14:17 64:20
112:11 119:3
**add** 36:24 84:19
98:8
**added** 35:22
47:1 65:6
98:19 104:20
**adding** 47:23,24
**addition** 132:12
**additional** 69:10
98:19 108:19
**address** 4:12
41:10 43:17
83:16 91:24
103:13 104:22
108:7,9,10,12
**addresses** 42:25
**Adelaide** 7:15
8:17 155:17,21

156:3
**adjourned**
184:24
**Adkinson** 82:24
**advertise** 73:4,4
152:8
**advertising** 52:2
**advice** 153:9,10
153:11
**advise** 73:5
**affair** 76:13
**Affairs** 51:6
91:19
**affidavit** 2:8
11:8,12 12:25
13:2,24 18:19
18:20 30:2
33:5 39:20
51:7
**afford** 127:11
141:17 157:2
**afraid** 16:3
**agents** 24:14
107:11
**ago** 6:25 10:1,1
20:12,13 31:11
40:3,5,7 47:14
47:16 62:12
**agree** 43:4
156:18
**agreed** 70:12,13
182:16
**agreement** 2:15
2:16 22:7
33:22 34:3,19
68:21 78:16
79:21 83:21,23
103:22 112:17
112:21,25
113:3,5 119:20
148:1 173:17
182:8,11,15
183:2,3,11
**ahead** 73:7
139:23

**Aime** 121:23
122:1
**Airline** 179:19
**airport** 88:7
174:22,23
**album** 20:22
35:7 53:11
**albums** 21:15
**Alex** 160:18
181:13
**Alexa** 160:23
**alimony** 86:7,24
87:4,13 97:21
**allow** 43:11
**Alright** 8:5
**aluminum** 45:21
**Amazon** 176:4
**amend** 155:4
**amended** 103:11
**amendment**
63:13,21 98:19
98:21
**amendments**
59:8,9,11,13
99:1
**American** 1:8
1:11
**amount** 12:11
67:23 75:8
81:9 101:20
106:25 107:22
135:22 137:11
168:12,21
**amounts** 149:24
**analysis** 102:16
**Angeles** 6:25
7:25 8:16
75:11,15,17
102:1 174:25
179:22
**Ani** 181:13
**annuity** 115:11
**answer** 5:19,20
5:21 12:14,19
14:13 19:8

25:1 35:15
37:20 40:1
42:10 43:25
54:24 55:18
58:7 65:16
67:17 70:25
74:9 124:1
**answered** 18:6
23:6 74:12
**answers** 4:21
23:6,7
**anticipate** 5:9
29:20
**antiques** 63:9
**Antonino**
167:23
**Antonio** 167:23
**anybody** 101:17
**anymore** 31:7
32:20 77:2
80:15,19 81:19
106:2,5 114:7
116:6 123:21
172:25
**Anytime** 56:25
**Anzhelika** 8:3,4
150:25 151:14
151:16 155:11
158:8 164:17
164:23,24
168:6 170:1
176:16 179:13
180:3
**appear** 133:22
**APPEARAN...**
1:9
**appeared** 33:17
**appears** 34:1
**approximately**
50:3,6,7 89:10
123:24
**April** 184:10,24
**area** 52:1
**argue** 79:4
**arrangement**

52:4
**arrears** 117:25
118:17
**ARS** 175:13,17
175:18
**art** 6:23 19:9
20:2 22:13
27:2,13,17
28:7 34:4
35:17 36:8,12
46:12 63:10
108:21 154:18
**article** 2:20
73:17 152:9
153:1
**artist** 27:18,19
73:2 81:24
82:6,12,24
83:1 183:24
184:3
**artists** 18:14
19:25 26:8,18
26:21 32:9
35:20,21,22
36:1,11,24,24
43:21 44:4
49:6,16,24
50:3 81:17
140:7 184:1
**artwork** 2:18
19:18,24 20:1
20:2,3,5,19
21:11,13 22:1
22:19,23 23:4
26:20 27:14
34:7,11,15,18
34:23 35:19
43:19,22,25
44:1,5,8,23
45:1 46:1,4,6
47:2,5,10,24
48:14,16 49:1
49:10,19 51:16
51:17,19 52:1
52:5,7,22 53:2

53:19 54:1,1,3
54:6 63:10,23
64:11 66:24
100:16 104:23
105:1,2 109:10
150:10,11,12
161:16,17
162:6 183:15
183:21,23
**ascertain** 12:2
**asked** 18:4
20:10 22:20
24:9 29:7,15
29:23 30:6
38:18 39:3,7
40:2,14,19
41:19 43:16,16
43:17 45:23
50:9 51:24
68:2,8 72:3
76:15 87:6
93:24 110:18
111:16 139:6
139:15 145:11
148:23 150:20
152:8 161:20
162:1
**asking** 5:10,11
15:17 17:18
20:25 40:9
71:11 102:21
116:24,24
**asks** 54:22 87:20
91:20 93:6
98:11 102:7
105:7
**asset** 99:6,7,8
**assets** 12:2
15:11 16:20
19:7,11 21:5
21:24 22:11,13
113:1,13 122:6
**assist** 43:5
**assistance** 18:21
55:21,25

**assistant** 43:7
161:14
**assumably**
122:5
**assume** 5:19
18:23 55:1
93:22 177:1
**assumed** 74:1
93:22
**assuming** 134:2
143:1
**ate** 136:24 137:9
**ATM** 134:25
135:7 138:25
**attached** 34:3
98:12 183:2,10
**attempt** 38:3
**attend** 3:13 6:16
**attended** 12:10
**attention** 39:19
**attorney** 10:24
13:9,10 17:23
18:4,21 21:17
58:5 102:11
111:22 113:10
132:3,6 170:19
185:12,13
**attorneys** 102:9
**auction** 13:17
60:19 80:21
81:1 100:7
124:7 125:8,10
125:12,23
126:2,5,7,11
126:12,13,17
126:19,20,23
126:24 127:5,9
**auctioned** 67:1
80:22
**Audemar's** 67:3
**August** 37:24
38:4,12,12,13
39:4 40:23
100:2 125:11
126:6,13,18,25

127:1 129:25
130:1,5 131:13
132:1,11
133:24 134:21
134:24 136:17
136:21,23,25
137:6 138:16
138:25 139:9
139:10 141:12
141:18,19
142:3,4,9,18
143:9,9,16
144:5,11 145:2
145:5 146:25
147:6,19
**Australia**
154:20
**authority**
172:18
**authorization**
46:14,16
**authorized** 46:1
**AutoZone**
165:19,21,21
**available** 23:14
37:17 52:5
54:3 66:11
**averaging**
181:23
**avoid** 171:13
**award** 177:23
**awarded** 113:18
114:10 116:20
177:19 178:8
**aware** 17:6
28:19 143:24

———————
**B**
———————
**B** 59:22 98:25
**B-O-J-K-O-V...**
82:2
**back** 7:25 10:3,4
12:24 21:22
22:21 23:20,21
25:3 28:12

31:16 37:7
38:11 39:4,6
39:21 40:18
42:20 50:13
52:1,25 57:12
65:5 69:8 72:3
82:9 88:15,15
101:14 103:19
108:18 125:5
133:8 142:9
146:18 154:16
154:18 167:21
171:13 182:25
183:24 184:1,4
184:12
**background**
6:10,12
**bad** 72:15,17
114:19 136:22
**bags** 134:23
**balance** 14:23
15:1,4,6,9
16:15,19 17:2
17:5,16,19,24
29:18 80:18
102:15 121:7
123:15 124:16
**bank** 23:10,18
23:19 24:1,2,5
24:5,9 26:10
27:6 33:11,12
37:21,23 38:1
38:3,4,7,18,20
38:20,21 39:1
39:11 40:3,5,6
40:7,11,13,20
41:1,3,14
97:12 114:23
114:23 115:4
116:12 131:8
131:22 132:12
132:22,22
139:15,16
141:7 143:14
144:6,13,15,16

145:3,6,9,10
145:11,12,18
145:20 146:9
146:14,15,16
156:3 158:19
159:2 161:18
161:25,25
162:1 182:6
**banker** 100:23
100:24
**bankruptcy** 1:1
2:7,9 10:17,22
11:22 30:11
31:4 57:21
58:2,3 91:20
98:14 101:1
102:8,8,9,15
102:17 103:1,4
103:5,8 121:20
181:25
**banks** 145:25
**bar** 166:10
**barely** 32:25
**Barnes** 21:17,18
74:24 75:2,19
75:19 76:5
81:18 98:14
**baseball** 63:11
**basic** 16:1
**basically** 15:1,6
46:5 56:12
70:9 87:17
**bathrobe** 168:10
168:19
**bathroom** 5:25
90:19
**bead** 140:13
**Beatles** 35:7,9
35:11,12
**beautiful** 158:9
**beginning** 14:8
37:25 96:13
131:18 133:3
136:13
**behalf** 3:7,9

**believe** 3:24
23:15 66:15
81:12
**believed** 105:10
108:21
**bell** 34:25 35:2
**Bella** 136:2
137:3 138:2
**belong** 21:8,8
**belongings**
100:22 127:9
**belongs** 20:23
53:20 104:18
**beneficiary**
118:20
**Bennett** 152:7,7
152:12,13
**Bershad** 102:11
**best** 12:22
177:19
**better** 26:19,22
30:21
**Beverly** 108:8,8
**big** 20:4
**bigger** 155:25
**bill** 18:11 56:11
56:11 81:8
98:4,5,6
106:24 115:22
117:4 126:3
144:19,21
**bills** 115:24
138:13
**binder** 10:11
**Birmingham**
4:15 53:22
56:5,5,19
73:10 83:7
88:8 92:23
136:9 151:21
155:19 156:5
156:11,13
177:14
**birthday** 67:6
156:5,8,9,14

156:15 174:25
**Bistro** 136:3
**bit** 82:19
**Black** 158:10
**blacked** 184:2,3
**blanking** 112:25
**Blink** 119:11
121:14,25
122:11
**Bloomfield**
88:13
**Bojkovic** 52:21
82:2,2,3
103:10,16
172:10
**bolder** 159:20
**bookkeeper**
15:21 29:13
111:16
**books** 63:10
**bother** 171:2
**bottle** 149:15
**bottom** 14:3
50:14 112:9
119:6 148:4
162:20 163:14
170:13 175:8
176:16,23
177:2 179:6
181:7
**bought** 20:11
36:22 47:16
60:17 70:23
72:8 73:16
127:5,13,15,17
127:19 150:12
150:17 151:10
151:12,19
153:14 181:16
183:25
**Bowie** 45:13,17
45:22,25 66:5
66:6
**box** 33:6,7
100:23,24

**boxes** 40:3
**bracelet** 140:13
181:16
**brass** 52:4
**break** 5:24 89:5
90:18 181:23
**breakfast** 90:10
**Brief** 180:19
**bring** 21:22
35:19 86:15
88:15
**brings** 21:18
**broad** 31:9,10
**Brody** 2:19
**broke** 56:21
76:12 174:12
**brought** 89:1
**building** 36:15
36:16 59:25
74:7,11 91:25
92:2,15,18
121:15,17,19
**buildings** 60:6
**Bulldog** 2:14
67:12 68:20
182:7
**Bullock** 1:8,11
**bunch** 24:3 49:3
66:3 100:24
**bus** 88:1
**business** 6:23
12:4,6,7 14:11
15:21 17:12
18:10 21:5
22:24 23:12
24:18 25:2,13
25:19 26:2,4,5
26:16 27:12
28:16,24 29:10
29:21 30:25
31:3 32:7 33:6
33:9,12,18
35:24 36:6,9
36:16,17,19,22
37:2 46:15

49:11,22 67:12
68:5,9,10,12
68:16 70:23
71:2,5,17,21
71:24 72:6,8
72:10,13 73:5
73:10,11 74:15
74:15,25 75:9
75:17,20,23
78:4,8,10,11
78:14,14 79:1
79:3,4,6,6,18
79:24,25 81:23
83:23 87:18
88:16 89:19
90:14,22,23,24
93:7,10,19
94:2 99:17,18
99:20,21
102:16 103:3
106:7,13
107:17,24
108:2,23 109:1
109:7,18 114:6
119:21 120:1,9
120:21 121:1,8
121:14 140:23
141:4,5 161:19
175:19 178:15
182:12,23
184:5
**business's** 30:7
30:12
**businesses** 105:8
108:19 119:7
119:10
**buy** 26:25 27:3,4
27:13,15 28:9
66:6 72:10,13
73:15 81:4
108:21 127:8,9
136:15,16
139:7 149:13
149:18 158:9
177:8,15,16,17

178:20 183:23
**buying** 127:10
**buys** 62:12 74:4
147:5
**Byolea** 139:24
140:1 164:6

**C**

**C** 69:14 113:15
114:10 160:18
**C-H-R-I-S-T-...**
154:5
**C-O-D-Y** 9:20
**C/O** 107:6
**cab** 88:3
**Cadillac** 100:10
100:12 114:16
**California**
175:20
**call** 22:14 28:2,6
73:25 88:14
101:4,9,19
117:5 130:17
134:18 144:23
146:9 147:23
151:6,6 160:19
177:13
**called** 3:5 29:14
34:20 45:24
61:1 76:1
92:11 130:11
145:11 152:6
184:1
**calling** 74:6
**calm** 12:13
**cancel** 116:8,8,9
**canceled** 23:12
23:13 37:16
116:5 132:13
**canvas** 44:18
47:1 48:22
**car** 60:19 88:18
88:23 125:14
**card** 63:11 69:2
69:5 70:18

71:18 138:6,6
138:7 150:9,16
160:17 162:10
178:3 182:17
182:21
**care** 4:1 113:13
132:24 160:20
160:21,24
161:7
**carpenter** 6:18
**carry** 36:3 73:3
73:3
**cars** 60:12
**case** 1:4 37:19
55:3 99:17,20
99:21 140:18
154:19 173:18
173:19 185:7
**cash** 26:9,19,20
26:21 27:5,12
27:18,19
115:16,18
116:7,8 121:6
141:7,8
**cashed** 116:25
117:1
**catch** 11:21,22
125:4,7
**Celebrities**
108:20,22
113:16,19,21
113:24 114:5
119:11
**Celebrity** 76:1,2
76:3
**Center** 1:15
**cents** 143:2
**certain** 10:25
14:9 75:8 94:7
100:7
**Certainly** 163:5
**Certified** 1:25
185:24
**certify** 185:5,9
185:11

**cetera** 42:25
43:13
**change** 41:10
46:5 99:22
141:22 184:21
**changed** 36:22
59:6 181:25
**Channel** 47:15
48:19
**charge** 24:8
130:18 133:25
134:8 136:23
139:1 145:6
148:19 166:7
169:1
**charged** 145:8
149:2 171:18
172:6
**charges** 135:23
137:3,8 139:11
148:24
**Chase** 2:13 38:2
38:7,23,25
40:9,10,11
69:2 71:18
130:20 131:6,8
131:15,21
132:15 139:22
182:16
**cheat** 11:23
**check** 23:13
31:16,17,21
36:12 37:16
57:3 78:9
79:18 91:11
98:21 107:14
115:3 118:3
132:14,14,16
132:17 135:7
135:13,16,19
144:23 173:25
**checking** 131:6
146:24 149:3
162:7
**checks** 23:12,13

37:16,23
132:14,23
133:6,6,10
159:4
**chest** 149:16
**Chicago** 8:13,14
151:20
**child** 7:11,12
86:2,23 87:3,7
87:16 97:21
117:13,14,25
143:25 147:20
**children** 44:2
**choice** 71:23
72:9,18
**choose** 104:4
**Christine** 1:24
154:7 185:23
**Christinere**
154:5
**Chuck** 152:7,7
152:12,13
**Cicchini** 177:12
**cites** 55:3
**City** 77:1,3,10
**claim** 80:8 99:9
**Clairwain**
155:17,21
156:3
**Clairwain** 8:17
**class** 56:7,17
101:10
**classes** 56:17,18
**Claudia** 9:11,12
9:16 156:21
157:13 165:11
**clean** 157:1,15
**cleaner** 156:24
157:17,24
159:21
**cleaning** 157:20
157:25 158:1,4
158:5,6
**cleans** 156:25
**clear** 22:18 37:5

57:16 69:24
89:4 93:21
160:7 166:17
**clearly** 4:25
**clement** 62:22
**client** 28:9 53:25
88:13 103:25
**clients** 89:25
154:12
**close** 41:5
105:18 106:10
108:25 109:3
183:25
**closed** 41:6
73:19 76:1
89:11,19 106:6
106:11
**closing** 73:21
121:6
**clothes** 100:18
170:3 176:17
176:18 177:14
179:14 180:3
**clothing** 9:22,23
114:12 139:3
158:13,15
170:11 177:12
**co-debtors**
84:11
**co-owned** 74:7
75:12
**co-owner**
152:10,11
**co-owners**
113:24
**code** 149:6,6
**Cody** 9:18,19,20
30:18 88:6
89:3,4,4
161:12,14
162:24 163:7
174:14
**Cody's** 174:17
**coin** 63:11
**cold** 149:16

collateral 52:22
  53:1,5 82:10
  82:14 103:17
  104:4 172:11
collect 87:6
  108:4 149:4
collectible 82:21
collectibles 20:4
  20:11 21:13
  50:10 51:12
  52:9 53:19
  54:7 63:8,12
  63:22 66:23
  82:14,17
collections
  63:11,11 66:23
Colleen 84:12
  84:14,18,20,25
  96:23 107:6
Colleen's 108:10
college 6:16
color 46:6 168:3
columnist 152:7
come 20:7 53:25
  56:5 66:2
  74:10 77:14
  103:24 104:2
  135:9 136:6,16
  138:19 140:23
  141:13 142:1
  148:7 160:24
  161:4,18 162:7
  178:5,16
comes 56:19,19
  56:23
coming 57:5
  71:25 73:8
  85:19 91:10
  94:12 124:20
  165:8 172:1
commencing
  120:19
commission
  120:25
Commitment

183:11
common 110:16
Community
  114:10 119:6
company 26:17
  26:25 28:21
  36:7,10 69:9
  83:14 94:6
  105:13 106:9
  114:6 120:1,2
  128:9,11 149:5
  149:12,12,13
  150:13,18,19
  162:12 166:1
  176:1 182:17
Compiled 18:25
complete 185:6
completed 41:21
completely
  66:12
computer 64:3
concern 31:22
  104:10
concerned
  158:24
conclude 184:6
condition 52:3
condo 60:6 83:6
  83:14 86:10
  133:18 134:19
condominium
  92:5 94:5
  136:15
condominiums
  121:19
confused 83:12
  106:4,21
consider 21:13
  21:13 34:14
  64:1 96:20
  103:18 143:25
consideration
  24:24
considering
  103:3 138:12

consign 51:21
  53:22 140:7
consigned 33:14
  33:18 35:5
  51:16,19,23
  52:7,8
consignment
  2:16 18:15
  19:17,25 20:17
  21:1,2,3,12
  22:6,7,13,16
  22:19 33:21
  34:4,6,14,17
  34:19 35:3,5
  183:18
consignments
  34:10,10 51:16
consistently
  87:11,12
consisting 185:5
consists 19:12
consolidate
  129:18
contact 24:1
  29:13 38:3
  41:14 107:9
  145:21
contacted 36:2
  110:18 127:7
content 13:17
  129:21
contents 2:1
  80:9
contingent
  79:18
continuation
  86:22 132:4
continue 89:24
  90:1,2 119:25
  184:10
contract 33:15
  70:6 79:8
contracts 33:16
  55:1
control 24:13,14

30:22 37:21
conversation
  11:18 12:16
  107:10
cook 137:20,21
coordinate
  184:8
copied 63:25
copier 166:20
copies 22:4
  23:12 24:2,3,5
  24:9,12,23
  29:23 37:10,16
  38:4 39:1,2
  41:19,21
  132:13,23
  146:15
copy 3:16 10:24
  34:2 41:23
  43:12 111:20
  112:6 122:8
  146:5,6 166:19
copyright 46:13
  64:15,16,18,22
  64:25 65:2
  66:22
copyrights 33:3
  64:1,11,20
corner 107:2
corporation
  105:13,25
  106:10 108:9
  108:20
correct 12:4
  18:12 23:7
  25:10,12 28:17
  28:18 33:7
  49:22 59:23,24
  77:22 78:7
  79:1 87:4 93:2
  107:3 108:23
  109:14 110:2
  117:17 119:16
  128:16 139:3
  147:17 164:2

183:13 184:11
  185:6
cost 41:15
costs 134:17
cottage 92:5,20
country 60:9
COUNTY 185:3
couple 26:6,7
  36:1 48:15
  101:9 115:2
  120:4 136:11
  136:11 157:2
  173:22 184:17
  184:21
course 5:15
  81:18 97:7
  127:3 145:25
court 1:1,25
  4:20 76:20
  102:15,18
  185:24
couture 20:2
  35:18
cover 112:10
Cowley 3:11
CPA 29:14 98:3
  111:14 171:16
  172:6
Cream 35:7,11
  35:11,12
create 65:17
created 45:1
  47:14,15 122:5
creating 48:13
creation 32:11
creator 64:18
credit 69:2,5
  70:18 71:18
  138:6,6 162:10
  178:3 182:17
  182:21
creditor 21:19
  78:2 81:17
  95:19 96:18,20
  171:19 172:2

creditors 4:6
  12:10 52:18,20
  52:21 95:4,4
  95:15,23 173:8
CSMR/CER-...
  1:24 185:23
current 47:7,8
  93:18 124:15
currently 6:6
  19:10
custody 37:21
custom 140:19
  177:12
customer 20:8
cuts 167:25
cutting 118:3
  168:1
CVS 158:6

                  D
D 120:24
D-I-C-K-S-T-...
  61:9
D14 128:25
  129:4,10,12,13
  129:13,21,24
  130:4,9,11,12
  130:15
D64 126:24
  127:1,4,17
  129:11,13
D674 126:25
dad 6:18
damaged 154:21
  174:9
dark 159:12,20
date 14:12,24
  17:17 19:7
  23:15 25:16
  40:19 62:20
  76:20 93:8,18
  100:4,7 123:13
  123:20 124:10
  124:14,24
  131:17,23,25

146:14 162:19
165:14 167:17
175:22
dated 44:17
  46:18 121:24
  123:10 125:8
daughter 7:4,5,5
  7:9,14 8:15,18
  8:18,19 9:11
  66:16 101:8,9
  101:18,22
  102:3 143:18
  143:21,25
  147:9,10,12,14
  149:11,19
  150:1 155:18
  156:4,6,7
  169:5
David 45:13,17
  45:25 66:5,6
Davidson 61:2
  174:1
Davis 53:12,15
  53:17 105:2
day 1:7 28:2
  40:15 47:5,18
  89:14 135:25
  137:10,24
  169:15,17
  177:7 184:15
days 36:21
  136:12
deadline 3:18,22
  4:8 90:3
  184:19
deadlines
  184:14
deal 26:19 71:20
  71:22 72:5,7
  72:15,16,17
  107:22 151:25
  171:12 172:8
dealer 53:24
dealing 172:9
debit 134:8

138:7 146:25
149:8 167:22
179:17
debits 140:4
Deborah 21:17
  21:18 74:24
  75:2 76:5
  81:18 98:14
debt 49:15,22
  71:18 72:8,8
  74:25 75:1
  78:13,25 79:1
  79:13,23 81:23
  97:18 99:18,20
debtor 1:5,14
  23:18 43:21
  44:1,5 50:11
  55:1,20 58:17
  79:13 105:12
  108:22
debtor's 55:22
debtors 52:15
  64:11 104:22
December 17:5
  23:16,16 37:25
  112:15 123:10
  123:14 124:4
  180:12,15
decide 20:13
  35:19 36:2
  71:23 72:1,2
  73:2,3 75:19
  76:13 84:19
  94:6 122:23
  128:18 174:18
  184:3
decided 36:4
  76:8 97:5
  184:10
decides 94:13
  122:25
decision 36:5
decisions 36:10
  73:2 120:2
declared 172:4

deductions
  85:20
defend 171:9
defending
  171:11
defends 173:6
deficiency 80:18
define 69:14
defined 70:6
definitely 90:2
definition 64:2
defunct 105:10
  108:21
delete 30:23
  31:2 32:21
deleted 30:11,23
  31:4,11,20,21
  31:25 32:24
deliver 88:13,15
  161:16 162:6
  174:20
delivering
  161:17
dep 184:10
dependent 86:5
dependents 86:2
depending 56:3
  56:16 101:4
  144:4
Depends 97:22
deposit 16:18,25
  29:17 33:5,7
  135:7,13
  138:16,25
  141:12,23
  142:5,10
  153:19 159:7,9
  159:11 163:1
  163:14,15
  167:1,2,9
  169:7,11,16,18
  169:22 175:6
  176:20,24
  178:25 179:2,5
  179:8 181:3,7

181:10
deposition 1:6
  4:16,17 6:3
  10:14 11:8
  16:10 19:17
  33:21 44:7
  57:19 68:20
  106:15 109:21
  111:24 118:22
  123:3 128:2
  130:20 184:24
  185:9
deposits 134:25
  135:4,9 138:24
  148:6 159:12
describe 6:10
design 45:8,10
  65:3 157:10
designer 140:24
  151:5,10,13,17
  157:7,8,9
  158:15 164:11
detailed 14:10
  17:24 43:19
  50:9
determine
  122:13
Detroit 152:8,13
  166:8
diamond 53:24
Dick 136:2
Dickston 61:1,7
  61:8,9,11,14
  61:18
difference 48:13
  154:22
different 35:19
  45:20 48:11
  49:23 68:2,3
  68:13 73:20,24
  92:5,6 115:4
  126:1 149:24
  172:5 173:16
difficult 69:24
  108:17

**difficulties**
20:10
**digital** 104:22
149:6
**dinner** 56:20,21
56:22 88:20,22
**direction** 51:24
**disclose** 172:2
**disclosed** 55:19
104:16
**discussed** 110:4
131:12,20
**Discussion**
25:25 28:11
56:13 84:9
121:12
**dispersed** 24:24
**dispersements**
26:14
**display** 54:1
64:13,17
140:18
**Dissolution** 2:10
2:11 111:24
112:6 118:22
119:2
**distance** 88:20
138:3
**DISTRICT** 1:1
**DIVISION** 1:2
**divorce** 75:7,10
84:25 112:7,14
113:9 119:2
120:2,3 122:17
147:25
**divorced** 6:24
75:4,6 77:5
92:22 105:20
105:22,23
106:8 113:9,13
113:25 114:7
121:21 171:4
**doctor** 52:12
**document** 13:10
14:13 40:14

58:5,22 68:7
71:1 160:9
**documents** 2:7
2:12 10:16,21
10:25 12:25
14:14,15,16,24
15:23 17:7,15
17:17 25:9,10
25:11,21 34:13
39:17 55:19
123:4 125:16
**Dog** 67:12
**doing** 11:19,20
12:9 30:18
35:17 65:1
67:12 72:4
87:18,20
158:12 171:10
**dollar** 99:11
101:21,21
134:16 173:22
**dollars** 82:4
101:10 115:2
121:6 143:19
148:1
**domestic** 156:8
156:10,16
**door** 137:24
183:25
**Doterra** 149:8
**dough** 165:7
**downstairs**
20:23
**downtown** 2:19
88:22
**Dr** 52:21
**drafted** 13:24
**drawing** 53:11
53:12
**dress** 158:9,10
158:11,14
165:5 168:10
168:18
**dressed** 45:13
**dresses** 139:7

**Drew** 9:21 139:1
146:25 147:7
177:7
**drink** 6:1 150:5
**drive** 1:8,11
62:25 63:2,3,6
88:6,23 108:8
134:18
**driver's** 63:5,6
85:2,4 110:25
**driving** 174:17
**dry** 157:25
158:1,4,5,6
**due** 106:25
123:13 124:16
124:20,24
**duly** 3:5 185:10
**Dylan** 157:7,8

**E**

**E** 74:17 117:23
119:9 157:15
157:16,23
171:20
**E-mail** 127:7,8
146:1,1,5,6
**E/F** 18:14
**eager** 113:12
**earlier** 11:18
13:13 40:3
82:8,12 97:4
100:21 110:5
121:16 128:17
131:12 136:6
141:6 151:2
162:3 183:13
183:20
**EASTERN** 1:1
**easy** 148:2
159:12
**eat** 56:8 90:10
136:5,7 137:15
137:25
**eating** 137:12,17
138:5 181:24

**edition** 66:11
**editions** 66:2
**educational**
6:10,11
**effects** 114:13
**eight** 99:22
**either** 55:10
71:1 120:14
122:20 132:13
173:5
**electronic** 183:9
**Elton** 82:11
**employee** 9:19
32:2 89:12
174:19 185:11
185:12
**employer** 94:19
94:21 128:18
**employment**
93:6
**emptied** 117:4
**ended** 98:9
150:15
**ends** 38:9 130:1
**engaged** 107:12
**English** 15:25
**enroll** 149:20
**entered** 112:14
112:17,20
173:17
**entire** 100:23
113:11 133:2
137:10
**entries** 139:10
153:18
**entry** 93:17
141:11,19
150:23 154:4
155:10 158:7
160:17 161:11
163:2 169:21
174:1,13
175:12 176:4
177:11
**equipment**

19:13
**equitable** 60:16
**Escalade** 100:13
114:16
**especially** 72:15
138:12
**ESQUIRE** 1:10
1:14
**essence** 70:22
**essential** 149:12
149:18 150:2
**estimation**
71:14
**et** 42:25 43:12
**Euro-** 113:24
**Euro-Hawaiian**
105:9,16,18
107:5 108:6
119:10,14,15
120:6,11
**Europe** 76:21
**evening** 158:10
**Event** 158:11
**events** 178:18
**Everybody**
173:10
**everyday** 178:11
**Everything's**
61:5
**ex-** 31:12 116:15
**ex-wife** 6:22
7:16 75:9,10
84:13,14,15
86:7 87:6,18
87:22 91:13,15
96:20 97:6
98:2 105:14,25
106:8 108:16
109:3,4 110:16
113:10 118:12
120:8 121:25
143:25 147:23
171:7
**exact** 17:3 55:9
87:17 123:20

131:17
**exactly** 25:16
  44:25 67:17
  87:12 100:4
  104:14 111:7
  115:19 127:11
  128:19 144:9
  165:13
**examination** 2:4
  2:7 4:10 10:15
  10:21 98:6
**example** 15:5
  16:13 27:1
  28:1 32:9
  35:25 45:8
  47:14 48:12,14
  49:8 66:2
  88:12 97:5
  101:8 103:16
  171:4 174:22
**excuse** 8:9 92:9
  96:9 98:17
  110:4 127:1
  166:8 167:23
  175:23
**exemption** 3:18
**exemptions**
  184:19
**exhibit** 2:6,8,8,9
  2:10,10,11,11
  2:12,13,14,16
  2:18,19 10:13
  10:14 11:8,11
  11:11 12:24,24
  13:1 15:5 16:9
  16:10,20 19:15
  19:17,21 33:20
  33:21 37:7
  44:7,11,16
  50:13,14 54:21
  57:19,23,24
  68:20,24 74:16
  74:17 78:22
  91:19 106:15
  106:18,21,22

108:18 109:21
109:25 110:1
111:24 112:4,4
118:22 119:1,1
119:5 123:3,7
123:8 128:2,6
128:7 130:20
130:24 131:5,5
182:4,5,7
**exhibits** 2:5
  10:11 15:4
**exist** 25:4
**expect** 101:7,14
**expenditures**
  182:17
**expense** 86:24
  88:10,16
**expenses** 86:23
  91:9
**expensive** 82:21
  140:12,14
  161:1
**expert** 150:3
**explain** 13:22
  47:19
**explained** 18:1
  136:6
**extend** 3:19 90:2
  184:14,19
**extension** 29:20
  111:15,17,19

———————
**F**
———————
**F** 74:17 79:12
  171:20
**Facebook** 29:24
  30:7,12,13,15
  30:16,19,24
  31:5,12 32:14
  32:18 54:22,23
**facial** 160:24
  161:6
**facility** 92:18
**fact** 80:15
**fair** 113:15

122:13
**fake** 67:9,10
**fall** 125:5,6
**family** 13:18
  91:13 100:21
  149:14
**far** 6:13 12:7
  20:14 21:23
  36:11 40:18
  58:10 70:21
  92:6 127:23
**fare** 88:2
**fed** 113:14
**federal** 2:7
  10:16,21 41:21
  111:21
**fee** 125:19
  126:16 171:18
  172:6
**feel** 56:25
  171:14
**fees** 98:9 102:11
  145:7
**fell** 62:13 174:6
  174:8,9
**FELTS** 1:24
  185:23
**Fidelity** 115:7
  115:13,25
**fifth** 123:14
  160:17 161:11
  167:4 176:5
**fight** 152:1
  171:17
**figure** 124:13
**figurines** 63:9
**file** 42:6,24
  43:10 45:6
**filed** 23:15 30:11
  31:4 37:19
  58:3 86:1
  96:19 98:13
  101:1 102:8
  103:8 111:11
  111:18,20

112:15 173:18
173:19 181:21
181:25 182:6
**filing** 2:8 14:12
  14:24 17:17
  19:7 57:20,25
  93:8,18 103:5
  110:15 111:13
**finally** 109:13
  174:18
**financial** 20:10
  24:12,14,15,18
  25:2 37:10,22
  39:24 51:6
  55:24 86:18
  139:16,18
**financially**
  151:24 185:13
**find** 5:25 13:11
  23:25 24:1
  28:8 33:19
  36:1 41:14
  42:2,3,5,9,13
  67:7 76:13
  96:7 98:8
  104:13 110:22
  130:17 136:20
  146:13 155:24
  159:12 166:3
**finding** 137:14
**fine** 19:9 35:17
  50:5 53:7 70:1
  89:8,25 90:4
  176:12 184:18
  184:23
**finish** 5:11
  157:12
**finished** 48:16
  48:17,18
  157:10
**first** 5:23 14:9
  15:25 16:18,21
  44:17 49:3
  62:13 73:9
  83:25 93:17

107:11 112:10
124:15,18
128:23,23
131:12 132:10
135:12 141:19
144:5 148:18
153:18 159:4,5
169:18 174:1
175:5 177:11
**five** 6:24 20:7
  47:15 49:23
  54:5 99:11,21
  112:3 123:11
  127:22 135:2
  141:25
**fix** 174:12
**fixed** 174:11
**flip** 16:9
**Folex** 67:9
**food** 9:5
**forced** 177:15
  177:16,17,17
  178:19,20
**foreclosed** 98:12
  122:15,16
**foreclosure**
  105:21 121:17
  121:20 171:7
**foreign** 16:3
  33:11,12 153:9
**forever** 77:6
**forgive** 8:2
**form** 43:15
  141:9
**former** 17:7
  20:8 24:7 25:8
  25:14,21 29:4
  30:17 67:15
  75:2 94:4 98:2
  98:3 128:17,18
  154:11,12
**forth** 42:20
**found** 35:21
**four** 10:1 45:17
  45:19,20 80:11

105:8 123:14
135:2 151:22
159:4 160:16
167:4
**fourth** 30:4
170:13 179:12
**Fox** 56:4 88:21
135:16 136:6
138:14,20,21
138:23 141:14
142:2,3 148:8
148:10 151:11
153:21 159:9
160:10
**Fox's** 138:15
**frame** 65:18
**frames** 48:22
**framing** 45:3
92:18
**France** 8:22
60:9 101:25
102:2 156:7,12
156:13
**Franklin** 9:18
9:19 30:18
88:6 89:3
116:3 161:13
163:8 174:14
**fraud** 149:1
**French** 15:18
**Friday** 3:2
184:10
**Fried** 102:11
**friend** 8:8,10
32:19 53:21
61:1,1 151:16
153:13 174:6
**friends** 72:20
91:2
**front** 10:11
174:10
**full** 72:8
**function** 177:18
**fund** 18:15
**funds** 99:10

**funeral** 3:13
**furniture** 19:12
114:13
**further** 39:6
118:6 129:12
181:20

───────────
**G**

**G** 19:5 44:18
83:5
**galleries** 105:15
105:16
**gallery** 2:12
6:23 16:14
17:5 19:10,25
20:5,9,14,17
20:20,21 21:1
21:8 22:12,13
22:21,23 27:18
27:22 29:5
30:20 32:10
34:5 35:16,16
35:18 36:21
41:12 44:16,19
44:24 45:3,4,4
45:8,9,10 46:7
46:7 47:11,13
48:6,21,23
49:2,4,6,13,14
49:15,20,20
51:25 52:5,24
54:4,15,19
56:8 64:13
65:18 66:2
67:13 72:25
73:9,12,16,17
73:19,21,22
74:4,10 75:12
75:14,24,25
76:1,3,19 82:9
85:9 88:11,16
89:11 90:23
104:2 105:18
105:19 109:10
109:13 120:3

128:3,11,15
134:19 137:23
138:4 140:15
140:19 150:7
150:12,17
152:16 154:12
154:18 162:15
167:24 177:19
177:21 183:16
183:21,23,25
184:1
**gallery's** 17:7
36:25 66:7
73:10
**game** 148:22
149:7
**garnished** 21:16
21:16 77:21
98:12
**garnishment**
77:21 98:15,24
**gas** 88:1 91:4
**general** 15:7
16:7,8,10,13
16:14,14,17
17:2 32:15
**gentleman** 82:7
172:10
**gentlemen** 34:20
**George** 157:15
157:16,22,23
**Gerard** 1:3,6
2:3,17 3:4 4:14
13:2,25 33:22
74:3 78:20
85:1,5,5 111:1
121:23 122:1
183:12 185:7
185:10
**Gerard's** 160:7
**German** 176:5,7
176:8
**getting** 15:2
43:9 75:6
86:20 102:17

111:15 121:21
145:18 148:2
184:5
**gift** 76:10,11
101:4,5,11,16
101:17 151:11
151:19 163:21
**gifts** 55:22 57:14
57:16 101:1
**girl** 141:10
**girlfriend** 31:6
31:13 55:21,24
56:3 75:2
86:19 135:17
135:18 138:21
141:15 147:3
**give** 4:22 10:24
13:5,10 21:9
24:3 26:19,21
27:4,6,18,19
28:2,4 38:19
39:7,9 40:1,16
40:17,25 42:11
43:11 56:2,7
56:11 57:2,3
62:3,5 73:4
75:14,19,20,21
75:22 76:8
101:1,5,12
113:10,25
132:5,13
146:12 149:6
149:14 152:21
153:9 161:6
167:16 171:3
171:18
**given** 111:2
**gives** 27:19
34:22 56:17,18
56:24 73:23
**giving** 55:24
57:9,14 101:6
126:2 174:20
**glass** 34:11
**glasses** 45:9

**go** 3:13 6:13
10:10,13 11:2
11:2,3 12:24
14:2,7 15:19
24:5 26:9 27:5
28:14 29:6
31:16 32:2,3,4
32:5,25 34:9
37:7 39:1,11
39:21 45:11
47:20 56:9,20
57:5 59:16,17
64:24 65:12,20
73:7 85:23
88:8,9,22,24
90:19 94:18
99:4 117:13
127:12 131:22
132:7,21 133:8
133:10,24
134:24 135:21
136:20 137:24
138:15,23
139:23 141:18
143:5 146:18
147:5 148:15
149:7 150:8
155:9 158:20
162:5,17
163:13 174:24
177:17,24
178:17,18,22
179:21 181:19
182:5 183:3
184:8,22
**goes** 15:7 32:2
54:25 61:20,21
112:11 164:1
**going** 5:9,10,19
6:13 11:2
12:19 14:2,7
15:18,19 16:4
25:3 28:15
29:3,18 32:17
32:17,18 34:25

37:8 38:11
39:4,6 41:7,13
42:19,21 57:23
66:6,7,7,8,9,9
66:10,11 70:25
71:7,15 73:3,3
73:22 74:17
75:14,15,16,16
76:14 77:12
79:19 80:1
88:19 89:10,13
90:2 96:15
97:8 100:6
104:3,12
106:10 108:18
108:18 112:19
113:1 117:24
119:5 120:8,19
120:24,25
121:5 123:23
124:6 125:11
126:12,24
127:12 131:22
131:24 133:21
138:24 139:9
141:6,19 142:9
142:16 143:11
143:13,17
146:12 147:3
147:22 148:3
148:24 150:22
154:7,10
155:10,25
156:20 157:4
158:10,17,18
161:9,11 162:4
162:10 163:19
163:23 164:6
167:21 169:3
175:17 176:3
182:5 183:24
184:1,6,6,10
184:14,19
**gold** 20:22 21:6
35:7

**Goldstein**
102:11
**Goll** 1:10 2:4 3:6
3:6,10,23 4:1,7
4:11 7:21
10:19 11:10,25
12:21 14:1
16:12,17,21,24
17:1,10,15,22
18:5,7 19:20
23:2,5,9 26:1
28:10,12,13
30:1,4,5 31:15
31:20,24 33:25
35:1,4 42:16
42:22 43:2,14
44:10,15 48:9
50:25 52:17
53:8 56:14
57:22 58:19
59:9,12,21
63:16,21 64:4
64:8,14 65:24
66:13,19 67:21
68:4,11,15,23
69:16,18 70:1
70:7,8,16,17
71:4,11,13,16
74:14,20,21
78:19 79:8,11
79:15,21,25
80:3,24 83:2,4
84:3,5,10,23
86:20,21 89:6
89:13,16,23
90:1,5,13,18
90:21 91:1
93:21,23 95:2
95:15,22 96:1
96:6 97:2,20
97:23 98:21,23
99:1,5,11,14
99:16,18,23,25
102:5,21 103:2
103:21 104:18

104:24 106:17
106:20 109:24
110:10,13
111:3,10 112:2
114:20 116:2
116:12,19
117:10,12
118:25 121:11
121:13 122:19
123:6 128:5
130:23 131:4
133:9 134:7
135:6,14
142:23 145:16
145:17 150:6
153:2 155:4,8
158:3,17,22
159:1,14,19,23
159:25 160:3,8
160:11 162:21
162:25 164:12
164:15,19,20
165:3,9,25
166:18 167:7
170:12 171:25
175:9 177:5
178:9,14
180:15,18,20
184:6,8,10,12
184:14,16,18
184:21,23
**good** 9:5 15:20
33:1 71:20
72:5,7,16
87:23,24 90:17
130:4 161:2,3
166:14
**Goodman** 29:14
**goods** 18:15
22:16 33:14,18
154:20
**gosh** 112:25
**gossip** 152:14
**gotten** 16:7
148:12

**grab** 117:9
184:8
**graduated** 6:14
**Grand** 161:16
161:17
**Granting** 2:6
10:14,20
**Grill** 134:5
136:22,24
**Grille** 133:25
134:4 136:2
**Grosse** 162:6
163:12
**Guarantee**
183:12
**Guaranty** 2:17
33:23
**guess** 22:17
57:15 59:7
64:2 79:2
81:13 88:2
89:4 102:24
128:9 144:9
145:10 157:20
162:1 165:18
169:1 172:4
175:17 178:17
**guessing** 178:7
**guitars** 34:8
**guy** 52:11 152:6

———————
**H**

**H** 84:11
**H-O-M-E-N-...**
151:3
**hair** 167:24,25
168:1,3
**hairdresser**
168:3
**half** 75:16
**halfway** 164:21
164:22 166:23
**handles** 30:16
**handling** 30:13
30:15,19

**handwriting**
50:17,19,21
**hang** 29:25
56:19 184:16
**hangs** 48:22
**happen** 172:7
**happened** 26:6
109:2 115:8
129:13 154:19
**happy** 32:16
156:5,15
**hard** 95:14
135:11
**Harley** 61:2,23
62:10,23 91:4
174:1
**hate** 178:20
**Hawaii** 6:22
9:25 13:14
20:9 29:5,9
38:20,20,22
40:4,7,12 41:1
41:3,4,11 45:5
49:13 52:23,24
54:18 66:25
75:9,12,13,20
75:24 77:11,12
77:14 82:9
85:5 91:17,23
92:1,3 98:3,4
104:2 108:23
114:23,23
115:4 139:24
144:6,13,16
145:3 146:16
154:12 170:18
170:19,22
171:2,19,20
**Hawaiian** 92:11
113:25 127:25
171:8 172:8,18
**head** 5:3,4,6
60:2,3 91:7
**headache**
149:17

health 91:9,10
91:12
hear 89:4
heard 11:17,18
hearing 184:9
heavy 134:18
Hebrew 17:21
held 19:10 185:7
help 13:9 20:13
76:8 97:6
102:25 104:3,3
151:23 152:8
153:7,12
171:15 172:9
181:11
helped 29:4
36:10 52:25
82:9 110:12
128:19
helping 32:6,6
43:7 172:8
174:17,19
helps 173:6
Hendrix 35:7,9
35:13,14
Hey 28:7
high 6:14,17
136:22
Hills 108:8
Hilton 47:16
hire 15:21
111:14 113:10
171:9 174:18
History 2:13
128:4,12
HMSA 91:14
hold 83:11 106:4
122:6 145:18
hole 160:2
home 86:15
103:8
Hon 1:4
honestly 10:6
77:6 81:12
97:11 100:9

117:3 123:1
129:20
Honoku 92:11
92:13
Honolulu 144:7
144:13
hotel 51:21,24
52:2 134:6
136:15 158:11
175:3
Hour 177:19,22
hourly 173:17
house 48:16
56:4 92:1
105:20 121:19
136:16 156:25
157:1 162:15
171:6,7
housekeeper
156:24
housekeeping
157:14
How's 90:13
Hu 97:25 98:3
171:17
huge 83:2
101:19
huh-uhs 5:4
hundred 68:19
96:11 99:16,22
101:9,21,21
117:16 143:19
husband 7:15
76:13 182:22
husband's 81:21

**I**

iCanvas 150:12
iCanvas.com
150:9
ice 134:18,22
idea 16:5 41:18
55:13,16
115:17 117:7
122:2,7 133:18

133:19 176:10
identification
10:18 11:9
16:11 19:19
33:24 44:9
57:21 68:22
106:16 109:23
112:1 118:24
123:5 128:4
130:22
images 104:22
Imagine 53:11
105:1
implying 116:22
important 4:22
inaccurate
164:5
included 21:5,6
102:14
includes 139:16
including 24:4
43:20 88:1
130:14
income 15:10
41:21 55:17,23
72:13 93:6,24
94:1 118:7
163:18,21
increase 96:14
120:13
increases 120:14
incurred 79:13
Indiana 56:4
Indianapolis
52:12
indicate 130:8
indicated 23:18
120:23 121:4
indicates 59:22
60:11 80:7
85:8 86:1
91:22 93:7,12
95:3 102:10
112:13,16
114:11 117:15

119:9,14
123:11 126:12
individual 55:2
57:25 95:23
115:10,10
individually
37:13 121:23
Individuals 2:8
57:20
industry 6:21
information
15:2,8 16:8
30:10 33:15
43:11 107:9
111:19 154:8
Inheritance
119:7
initially 130:7
initials 34:1,2
inspection 19:12
Instagram
30:20 32:19
installment 95:6
95:16,18,20,21
insurance 61:6
91:9,9,11,12
118:19
insure 154:21
intellectual 33:3
intent 2:10
101:6 106:15
106:24
interest 2:14
36:6,15 60:15
60:15,16 68:21
107:16,24
109:4 113:19
113:21 114:2
120:12 121:8,8
121:25 122:11
122:22 152:4
153:3 182:8
interested
127:10 185:13
interfere 6:7

internal 146:1
interview 73:20
73:23 152:22
introduced
153:4,11
introducing
151:24
invested 72:3
invited 177:23
invoice 2:11
81:8 123:4,10
invoices 129:4
IRA 115:7,8,9
115:13,13,25
116:3,9 117:6
117:7
irregular 136:13
Irregularly
117:22
IRS 2:9 41:24
42:4,9,20
55:22 106:23
106:24 107:20
109:21 110:18
islands 127:25
issue 170:23
171:16
it'll 14:3 15:4
50:14 58:11
184:21
item 51:6 103:16
items 80:9,14
81:7 84:6
125:20 168:11

**J**

J 1:4 85:23
86:18
Jack 170:16
171:10 172:4
172:11 173:2,3
173:13,20
180:7,8,9
Jack's 173:5
jacket 177:24

**Jackson** 20:9,23
34:20,21 35:1
35:2,5
**Jacob** 160:18,23
**January** 23:21
37:25 55:18
93:8,17
jazz 53:13,14
**Jennifer** 29:4
30:17 35:16,23
37:1 68:17
70:20 74:3
78:2,9,20
83:25 94:4
128:17,24
152:18 177:18
178:2,5 182:12
182:16,22
**Jennifer's** 34:2
**jewelry** 114:12
140:1,3,6,7,9
140:12,16,19
140:19 164:8
164:11 170:11
181:14
**Jimi** 35:7,13
**job** 144:3
**Joe's** 136:3
137:11
**John** 53:10,12
82:11 105:1,1
**jointly** 37:13
**journalist**
152:21
**judgement**
84:25
**judgment** 2:10
36:8 55:13
76:16 77:17
111:25 112:6,7
112:11 114:9
117:14 119:2,3
119:6
**July** 10:5,6,7
17:12,13 23:22

25:16,17,19
36:22 37:3
100:2,8 109:14
125:8
**June** 23:20,21
44:7,17 120:7

**K**

K- 151:2
**K-H-O-M-E-...**
8:9
**K-O** 8:9
**Karen** 56:4
88:21 135:16
136:6 138:14
138:15,20,21
138:23 141:14
142:2,3,7
148:8,10
151:11,12,19
153:20,21
155:14 158:9
159:9,10
160:10,12,22
161:3,9 163:4
163:17,19,23
165:5 166:14
167:2,8,9,20
169:13,16,19
169:23 175:3
175:10 176:21
176:24 177:9
178:25 179:3,6
179:9 180:22
181:3,4,7,10
181:16
**Kawasaki** 60:22
60:23 100:14
114:21 125:17
keep 4:22 28:1
35:23 36:4,16
72:21 75:9,20
75:24 84:19
105:25 106:12
109:3,19 120:3

124:6 132:20
keeps 120:15
**Kekuo** 81:15,16
kept 43:9 81:13
106:9
**Khomenets**
150:25 158:8
**Khoments** 8:4,5
kid 6:24,25 7:12
7:16 13:19
75:11 91:13
179:23
**Kidd** 2:12 16:14
17:5 44:16,18
49:20 52:5
54:3,19 64:13
67:13 73:19
85:9 109:13
128:3,11
152:16 159:11
164:5
kidding 28:5
kids 43:24
**Kihai** 80:4 100:1
127:21 153:23
154:2 166:22
**Kihei** 2:11 123:3
kind 35:19
60:21 64:12
73:8 100:12
115:14 121:14
129:17 168:11
knew 145:22,22
158:23
knockoff 67:3
know 5:18,24
8:7 9:3,16,17
12:18,18,19
13:7,8,13
15:16 16:5
17:19 18:17
19:2 20:12
21:14,15 24:4
24:8,9,17,20
24:21,21 27:1

27:4,5 28:4
29:3 30:21
32:7,9,21
35:25 36:7,13
36:20 38:18,19
39:7,9,10,18
40:12,13 41:13
42:8 43:5 45:9
47:17,18,19
49:7,14 53:5
54:3 55:4,15
56:3 58:10
61:19 62:18
63:19,25 65:12
65:18,19 66:4
67:17 68:7,17
72:1,13,18,20
73:4,21 74:3
76:20,22 80:12
80:20 81:1,4
82:20 83:23
85:3,3,13,13
87:7,9 89:10
95:1,7,11,22
97:5,8 101:20
102:25 104:13
104:14 105:24
105:24 106:9
108:5,15 109:2
109:2,18 110:8
110:9,12,16,22
110:23 112:24
113:3,8 114:5
116:15,16,18
116:23 117:2
118:4,11
120:17 122:4,9
123:18,20,20
123:24 124:1
125:13,24
126:6,8,13,19
126:25 127:4,6
127:6,6,11,13
127:15,17,19
127:23 128:19

129:6,15,15,15
129:19,22
130:10,12,16
130:19 131:23
132:20 134:21
138:11 139:20
140:12,20
141:13,22
142:21 144:4,7
144:9 145:6,6
145:7,8,9,10
145:21,23,25
146:2,2,3,3,12
150:4,15
152:14,21,24
153:13 154:14
154:24 161:20
162:2,4,9,10
164:4 165:21
168:9 169:2
171:3 172:10
174:17,18,20
175:14,18
176:1,2,2,13
176:12,14
177:21 178:11
178:12,18
179:11 180:1
182:2
knowing 184:1
knowledge
125:11
known 19:1
73:11
knows 80:23
**Komonez** 8:3
**Kwiatkowski**
1:14 3:8,8,21
3:25 4:4 7:20
11:14 12:13
13:24 15:23
16:15,19,23,25
17:4,13 18:3
20:24 23:1,4
25:24 29:25

31:17,22 34:24
42:14,18,23
43:4 44:13
48:5 50:23
52:11 53:7
58:18 59:8,18
63:13,18,24
64:6,10 65:22
66:17 67:19
68:1,6,13
69:14,23 70:2
70:14,24 71:7
71:15 74:11,19
78:17 79:3,10
79:14,17,23
80:2,20 82:24
84:2,4,7,22
86:17 89:5,8
89:17,21,24
90:4,7,11,16
90:24 93:20
94:21 95:9,13
95:17,24 96:4
96:25 97:17,22
98:18 99:3,7
99:13,15,17,19
101:24 102:19
102:22 103:11
104:9,15,20
106:19 110:8
110:11,24
111:5 114:18
116:1,10,13
117:8 122:15
130:25 133:8
134:4 135:4,11
142:19 145:13
150:2 152:25
155:3,6 157:25
158:20,25
159:13,16,21
159:24 160:1,6
162:19,22
164:10,14,18
165:1,7,24

166:17 167:5
170:8 171:23
175:8 177:2
178:7 180:14
180:16 184:7
184:11,15,17
184:20,22

**L**

L-E 8:25
L-E-O-N 8:23
L-Y-O-N 8:24
  8:25
LA 8:17 75:22
  175:4 179:24
labeled 14:16,25
lady 56:10
  141:10 154:10
  168:5 178:18
Lake 77:1,3,9
Lamborghini
  61:8
land 59:25 60:5
landlord 83:14
  151:24 152:2
  153:5,6,11
  170:24 171:1
  172:19,19
language 55:9
  72:23,24
late 129:5
  171:17 172:6
Laws 18:25
lawsuit 77:24
lawsuits 97:25
lawyer 11:22
  40:20 65:2
  170:18,24
  171:9 172:5,12
  172:12 173:6
LCC 96:9
lease 83:6,19,21
  83:23 84:1
  95:7,10 96:2
  153:7,7

leased 28:19
leases 28:16
leather 177:24
leave 89:17
  90:14
Led 35:8,12
  66:4
ledger 15:7 16:5
  16:7,8,10,13
  16:14,17 17:2
  23:19 132:14
  132:16
ledgers 23:13
  37:17
left 6:17 109:8
  119:18 120:1
  145:3 152:2
legal 60:15
legible 23:12
lend 61:1 103:17
  174:11
lending 57:9,17
lends 56:21 57:8
Lennon 53:10
  53:12 105:1,1
lesson 97:7
lessons 97:6,19
  97:20
let's 7:2 10:10
  10:13 11:11
  12:24 14:2
  27:1,1 32:15
  32:19 37:7
  57:23 58:18
  59:16,17 63:7
  66:4,14 67:2
  67:11 68:24
  74:16,16 78:1
  81:14 82:1
  84:11 87:25
  90:8,16,18
  91:8 94:15
  97:16 102:6
  105:7 106:18
  109:25 110:4

112:3,4 114:9
  117:13 119:1
  120:5 123:7
  128:6 130:24
  132:10 133:4
  136:20 138:15
  138:23 141:18
  146:21 147:24
  148:3 153:17
  155:9 157:4
  159:2,10
  160:16 162:17
  163:6,13
  165:10 166:15
  167:20 168:5
  173:25 174:23
  175:2,5 176:19
  180:11,13
  182:4,4 183:3
  184:4
letter 42:12
  100:5 107:8
  113:15 117:23
  119:9 124:2
  146:6
levied 98:13
Levin 97:25
  98:3 171:16
Levy 106:24
Lexi 9:21 139:1
  146:25 147:7
  177:7
liabilities 12:2
  15:11
liable 79:1,5
license 63:5,6
  85:2,4 110:25
lien 125:19,20
  126:9,16,22
  127:3
life 118:19
light 39:17
liked 36:2
likes 104:5
  147:4 168:19

178:18
limit 99:10,12
  99:21
limited 66:1
line 112:19
  117:23 119:9
  120:24
lingerie 151:5,5
  151:6,7,8,10
  151:12,16
  152:4 153:4,14
  155:13 158:12
  158:15 165:5,6
  168:7,9,18
  170:3,10,11
  176:17 179:14
  180:3
LinkedIn 30:7
  30:24 32:23,23
  32:25 55:9
lion 9:1
Lisa 2:19
list 2:18 18:14
  19:7 22:5,16
  33:14,17,17
  35:21 43:19
  44:6,8,11,17
  45:11 46:18,20
  46:22 47:6,7,8
  47:9 48:3,4,18
  50:9 65:5,8,13
  65:23 95:21
  99:5 173:7,10
listed 63:14,19
  155:2 172:19
  173:5
listen 20:24
listening 73:13
  73:14
listing 95:19
literally 43:8
little 13:19 29:7
  61:2 71:19
  80:12 82:19
  138:23 140:21

148:4 149:15
158:10 164:5
164:21
**live** 7:15 8:12,13
13:14 56:3
76:23,25 77:1
77:1 88:24
92:4,5,17,20
94:13 96:2
154:19 156:12
156:14
**lived** 8:15 91:21
91:22 92:22
145:22
**lives** 8:21 71:25
95:9
**living** 38:20 41:3
52:23 54:17,20
72:12 77:2,7,9
77:11 91:21,25
92:3 94:5
170:22
**LLC** 2:14 25:3,9
33:2 67:12
68:21 83:12,13
96:9 119:11,11
121:14,15
122:11 182:7
**LLP** 98:1
**load** 88:14
**loan** 51:24,25,25
53:23 54:4
57:18,18 76:14
76:15
**loaned** 70:19
79:5
**loans** 69:8 70:14
79:9 182:22
**lobby** 52:1
**local** 73:18
156:10
**located** 166:2
**location** 28:25
**login** 54:22
**logins** 30:8

**long** 7:1 38:15
41:13 89:10
92:20 125:3
128:19
**longer** 82:21
87:3 107:16
178:6,15
**look** 15:5 16:8
17:20 24:11
28:8 39:13
49:17 54:24
58:7,12 68:6
76:14 78:18
82:1 85:23
107:2 120:24
124:2 128:6
129:12,25
130:13 133:4
133:14 135:19
136:17 142:21
143:6,7 146:8
148:25 158:16
159:2 168:22
175:5
**look-back** 23:14
37:18
**looked** 140:1
156:20 157:17
**looking** 28:1
34:6 64:7 65:2
69:4,17 78:22
84:7 86:9
87:12 102:22
112:9 114:11
119:4 133:7
137:13 166:13
168:4
**looks** 69:1
122:21 128:10
128:14
**Los** 6:25 7:25
8:16 75:11,15
75:17 102:1
174:25 179:22
**loss** 14:11,15,17

14:18 17:25
**lost** 13:18,18,19
**lot** 12:6 13:18
15:23 35:20
49:7 53:25
90:5 100:22
108:5 134:23
136:3,5 137:16
138:10 143:12
148:24 152:20
161:10 165:6,7
183:23
**lower** 132:23
**lucky** 81:5,6
168:5
**lunch** 89:7 90:9
**lying** 11:21,23
**Lyon** 8:22,22
9:1,1

―――――――――

## M

**M** 1:14
**M-A-R-I-K-O**
9:15
**M-A-R-T-I** 4:14
**magazine** 73:20
177:19,21,22
**maiden** 84:15,18
**mail** 107:12
**main** 81:16,17
**maintenance**
88:1
**make-up** 45:18
45:25
**making** 36:5
47:17 79:15
120:1,7
**Malcolm** 28:7
**managing** 120:1
**March** 1:7 3:2
185:8
**Mariko** 9:11,14
**marked** 2:5
10:17 11:9
16:11 19:18

33:23 44:8
57:21 68:22
106:16 109:22
111:25 112:9
118:23 123:5
128:4 130:21
**market** 71:12
122:13 139:17
**Marketplace**
176:4
**marriage** 2:10
2:11 111:25
112:7 118:23
**married** 76:7
77:5 84:19
85:4 102:2
105:14 109:5
113:1,6,23
121:18
**Martha** 61:14
61:15,16,18,22
**Marti** 1:3,6 2:3
2:17 3:4,9 4:12
4:14 7:3 13:2
17:6 33:23
43:7,12,15
44:18 74:3
78:20 84:12
85:1,1,5,6
110:12 111:1
121:24 122:1
147:8 169:5
183:12 184:12
185:7,10
**Martiko** 156:21
157:6,13
165:11
**Mary** 82:24
**matching** 42:25
**matter** 1:3 55:4
173:7
**Maui** 2:11 54:20
80:4 100:1
123:3 127:22
153:23 166:21

166:21,22
**MCL** 18:16,17
18:23 19:2,5
**mean** 5:5,18
6:13 7:1 9:1
10:1 11:17
12:4 13:16
15:15 16:1
20:2,14 22:12
22:14 26:8
31:2,9 32:6,21
34:16 36:16
39:12 40:24
46:7 47:12
50:1,2,4 51:10
53:4,6 54:18
56:16 58:7
59:7 62:17,21
64:21 65:17
66:7 70:11
72:23,25 73:16
77:2 81:17
87:1,9,23
88:21 91:17
95:12 101:14
102:24 107:19
112:23,24
115:12 116:15
116:17 117:13
122:9 127:23
130:10 133:17
133:19 135:19
136:13 137:16
137:21,22,23
140:12 144:18
145:8 146:3
149:17 156:12
161:2,21,21
163:19,20
165:13,23
168:3,7,15
170:11 178:17
179:25 182:2
**means** 55:4,12
55:15 156:10

166:1
**meant** 21:24
165:15
**media** 30:19,20
32:15,22
**medicare** 85:20
**medication** 6:6
**Meeting** 12:10
**member** 25:8,8
**members** 24:25
**membership**
2:14 68:21
182:8
**memorabilia**
21:12 22:2,14
22:23 50:10
51:11 52:8
53:19 54:7
63:12 66:23
**memory** 42:21
**men's** 177:14
**mention** 21:14
39:21 173:14
**mentioned**
13:13,14 82:12
121:16
**mentioning**
181:22
**met** 6:22 75:4
77:13
**Mexican** 136:3
**Michael** 3:7
52:21 82:2
103:10,16
104:25 157:22
172:10
**Michigan** 1:1,8
1:12,15 3:1
4:15 18:25
40:12 54:18
60:24 83:7
93:2 156:5
185:1
**Mick** 45:24
46:10,11

**microphone**
53:10 82:11
105:2
**middle** 38:12
75:6 84:21
140:18 177:11
179:16
**Miles** 53:12,15
53:17 105:2
**Miller** 21:16,17
**million** 121:5
148:1
**mind** 99:24
**mine** 8:8 16:17
17:2 20:8
53:21,23 61:4
66:18 75:2
103:25 151:16
153:13 159:20
159:22 160:7
184:8
**minute** 117:9
134:12
**minutes** 90:8
180:17 184:17
184:21
**mirror** 174:9
**miserable** 49:17
**misquoted**
153:1
**missed** 167:1
**misunderstan...**
21:23
**misunderstood**
22:3,15
**Mitchell** 157:15
157:16,23,23
**Molly** 61:1,7,8
61:12,13,19,20
61:20,21
**mom** 61:17,17
61:18,21
**mom's** 61:22
**money** 24:23
26:3,4,11,15

26:17,23,25
27:6,9,9 28:14
29:5 49:2,18
49:21 52:25
56:11,21,24
57:8,9,10,17
70:19 72:3
75:8,14,16,19
76:8 78:12
79:5,6,9 80:15
80:22 87:6,9
87:20 99:3
101:12,18,20
103:17,19
107:21 115:21
115:23,23
116:10,22
117:21 120:16
120:17 122:10
129:18 135:8
137:17 138:14
138:14,15,19
139:17 141:13
143:18,24
144:15,22
145:19,24
147:23 150:19
151:11 154:6
154:16,21,23
156:7,9 159:14
162:1,11
163:23 167:17
172:15,22
173:3,10,20
174:20 178:4
180:9
**MoneyGram**
142:12,14,25
143:3,4,13
144:5 163:6
169:7,25
**MoneyGrams**
147:14
**monies** 18:15
**month** 3:19

32:20 56:2,6,6
56:15,23 62:21
68:18 70:21
72:1 78:9 85:9
85:12,14,21
86:10,15 94:12
95:10,20 96:16
117:16 118:7,8
118:14 120:9
121:1,2,7
136:11 141:16
149:21,23
154:14,25
165:6 180:14
181:12,24
183:1
**monthly** 95:6,13
95:21 96:10
107:12,23
**months** 31:11
85:16 95:5
96:19 128:18
151:22
**morning** 88:6
89:12
**Motion** 2:6
10:15,20
**motorcycle**
60:20,21,25
62:12 100:14
114:21 174:6,7
177:25
**motorcycles**
60:13
**mouth** 23:8
**move** 7:1 10:2
41:11 57:23
74:16,16 84:11
93:2 98:8
109:1 110:23
130:24 136:14
159:5 180:11
182:4
**moved** 6:20,22
6:25 7:10 10:3

10:4 40:11,12
41:11 54:18
60:24 75:22
83:25 92:22,23
98:3 109:7
131:16 146:21
151:20
**moving** 75:10,11
**musician** 53:13
**musician's**
53:14

**N**

**N** 1:3,6,10 2:3
3:4 13:2
**Naidhitch**
170:16 173:13
**name** 4:12 7:14
7:18 8:6 9:17
20:9 29:24
30:7,8 33:15
34:24 37:11,13
53:14 56:4
61:5,5,19,22
78:16 83:19
84:16,17,18,19
84:20,20,21,22
84:24 85:4
92:12 95:16
107:10 110:25
116:4,21 154:6
**name's** 60:16
**National** 175:13
**need** 5:23 6:1
15:14 40:19
50:7 90:2,6,9
104:10 111:19
111:21 131:21
131:23,23
139:21 180:16
181:19,20
182:7 184:12
**needed** 40:18
117:21
**negotiate** 29:17

nervous 12:14
 12:16
net 85:20 120:20
never 19:1 33:8
 43:18 49:11,12
 49:16,19 93:22
 99:24 101:19
 108:8 113:11
 114:7 123:1
 147:25 152:10
 157:10,11,12
 161:2 171:7
new 32:10,10
 36:9,24 43:17
 47:1,12,24
 57:6 65:7
News 152:8,13
Newsmagazine
 2:19
newspaper
 73:18,18,20,24
 74:2 153:1
nice 87:22
 149:19
night 32:16 88:7
 136:7 137:15
 137:16,17
 174:22,23
 182:3
Nine 14:4
Nnotification
 125:9
Noah 7:17,19,20
 7:22 78:20
 84:17,18,21
 85:1,6 86:2
 111:1 117:16
 121:24 122:1
Noah- 84:25
Noah-Marti
 84:14,20 107:6
noon 89:6
Nope 62:2
 164:19
normal 125:5

normally 49:4
 85:5
North 108:8
Nos 29:23
noted 3:15
notes 128:24
Notice 2:10
 106:15
notices 130:7
Notification
 124:7 125:19
 125:23 126:2
 126:10,11,17
 126:18,22,23
 127:4
November
 23:16 25:20
 31:10 32:24
 37:18 62:21
 93:4,9 96:12
 97:3 109:8,17
 123:13 124:11
 124:24 125:1
 143:16 155:22
 176:24 178:6
 178:24 179:2,5
 179:8,11,16
 180:1,2,6,12
 180:15,21,24
 181:6,9
number 19:7
 43:3 46:22,23
 50:7,15 54:22
 64:4,7,8 66:10
 78:5 82:19
 87:17 111:4,8
 114:24 133:19
 134:17 144:17
 145:22 148:13
 175:15
numbered 10:12
numbers 118:11
 159:14

———— O ————

o'clock 90:17
O'Dow's 136:2
OAKLAND
 185:3
oath 12:22
object 18:4
 70:25 71:7,15
 184:19
objected 4:6
objection 3:18
 3:21
objects 63:10
Obligations
 119:13
obviously 22:14
 25:6 40:15
 145:18,21
October 62:21
 97:1,3 102:12
 159:3 164:16
 164:21 165:10
 165:19 166:6
 166:22 167:8
 167:10,11,18
 167:20 168:6
 169:10,15,18
 169:18,21,25
 170:6,6 173:25
 175:7,12,23
 176:3,15,20
 178:5
odd 39:16
 156:17 168:20
Offhand 133:16
office 3:12 19:12
 20:23 53:22
 54:2 91:24
 92:1,14,18
 121:16,19
oh 5:5,23 6:15
 7:13 8:19,25
 9:8 10:8 11:16
 17:3 21:2,9
 22:8 26:11,13
 27:25 29:6

30:1,3 33:10
 52:13 67:5
 68:25 69:16
 84:24 85:18
 108:12 110:10
 112:24 114:18
 115:12 131:2
 141:21 142:14
 142:24,25
 151:2 156:1,25
 158:1,5,22
 161:25 164:14
 166:3 167:1
 168:16 173:12
 183:6,19
oil 149:12,15,18
 150:2,4
okay 3:25 4:24
 5:1,2,5,21,22
 7:5,9 8:17 9:6
 9:8,11,20 10:9
 12:16 13:7,12
 13:23 14:7
 17:3 18:5 19:1
 20:1,21 21:9
 24:1 25:23
 26:23 27:25
 29:6 30:3
 32:15 35:14
 38:7 39:13
 40:6 42:18
 44:14,21 46:14
 48:10,12 49:9
 50:5,8,24
 51:11,15 53:16
 54:6,11 58:21
 60:23 61:7
 62:1 63:16
 66:14 67:5,25
 69:22 72:10,14
 72:17 74:6,9
 74:15,23 75:3
 76:4,16 77:24
 78:7 79:11
 81:23 82:1,13

83:15 85:7,12
 85:18 86:5,12
 87:13 88:17
 89:4 90:1 91:8
 92:3 93:12
 95:15 101:8,13
 104:3,6 108:12
 108:12 109:7
 110:4,10
 111:22,23
 114:9 115:25
 119:13,25
 120:5 122:20
 125:16 127:12
 129:16 130:13
 132:2,8,21
 133:3,15
 136:17 138:5
 138:15,23
 139:13 140:4
 140:11,15
 142:3,9 143:23
 146:17,20,23
 147:6,24 148:3
 148:9,11,15,16
 148:21,23
 150:14,22
 151:12 153:10
 153:22 154:4
 155:2,9,19
 156:1 157:4,13
 157:18 158:4,7
 158:12,22
 159:10 162:3,7
 162:13 163:13
 164:4,14 165:4
 165:15,16,22
 166:21 167:8
 168:1,4,9,25
 169:15,25
 170:13,25
 171:19 172:14
 173:2 174:23
 175:21 176:1,2
 176:3 177:6,9

179:16,24
182:21 183:6
184:20
**old** 7:5 9:9,10,11
37:22 45:6
170:24,25
171:16 172:6
172:19 184:21
**older** 7:14 8:18
144:2 149:11
149:19,25
**once** 56:6,15,23
65:25 67:24
91:2 101:13
111:18,20
136:11 168:5
**one's** 168:13
**ones** 42:19
132:24 184:2
**online** 36:1
144:13 147:7
148:25 150:21
156:8 168:24
168:25
**open** 10:10
38:15 73:22
75:14,17
106:10,12
109:3 115:1
131:15,15
151:23 184:2
**opened** 23:11
37:15 38:15
39:12 40:11,13
40:23 57:6
75:22 131:25
152:1
**operating** 93:7
93:18
**oral** 5:1
**order** 2:6 10:14
10:20 11:12
37:22 84:7
**ordered** 10:25
**original** 35:17

45:1 47:17
63:15,22 64:11
66:15,20 76:9
98:6 104:25
**originally** 72:4
160:4
**outfit** 177:25
**outside** 60:7
**overdraw** 145:5
**overdrawn**
144:25 145:1
145:14
**owe** 49:2,23
74:25 78:7,25
80:7,15 81:10
81:19,20
107:19,25
120:15,16
144:19,21
148:1 150:19
154:6,23
171:14 172:3
172:15,22,23
172:25 173:2,4
173:10,20,21
**owed** 18:14
117:25 124:18
145:19,24
173:18 180:9
**owes** 49:22
78:13 79:6,9
79:12
**owned** 20:17,20
20:21,25 22:24
43:20,22,25
44:5,18 45:7
46:10,13 50:10
50:11 51:12
54:7,8,15,15
105:14 119:9
119:15,23
121:15 178:6
178:15
**owner** 17:8 36:7
37:2 73:12,15

74:1,1,5 94:23
104:7 105:12
108:22
**owner's** 33:15
**ownership**
45:10 72:25
113:21 125:14
125:16
**owns** 61:23,25

---

## P

**P** 157:8
**P.L.C** 1:11
**p.m** 90:20
117:11 137:23
180:19 184:25
**P11** 126:18,18
126:20,23
127:19 129:11
**package** 149:14
**page** 2:2 14:2,3
29:24 30:4,7
30:12,13,15,16
30:19 31:5
32:18 44:17
46:18 50:14
54:21,22,23
58:12,12 59:17
59:19,22 63:7
63:7 67:2
74:18 78:1,1,6
81:14,14 82:1
83:5 84:12
85:7,24 86:22
91:18 93:5,12
95:3 97:24
102:6 103:6
105:6 107:8,13
108:18 112:9
114:9,18
117:13,23
118:6,13 119:5
119:5 120:5,23
120:23 124:7
124:15,17,18

125:19 126:9
126:16,22
127:3 130:1
133:5,7 135:3
141:11,20,21
148:3,4 153:17
153:17 159:4,6
159:6 162:17
164:18,19
166:15,16
169:9,22 170:4
170:5,5 174:1
175:5,6 176:19
176:19 177:11
178:24,24
179:17 180:24
**pages** 58:25
112:10 185:6
**paid** 26:2,9,12
26:19 45:2,3,3
45:4 48:25
49:5,9,12,19
49:24 67:23,24
68:9 70:10,11
94:2,19,21
95:4 96:16,25
98:7 101:7
102:7,11 118:2
128:15 130:5
130:13 131:1
133:10 134:12
138:5 140:6,25
141:1 160:18
165:16 171:7
175:3 178:3
182:15,19,25
**paint** 153:12
**painted** 44:23
**painting** 20:2
27:20,22 32:16
35:17 47:15
48:15 63:15,22
66:15,20 81:21
81:22,24 88:13
88:14 184:1

**paintings** 35:18
43:24 63:9
66:24
**pair** 45:9
**Papa** 136:3
137:11
**paper** 59:10
74:4 108:6
139:19
**papers** 123:22
**paperwork**
13:18 15:20
100:18 106:23
125:14
**Paris** 6:20 7:15
47:15
**part** 2:11 3:4
11:11 22:10
31:23 39:8
48:6,17 58:14
60:11 74:1
79:22 93:5
97:21 98:18
105:7 118:23
119:1 128:17
185:7
**particular** 96:18
146:14
**partner** 24:7
25:14,20,22
29:4 30:18
36:5 52:24
67:15 68:18
71:23 72:21,22
72:23,24 73:1
73:1 74:4,6
82:8 94:5
104:1 109:5
152:15
**partners** 24:24
36:19 37:2
113:23
**partway** 167:21
**party** 185:12,13
**passed** 4:9 6:19

73:12,15 81:21
**password** 54:23
**passwords** 30:8
31:16
**patent** 64:15
**patents** 33:2
63:24 64:16
**Paul** 29:14
**Pause** 117:11
184:9
**pay** 13:16 18:11
26:18,20 27:9
27:13,15 29:5
29:18 39:18
49:3,4,8 56:10
56:11,21,22
57:12 68:12
69:1,8 70:12
70:13 72:3
75:8 79:19
80:1,16 82:9
85:17 87:5,7
87:13 88:11
94:6,7,17,25
96:18 97:10
100:7,8 101:10
101:14 102:25
103:19 107:12
107:21,21
108:16 115:24
117:4 118:14
118:17 120:13
121:5 123:21
128:19 129:22
139:6 140:8
141:2,8,9,16
144:20 146:11
149:5 154:16
154:22 157:11
161:12,16,20
161:21,24
162:9,12
167:19 172:12
172:14,23,24
173:1,15,17

174:12 178:1
182:16,16
**payable** 18:8,9
121:6
**paycheck** 26:15
164:1,3
**paychecks** 26:3
26:5 163:20
**paying** 67:20,22
68:17 69:3
70:11 71:5,18
78:6 79:22
86:2,7 87:3,4
87:11 91:4
97:18 107:17
107:22 117:15
117:20,24
118:15 120:8
120:20 128:24
129:17 130:14
138:12 140:22
150:15 171:13
173:2 182:20
183:1
**payment** 49:6
78:3 79:19
123:13 124:10
124:14,16,20
124:24 125:1
141:10 143:3
150:25 151:3
153:22 154:10
155:11 157:9
157:15 158:8
161:24 162:24
163:7 164:16
164:22 165:10
168:6 169:4
170:1 174:14
176:4,16
179:13 180:2
180:21 181:9
**payments** 69:5
70:18 95:6,7
95:10,16,18,21

96:2 97:13
107:12 120:7
123:18 129:24
130:8 157:13
**PayPal** 139:10
139:11,14,17
139:24 140:25
141:2,3,9
142:21,24
150:9,9 154:5
154:8,15
160:18 161:20
161:22 165:21
176:6
**PayPals** 164:6
**payroll** 142:10
164:5
**pays** 90:22
91:15 95:9,20
**pending** 27:24
66:22
**people** 11:21,23
36:20 49:3
74:7 141:2,8,9
152:21 170:23
171:22 172:15
**people's** 149:1
**percent** 113:18
114:2 119:15
119:23 120:20
**perform** 55:2
**period** 23:14
37:18 107:3
120:18 137:10
**periods** 85:17
**perjuring**
104:13
**person** 34:22
46:16 101:2
113:2 160:23
160:23
**personal** 2:17
31:2,5 32:4,11
32:12,18,19,23
33:23 37:9

38:7 39:5 42:7
54:23 55:2
84:5 90:14
100:22 102:17
103:5 114:12
132:18 134:14
134:15,20
144:15 150:16
163:19,24
164:9 183:12
**personally**
51:14,15 52:10
54:7,8,16 78:7
78:12,13,25
88:18 94:17
**petition** 2:8
57:20,25 58:2
58:15 102:9
**ph** 8:3 92:11
**phone** 61:10
107:10 145:22
175:15
**photographer**
45:24 46:17
**physically** 45:7
**piano** 97:5,7,18
97:20
**Piatti** 136:2
137:3 138:2
**pick** 5:6,14 88:7
174:21 184:15
**picked** 174:21
**picture** 19:9,24
21:11 22:20
23:3 28:7 31:6
31:12 32:17
45:13,23,25
48:10 178:23
**pictures** 13:18
13:19 19:18,23
20:16,18,19,20
22:1,9,10,18
23:1 45:19,22
46:1,3,9,10
47:2 48:5,7

63:10 100:21
**piece** 20:14 27:2
27:17 28:7
**pieces** 32:10
54:19 66:25
104:5,7
**pile** 39:19
**place** 5:25 91:24
92:17 94:8,14
103:7 121:15
125:12 126:6,7
126:8,14,20,25
148:11 160:24
**placed** 125:20
**plan** 91:13
111:13
**plane** 175:3
179:18,20
**plate** 52:4 53:24
54:2
**play** 149:7
**PLC** 1:8
**please** 4:12 23:2
23:5 107:12
117:9
**pledged** 51:6
**plus** 69:19 71:17
124:16
**point** 5:16 29:2
29:4 52:23
75:7 94:4
104:1 105:15
115:22 121:18
122:24 123:21
125:6 129:17
152:6 153:12
157:1 165:13
171:15
**Pointe** 162:6
163:12
**pointed** 142:17
**policy** 118:19
**Pontiac** 43:8
**Pop** 150:7
**popping** 148:18

149:1,23
portion 159:14
portraits 45:17
position 55:22
  55:22 104:15
possession 44:6
  114:14
possible 107:13
  145:13,14
post 32:10
posted 137:8
postnuptial
  112:17,20,24
precise 29:2
  87:9
precisely 35:15
  40:19
preference
  99:10,11,21
prenuptial
  113:3,5
prepare 13:4,8,9
prepared 14:19
  15:8 24:15,19
  29:12 112:22
preparers
  102:10
preparing 18:20
  102:9
present 24:25
  55:18
president 106:1
  106:8
pretty 179:10
previous 73:12
  73:15 166:5
previously 22:4
price 26:22
  67:16 68:5,8
  68:16 69:11,12
  69:13,19 70:3
  70:5,15 71:2
  182:15
primarily 99:20
Prime 57:6

print 20:3 44:25
  45:2,2 46:6,7
  46:25 47:17,18
  47:20 49:5
  53:21 65:18
  66:9 150:13
printed 45:20
  130:3 159:19
  160:3,5,8
  166:19
printer 45:6
  103:12 104:21
printing 45:3
  122:24
printout 128:11
  159:23
prints 44:18
  45:5 47:3
  48:21 63:9
  64:1,1,2,12,16
  64:24 65:4,7
  65:14
prior 38:4 93:25
  185:9
privacy 31:22
probably 22:15
  23:25 28:3,4
  42:8 62:17,19
  67:25 82:20
  88:2 89:13
  92:23,25 93:1
  94:11 134:10
  134:14 135:16
  138:20 142:2
  143:2 148:10
  151:22 154:3
  159:9 163:18
  167:16,16,19
  173:22 177:4
  177:10 179:10
  179:22 181:11
  184:3
problem 184:18
problems 42:25
Procedure 2:7

10:17,22
proceedings
  184:9
process 65:1
procured 25:1
produce 10:25
  13:1 14:10
  48:25
produced 44:5
  44:23 47:10
  48:19,21 64:23
  65:6 73:13
  100:16
producer 6:20
produces 65:24
Production 2:7
  10:16,21 105:9
  105:17,19
  108:7 113:25
  119:10,16
Productions
  107:5 119:14
products 161:5
professional
  44:4
profit 14:10,15
  14:17,18 17:25
profits 120:20
promised 69:5
pronounce 8:2
proof 21:21
  55:17
Proper 57:6
properties 33:3
property 28:19
  59:23 60:5
  103:7,18,20
  104:17 106:25
  109:18,19
  112:13 114:10
  119:4,6 171:8
  171:8 172:18
  172:25
proposed 71:22
protect 65:2

provide 11:12
  12:25 13:21
  21:11,21 22:15
  25:21 30:9
  33:17 34:16
  35:20 38:13,17
  39:24 40:14
  41:19 42:4,10
  43:17 47:8
  48:3 100:5
  110:6,7 139:13
  139:19 154:7
provided 14:14
  14:25 17:16,18
  18:13,22 19:8
  19:9 20:16
  22:1 23:18,24
  24:10 33:16
  34:17 37:20,24
  38:1,11,24
  39:6,9,14
  41:23 42:14,16
  43:11 55:19
  131:21
providing 83:22
public 30:10
  31:18 54:24
publish 114:7
published
  150:13
publishing
  108:20,22
  113:16,19,22
  113:24 114:5,5
  114:6 119:11
  150:13
pull 43:3,8
punches 160:2
purchase 2:15
  2:16 25:13
  33:22 34:3
  51:22 62:8
  67:11,13,16
  68:5,8,16,21
  69:11,12,13,15

69:19 70:3,5
  70:15 71:2,21
  72:5 78:3
  79:25 142:12
  160:17 165:19
  175:13 182:8
  182:12,15
  183:11
purchased
  24:18 25:19
  26:2 33:18
  37:3 51:23
  73:22 78:14
  109:14,17,18
  143:1 150:9
  183:16,22
purchasing
  71:17
pursuant 79:8
  79:21
put 17:8,11
  22:16 23:7
  29:17 32:17,18
  47:21 63:24,25
  75:7 85:4
  86:17 95:13,18
  122:6 149:16
  152:10
puts 48:22
putting 3:14
  103:3

----

**Q**

quality 36:12
quarter 166:6
  167:22
question 5:9,11
  5:16,19,20
  19:23 20:25
  22:3 29:7 31:9
  35:15 38:6
  47:23 48:12
  54:21 60:11
  65:16 67:17
  68:2,7 70:3

74:9 89:9
91:20 93:5,25
98:11 99:23
102:7 103:15
103:15 104:7,9
110:17 117:1
124:1 148:17
178:15 183:17
**question's** 29:3
**questioning**
3:11
**questions** 4:21
14:9 16:2 62:5
68:14 73:8
152:22
**quick** 4:2 19:16
106:18 161:12
161:24 184:8
**QuickBooks**
14:16
**quickly** 59:16

———————
**R**
**R** 64:13
**Rapid** 161:16,17
**rate** 121:7
**read** 11:13 51:2
51:5 58:7
113:11 162:20
**real** 59:23 60:5
67:4,7 70:4
**realized** 11:20
53:16
**really** 8:7 15:20
17:21 18:3
19:16 22:12
27:2 32:5
39:18 47:12
49:8 59:16
64:3 70:4 72:7
72:7 87:8,8
95:1 106:18
108:16 123:2
148:4 159:16
159:19 161:2,3

162:14 166:14
168:23 181:19
184:8
**rearview** 174:9
**reason** 5:23 6:2
12:15 15:24
23:23 106:12
108:15 126:1
130:4 144:18
146:13 148:23
**recall** 34:21
78:17 98:24
113:6 130:11
140:11 166:3,4
**receipt** 107:13
**receive** 11:4,7
25:9,10 43:18
121:1 122:10
177:23
**received** 11:5,5
81:9 93:9,24
114:12 122:21
156:13
**receiving** 41:8
55:20 86:18
120:25
**recess** 90:20
180:19
**recognize** 10:22
13:2 19:21
57:24 106:22
112:4 123:8
128:7 131:5
133:19 134:16
182:9
**record** 3:6,15
4:13 6:20
11:18 25:25
28:10,11,12
40:2 53:10
56:13 78:22
84:9 89:23
121:11,12
185:6
**record's** 37:5

**recording** 4:21
6:21
**records** 20:5,7
21:7 25:2,3
34:8 35:6
38:21 100:24
**recover** 99:8,9
**reduce** 171:17
172:6
**refer** 72:22
**referred** 55:14
**referring** 72:21
**reflected** 97:14
**refund** 154:17
**refunding**
154:13,14
**refused** 172:7
**regard** 126:14
**regarding** 25:11
119:6,13 120:6
120:11
**regardless** 93:25
130:25
**register** 37:16
122:24 132:14
132:16
**registers** 23:13
**regular** 97:4
**reimbursed**
150:18 162:11
**related** 124:8
**relationship**
75:18 76:6
87:23,24
178:12
**relative** 185:11
185:12
**relax** 11:15,16
**release** 2:15
68:22 182:8
**released** 65:7
**remember** 10:6
25:16 31:9,14
42:11 51:9
62:20 68:17

79:14 83:21,22
87:15,17 99:2
100:4,23
115:21 117:3
118:3,3 130:10
130:11,12
131:17 143:6,7
144:14 150:16
165:13 176:11
178:19 179:22
**remembered**
53:16
**Rene** 121:23
122:1
**renewal** 149:21
**rent** 13:16 49:7
53:1 57:5
82:10 86:9
94:2,6,7,8,14
94:15,19,21
95:12 96:10,14
96:16 133:17
133:23 141:17
167:16,17,19
167:20 177:3
181:11
**repay** 69:5
76:15
**repaying** 70:18
**repayment**
69:19 70:14
**repeat** 38:6
183:17
**rephrase** 5:17
**REPORTED**
1:24
**reporter** 1:25
4:20 73:24
185:24
**reports** 24:23
**repossessed**
98:12
**representing**
170:25
**represents**

171:2
**reproduction**
48:14
**request** 25:8
42:1 43:15
110:14 111:1
146:11
**requested** 13:11
17:7 33:14
37:9 40:14
41:25 42:19
43:19 110:5,8
110:9 140:25
**require** 55:2
**required** 11:12
12:25 14:10
43:6 59:1
118:19 120:6
145:10
**residence** 59:25
60:5
**respond** 5:12,18
**Respondent**
121:22
**Respondent/H...**
114:11
**response** 15:13
132:9
**responses** 4:25
**responsible**
117:15
**rest** 102:18
158:19 182:5
**restaurant** 57:6
134:2,3,6
135:22 136:9
166:9,10 182:3
**restaurants**
138:3 181:24
**restroom** 90:12
**retainer** 29:15
102:14
**retirement**
115:10,11,14
115:20 116:1

116:14
**retroactive** 98:5
**return** 43:9,10
  101:6
**returned** 154:13
  154:17
**returns** 2:9
  29:10 41:25
  42:6,7,9,24
  43:1 109:22
  110:1,5 111:11
  111:21
**review** 58:5
  102:15 132:7
**reviewed** 13:25
**Reviewing**
  102:20
**revocable**
  121:24 122:1,2
  122:4
**Rick** 20:9,23
  34:20,21 35:1
  35:2,5
**ride** 61:3 88:21
  88:25
**rides** 91:2
**right** 4:4 8:14
  11:6 14:22,23
  15:17 17:3,14
  18:8 22:4
  27:12 29:1,16
  32:8 33:2
  36:19 37:7,8
  38:23 41:1
  46:10,11 48:15
  50:8 51:11
  52:7 53:9
  54:21 57:8,23
  58:25 59:4,16
  60:4 62:23
  63:7,18 65:3
  66:3,20 67:2
  67:11,22 70:7
  70:16,22 73:7
  74:8,19,24

77:17 79:10,11
80:4 81:14
82:23 83:18
85:7 86:9
87:25 89:11
90:13,18 91:8
91:18 92:14,14
92:25 93:5,19
93:21 94:15
95:3,17,23
96:23 97:9,12
97:16,24 98:11
100:10 102:4,6
103:6 104:10
104:16,19
105:4,6 106:4
109:13,16,25
109:25 112:3
113:15 117:19
118:13 122:10
123:7 124:1,6
126:4,22 127:4
130:7,13,24
131:5,16,20
132:10 133:4
133:24 134:11
134:15,24
135:12 136:10
141:11,17,18
142:9,19
146:24 147:6,6
147:14,19
148:5 150:20
151:18 152:17
152:20 153:3
153:14 155:16
155:25 156:10
156:19 157:5,5
159:2 161:8
162:17 163:6
163:13 165:1
166:15 167:1
167:20 168:5
169:3,5,8,9
171:11 173:25

175:4 176:15
176:19 177:2,3
178:24 179:11
180:16 181:3
181:15,25
183:2,10 184:2
184:4,8,16,18
184:22,23
**right-hand**
  107:2
**rights** 46:8
  119:7,13
  122:21
**ring** 35:1
**rings** 34:25
**Road** 83:6,11,16
  83:18
**Robert** 2:12
  16:14 17:5
  44:16,18 49:20
  52:5 54:3,19
  67:13 73:19
  85:9 109:13
  128:3,11
  152:16 159:10
  164:5
**Rock** 45:24
  46:10,11
  122:22,23
**Rojo** 136:2
**romantic** 76:6
**room** 161:14
**Room/Payment**
  2:13 128:3,12
**roster** 35:22
**round** 50:7
**row** 135:8
  156:21
**Ruby** 133:25
**Rugby** 134:4,5
  136:2,22,24
**Rule** 2:7 10:16
  10:22
**run** 6:22 36:12
  152:23

**running** 73:5
  120:3
**rushed** 3:16
**Russia** 8:8

─────

## S

**S/** 58:14
**S/S** 58:12,14
**safety** 33:5,7
**salary** 49:17,21
  85:10,11,14
  93:10 120:25
**sale** 18:15 20:1
  34:23 66:4
  100:3
**salon** 167:23,24
**Salt** 77:1,3,9
**saw** 20:22 34:11
  78:5 84:24
**saying** 15:10
  22:8 27:8
  35:23 36:4,16
  42:12,20,23
  43:9,10 52:4
  53:24 54:2
  73:18 81:8
  90:8 100:6
  106:4 109:19
  127:8 140:11
  148:25 168:20
  172:15,24
**says** 14:24 15:4
  15:6 16:13,15
  16:17,19 17:1
  17:2,4,15
  24:11,13 25:7
  34:6 44:16,17
  46:22 50:11
  51:4 54:24
  55:17,20 58:14
  63:8 65:24
  69:10 71:1,2
  74:24 78:20
  79:11,12,13
  80:7,8 83:5

85:9 93:18
94:15 95:5,6
95:15 97:24,25
100:2,25 101:2
102:19 103:6,9
106:25 107:2
107:10 108:20
112:20 113:15
113:18 114:2
114:10 115:7
117:24 118:5
118:13 120:16
121:22 124:10
124:18 125:1
125:10 126:18
126:24 133:10
135:7 155:19
155:21 161:3
**scanned** 46:4,5
**scans** 64:3
**scared** 61:3
  62:14
**schedule** 2:16
  18:14 33:22
  34:6 55:19
  56:17 64:11,12
  79:12 83:5
  84:11 85:8,23
  85:23,24 91:11
  98:25 171:20
  183:11,18
  184:7
**scheduled** 1:8
  73:19
**schedules** 41:22
  58:2 59:1,22
  74:17 155:2,5
  171:20 172:20
  173:11 184:9
**school** 6:14,17
**Scott** 1:14 3:8
  24:10 25:23
  31:15 50:22
  102:25 172:12
**Scott@bk-law...**

1:16
**sculptures** 34:11
**Sean** 3:11
**second** 29:25
78:2 91:20
112:19 119:1
133:5,7 135:3
135:15 137:13
159:5 164:13
175:5
**Secret** 151:8
**section** 55:3,15
118:5 119:13
**security** 43:3
85:20 111:8
**see** 4:4 5:5 14:14
15:3 19:15
27:16 31:7,15
33:19 34:7
35:3 36:13
39:14 40:25
45:11,16 47:6
51:6 58:14,18
63:7 64:6
65:13 66:14
67:2,11 69:11
74:6 78:1
81:14 83:24
84:4,5 86:23
87:25 91:8
94:15 97:16
102:6 110:4
120:5,16
122:17 125:10
130:16,16
131:6 133:10
135:5,10,11
136:20 137:12
140:13,16,20
141:7 142:20
142:21 143:12
144:18 147:22
147:24,25
148:3,10 149:3
149:23 153:17

153:25 154:7
154:10 156:1
157:4 159:10
159:22,24
160:6,16 161:9
162:4,17,23
163:6 165:10
166:3,15,17,18
167:3,20 168:5
171:19 174:23
175:2 176:9,19
179:23 180:13
182:4
**seeing** 34:21
83:21 98:24
99:2 135:22
**seen** 50:19 51:8
**Seito** 81:15,16
**Seize** 21:10
106:16,24
**seized** 21:15,16
98:12
**self-** 80:4 102:2
102:3 104:20
123:3
**self-employed**
85:8
**self-storage** 2:11
2:12 100:1
127:22 128:2,8
128:10 153:23
166:21,22
171:21
**sell** 20:2,11 28:2
28:3,9 36:14
45:9 46:7 49:5
65:18,20,22
66:7,8 72:1,2
75:15 108:21
123:23 125:7
140:9 149:12
150:7 158:16
168:23 177:14
**selling** 65:14
81:24

**sells** 49:20,20
140:16 168:25
**semantics** 79:4
**send** 42:12
56:24 78:9
80:25 87:7,9
87:20,21 98:4
100:5,5 101:18
111:19 124:2
125:13,18
127:7 143:24
144:19 145:9
145:23 146:1,4
154:14,16,25
156:8 162:5
184:15,16
**sending** 108:10
123:22 132:12
154:25
**sense** 73:1,8
**sent** 43:12 46:3
81:8,11 131:13
143:1,18 144:7
144:21 146:6
183:23 184:1
**separate** 119:10
**September**
62:21,22 97:3
112:16 130:3
132:11 136:24
136:25 137:7,7
137:9,9,12
138:7,7 143:10
148:5,6,18
150:22,23
153:18,22
154:1 155:9,10
155:16 156:19
157:14 158:7
159:3,7,11
160:16 161:8
161:11,12
163:1
**serious** 12:17
89:15

**services** 55:2
88:19 175:13
**set** 45:17 64:24
116:13,16
132:4 141:4,5
184:23
**setting** 54:24
**settings** 30:10
**Settlement**
112:13
**seven** 35:10
36:21 47:16
142:4
**Seventeen**
175:25
**seventh** 135:3
**Seventy-five**
82:4
**SGoll@sbplcl...**
1:13
**shake** 5:6
**shaking** 5:3,3
60:2,3 91:7
**shareholders**
24:24
**sheet** 14:23 15:1
15:4,6,9 16:16
16:20 17:2,5
17:16,19,24
45:19 112:10
**sheets** 45:20
**sheriff** 21:20
**ship** 66:8
**shipped** 154:20
**shipping** 45:4
**shopping** 56:9
**short** 7:1 12:11
57:4 101:10
162:14
**should've** 63:19
**show** 32:19
76:20
**showing** 15:10
58:22 156:10
159:20

**shows** 130:4
136:3 141:12
**sic** 29:2 51:24
110:16 124:8
133:25
**side** 174:10
**sign** 58:11,16
59:2 66:10
78:16 113:6
119:19 153:7
183:3
**signatory** 37:14
**signature** 14:5,6
58:22,24 78:23
78:24 122:17
183:4,9
**signatures** 183:8
**signed** 51:1,7
58:6,9,11,25
59:5 113:12
182:11
**signing** 113:6
**single** 13:10
22:21 95:20
137:20,21
149:23
**Sir** 23:5
**situation** 75:7
**six** 6:24 20:7
22:14 37:15
38:14,19 40:2
40:5,7 43:20
43:22 44:1
47:16 49:23
50:11 51:12
54:5,8,14
99:15,16 135:2
142:4 146:18
**six-year** 37:18
**sixth** 176:3
**skin** 160:20,21
160:23 161:6
**skip** 157:4
**smaller** 129:19
**snow** 134:18,22

**social** 30:19,20
  32:15,21 43:3
  85:20 111:3,8
  152:14
**sold** 13:16,17
  20:15 27:24
  46:22,23,25,25
  54:6,19 60:19
  65:25 66:12
  80:12,13,14,16
  81:7,21,22
  100:6 105:21
  125:25 126:20
  127:1 140:6,7
**sole** 25:8
**somebody** 21:9
  21:20 22:20
  27:15 67:6
  72:23 88:25
  101:5 154:6
  160:19
**someplace** 170:9
**son** 87:1 97:5
  148:20,21,22
  149:7
**son's** 84:22,24
  174:25
**Sonya** 1:10 3:6
**soon** 53:16
  111:14
**sorry** 7:7,18
  8:14 11:17
  21:12 23:2,16
  23:21 30:1
  31:19 33:6,19
  35:11 36:17
  50:13 53:14
  63:1 64:5
  69:16 70:9
  74:15 89:1
  93:20 105:7
  108:13 114:19
  117:16 120:7
  125:10 137:13
  141:21 155:24

158:23 168:4
  176:5
**sort** 15:22 113:2
**SOUTHERN**
  1:2
**Southfield** 1:8
  1:12,15 3:1
  83:6,11,12,13
  83:16,18 96:7
  96:9
**spa** 168:2
**space** 13:15,16
  13:17 81:4
  123:9 125:3
  126:3,3,3
  129:20,22,23
**speak** 4:25
  15:25 70:21
**specifically**
  116:21
**spell** 9:4
**spelled** 151:2
**spelling** 8:7
**spent** 137:12,16
  143:3,4
**split** 113:1
**splits** 119:4
**sports** 60:13
**Sportster** 61:2
  61:25
**spousal** 118:5,14
**ss** 185:2
**stamps** 63:10
**stand** 18:23,24
**standard** 184:17
**standing** 36:21
**Stardust** 45:12
  45:13,16,18
**start** 7:2 15:17
  16:18 29:18
  41:12 120:6
  123:22 132:10
**started** 3:10
  21:19 37:9,18
  37:24 130:7

148:17
**starting** 14:7
  59:22 162:19
**starts** 131:13
  148:5
**state** 4:12 41:21
  102:15,18
  111:21 185:1
**statement** 14:11
  14:15,17 17:25
  18:8,9 24:14
  24:19 38:18
  40:5,15,20
  51:6 91:19
  107:9 131:12
  132:10 136:18
  136:21,23
  139:15 145:20
  159:3,6 169:22
**statements**
  14:18 23:10,19
  23:19 24:2,6
  24:12,15 37:10
  37:21,23,23
  38:4,11,17
  39:8,13,14,25
  40:6,7,22 41:8
  41:15,22 58:3
  59:1 97:12
  131:8,21
  132:12,22
  139:13,16,17
  139:23 143:14
  146:10,16
  158:19 182:6
**States** 1:1 60:1,7
**statutes** 18:16
  18:17,25
**stay** 41:13 73:22
  94:9 136:14
  175:3 184:1
**stayed** 151:21
**staying** 75:12
  94:11
**SteamGame**

149:5
**Steamgames**
  150:22
**Steamgames.c...**
  148:19
**Steven** 70:19
**Stevenson** 1:8
  1:11 3:7
**stip** 4:3 184:15
**stipulate** 52:3
**stipulation**
  184:19
**stop** 5:25 117:8
**stopped** 123:25
  130:8 165:11
  165:14,15
**storage** 13:15,16
  13:17,20 22:22
  28:24,25 29:5
  29:8 40:4 67:1
  80:5,9,9 81:2,4
  81:9 98:20
  100:6 103:7,12
  104:21 123:4,9
  123:11,19
  125:3,20,21,23
  127:21,24
  128:20,21,23
  129:4,7,18
  131:1 154:2
  166:23 170:24
**store** 9:22,23
  139:3,6 140:1
  140:3 147:4,4
  150:7 151:23
  152:1,4,9
  153:4,12 164:7
  168:23 177:14
  178:6 181:14
  181:17
**stored** 103:6
**stories** 152:17
**story** 7:1 152:3
  173:16
**strange** 43:2

59:11 168:7
**street** 4:14 28:17
  88:24 92:6,7
  94:13 134:6
**stretch** 89:21
  158:25
**stretching** 25:24
**studio** 56:7,18
  183:15,21
**stuff** 31:2,21
  34:17 35:2
  36:11 60:6
  65:6 69:17
  80:16 81:5
  82:11 90:5,14
  100:22 103:24
  123:23 140:13
  151:8 152:15
  152:20 154:18
  160:25 168:19
  172:11 174:21
**stupid** 89:9
  149:7
**subcorporation**
  105:16
**submit** 111:7
**subparagraph**
  19:2,5
**substances** 6:7
**substantial**
  135:22
**sued** 76:23,24
  77:4,7,9
  171:21,24
**sufficient** 102:3
  102:4
**suit** 177:25
  178:1,20
**Suite** 1:8,11,15
**summary** 2:13
  130:21 131:6
**summer** 60:25
  61:4 62:11,18
**sunshine** 62:17
**support** 86:3,7

86:19,24 87:3
87:7,16 97:21
117:13,14,25
118:6,14 144:1
147:21
**suppose** 18:11
40:24 135:20
144:20 179:23
**supposed** 21:11
23:15 29:14
38:13 47:7
48:3 69:1
87:13 94:19
95:22 106:11
120:12 126:5
126:19 132:13
139:20 149:14
157:11
**sure** 3:15 41:17
41:17 43:13
61:22 69:25
77:6 79:15
97:9 100:9
110:11 129:20
137:9 146:11
179:10
**sworn** 3:5
185:10
**system** 11:23

———————
**T**

**T** 8:6
**T-shirt** 122:25
**tabbed** 10:12,13
**TABLE** 2:1
**take** 4:1 5:24
15:21 22:20
26:25 27:9
32:17 45:23
49:18,21 56:12
66:9 70:4
75:16 89:5
90:18 97:5
125:12 126:5
126:24 128:6

129:19 133:4
154:18 158:16
159:2 174:10
184:4,21
**taken** 1:7 4:16
26:4,15,23
**talk** 20:22
121:16 178:10
**talked** 66:14
77:6 82:7,14
163:7 169:10
**talking** 5:13
15:18 16:6
20:12 38:23
40:1,6,8 44:11
63:17 64:4,9
90:22 117:2
163:10 181:22
**talks** 69:10
114:10
**tank** 174:10
**tape** 5:5
**Tatiana** 7:3,16
8:15 101:23
102:3 143:22
143:22,23
147:8,17
150:20 169:5
**tax** 2:9 29:10
41:24 42:6
107:3 109:22
110:1,1,5,15
110:19 111:11
168:15,22
169:1 171:8,8
**taxable** 94:1
**taxes** 29:18,21
41:22 42:3
85:19 107:17
171:13 172:2,8
172:18,25
**TD** 156:3
**teacher** 56:7
**technical** 103:14
**technically** 53:4

**tell** 3:14 12:14
17:21,23 23:6
27:3 40:18
57:3 107:20
108:2 133:17
144:10 145:19
146:2 172:5
176:14 185:10
**telling** 11:14
120:15 123:22
**tells** 59:18
**temple** 149:17
**Templeton**
116:3
**temporary** 94:9
**ten** 14:4
**tendered** 69:11
**Tennessee**
165:23 166:1
**term** 70:6
**terms** 182:14
**testify** 6:3,8 23:2
23:5 71:8
**testimony** 185:7
**Texas** 71:25
178:22
**thickness** 39:19
**thing** 14:9 15:12
15:22 16:18,21
17:3 21:19
22:21 53:23
60:20 65:16
81:1 85:19
94:9 100:1
103:9 109:1
113:11,14
115:21 117:3
121:17 122:17
128:8 140:20
140:21 148:25
155:13,13
156:15 168:4
172:5
**things** 12:6
20:25 21:6

22:5 34:12,14
49:7 52:4
63:14 98:19
108:5 111:6
116:16 125:7
139:7 150:17
151:19
**think** 4:6 9:10
11:7 17:9 24:7
24:10 25:16,18
34:16,24 36:13
39:16,18 41:6
41:6,7,16,16
42:14,17 43:8
43:16 45:16
51:4 53:13
54:4 59:10
61:10,17 64:13
65:4,8,10
68:18 74:7
75:21 76:12
77:5 81:17
82:17 83:20
84:3 86:13
93:2,4 96:13
98:9,18 99:9
100:4 106:2,3
106:3,5 108:15
110:15 115:17
118:4 123:1
130:17 145:14
148:1 149:15
149:19 154:24
158:17,18
161:15 170:8
**thinking** 12:18
22:9
**third** 124:7
141:11 163:2
175:12
**Thirty-four**
45:12,15
**Thirty-two** 9:7,8
86:14 96:11
**Thomas** 1:4

**thought** 22:10
24:3 36:20
39:3 67:4,7
71:17,20 72:5
72:7,10 165:15
183:24
**thousand** 82:4
85:12 99:11,21
141:25 173:22
**three** 7:12,12,13
10:1 35:10,12
35:14 65:7
74:19 80:11,11
85:17 89:22
90:17 91:22
95:5 96:19
107:11 119:10
133:6,13,14
135:2 138:24
151:22 158:21
158:22 159:5
160:16 167:4
184:8
**three-fourths**
167:13
**ticket** 175:3,4
179:18,20
**till** 90:15
**time** 5:14 9:25
12:11 24:8
36:6 40:22
49:9 53:1 58:8
59:5 62:13,15
62:17,18,19
73:6 75:4,13
75:18 76:22
77:2,4,7,9 86:1
88:12,24 90:15
94:7,25 103:18
106:3,9 113:23
117:20 118:8
120:16 125:3
129:21 132:5
143:19 146:24
147:5 154:15

155:1 166:20
183:16,21
184:13
**times** 26:6,7
136:11 157:2
163:12
**timing** 3:17
**titled** 60:18
**titles** 60:16
**TN** 165:23 166:1
**to-do** 20:4
**today** 3:12 4:2
4:20 5:24 6:4,8
12:1,9 89:2,20
161:15 184:24
**told** 40:3 42:2
107:19 108:16
128:17 141:6
**Tonry** 55:4
**top** 74:24 133:11
153:18 175:12
179:12 180:25
181:1
**total** 67:23
68:18 71:19
95:5 101:1
123:15 124:22
126:3 136:25
137:11 138:5
143:14
**totally** 16:3
137:3
**Town** 1:15
**Townsend** 4:14
28:16 51:21
134:6 136:15
138:1,2 158:11
**tractors** 60:12
**trademark**
64:16 122:20
122:22,23
**train** 88:2
**transcript** 2:9
3:16 41:23,25
109:21 110:1

185:5
**transcripts**
110:19 111:9
**transfer** 97:15
97:15 129:19
129:21 144:6
144:13 147:7,8
147:15,20
150:21 155:16
170:15 180:7
**transferred**
119:18 146:13
**transferring**
119:20
**transfers** 57:1,2
**transportation**
88:1,4 94:16
94:16,22,24
**travel** 94:2,16
94:17,18,22,25
136:14
**traveling** 71:24
76:21
**tried** 39:22 43:4
151:23 171:17
172:5,9
**trip** 88:12
162:14 163:11
175:4
**trips** 90:25
**trouble** 138:12
**trucks** 60:12
**true** 185:6
**trust** 18:15
121:24 122:2,2
122:4,6,22,23
**trustee** 1:7,10
3:5,7 4:8,8
19:11 44:6
99:8 121:23
**Trustee's** 2:6
3:12 10:15,20
**trusts** 36:8
**truth** 185:10
**truthful** 58:8

59:4,14
**truthfully** 6:3
**try** 12:19 23:7
39:1,11 43:8
110:18 136:9
159:17 161:2
**trying** 11:21,22
11:23 12:1
13:22 15:22
29:16 33:19
52:23 69:24
82:8 104:1,13
108:4 124:13
148:25 151:22
171:12,13
**Tucker** 1:4
**turn** 11:11 19:15
68:24 106:18
109:25 112:3,4
114:9 119:1
123:7
**turned** 7:17,24
87:1 175:1
**turning** 91:18
121:25
**tuxedo** 177:15
177:16,17
**Twelve** 134:16
**Twenty-** 135:11
**Twenty-fifth**
144:12
**Twenty-first**
135:1
**Twenty-four**
45:14
**twenty-one**
143:7
**Twenty-seven**
46:24
**twenty-three**
7:6,8,9
**Twenty-two**
74:22
**twice** 23:6 56:6
56:15,23

136:11,24
165:16
**Twitter** 30:7,24
31:25 32:1,2,3
32:12,13 55:8
**two** 6:24 7:16
23:10,11 24:16
25:1 35:10
46:25 65:7
68:2,13 77:14
80:11 85:12,14
85:16 89:18
92:23 93:25
98:8,17 100:25
101:21 105:15
105:15 112:10
112:20 121:19
132:4 134:25
135:2,7,25
137:11 138:2
138:25 139:10
139:10 140:4
143:7,19
146:19 148:6
153:18 156:20
156:21 157:5
158:18,23
160:16 163:12
167:4 180:16
**two-year** 23:14
**type** 4:17 15:11
140:20,21
148:13

_____
**U**

**U.S** 3:11 4:8
**U.S.C** 55:3,15
55:23
**Uber** 88:3,9,14
88:18 91:3
94:25 134:8
162:4
**Ubers** 90:23
**Uh-huh** 12:8
13:6 42:22

46:19 58:4
75:5 85:25
96:3 112:12
113:17 114:15
119:8 122:3
123:12 124:12
131:9 136:19
138:18 142:15
150:24 154:9
170:14 171:5
177:20
**uh-huhs** 5:4,7
**uh-uhs** 5:7
**um** 115:15
**unable** 6:3 13:1
**Unclear** 105:12
108:21
**underneath**
53:24 54:2
**understand** 5:8
5:16,20 15:19
16:4 17:24
18:9 47:20
48:10,12 51:2
51:9,10 55:12
67:22 74:9
88:17 90:7
126:4 168:12
168:20 172:14
**understandable**
27:8
**understanding**
76:5,7
**understood**
11:19 21:10
**unit** 28:24 29:8
80:12 83:9,12
83:13 96:9
98:20 103:7,12
104:21 124:8
124:15 125:21
125:24,25
126:10 127:5
127:13,15,17
127:19 128:21

128:24 129:4,7
129:14 130:9
130:11 131:1
166:24
**United** 1:1 60:1
60:7 179:17,17
179:19
**units** 80:10 81:9
123:11,19
127:21,24
128:14,15
129:11 130:9
130:14 153:24
154:3
**unsecured** 80:8
**update** 88:2
**UPS** 154:22
**use** 45:25 46:11
46:14 60:25,25
61:4,24,25
62:10,13,14,15
62:18,20 88:18
90:11 139:11
161:9 174:6,7
**user** 30:7
**usually** 27:23
43:2 97:15
135:25 137:24
147:23 162:5
**Utah** 76:21,24
76:25 77:1,8
**utility** 60:13

─────── V ───────
**vacation** 77:12
**vague** 55:13
**value** 63:8 71:12
122:13
**vans** 60:12
**various** 64:12
**vehicles** 60:13
60:17,23 62:24
**Velvet** 2:14
67:12,12 68:20
182:7

**Vertical** 166:8
**Vertigo** 166:7
**Victoria** 151:8
**video** 148:22
**viewed** 19:11
**Vinklareks** 30:17
70:20 74:3
78:2,21 83:25
177:18 178:2
182:12
**Vinklareks**
71:19
**visit** 56:19 136:7
**visual** 19:11
**vocabulary** 16:1
**voice** 4:23
**Voluntary** 2:8
57:19,25 58:15

─────── W ───────
**wages** 27:10
93:13,19 98:15
**wait** 5:11 16:17
46:24,24,24
64:8 82:21
83:11 134:12
175:22 184:5
184:20
**waitress** 9:16
**waive** 118:2,4
**Waiwai** 91:23
91:24 92:8,10
92:17 121:15
**walk** 88:23
171:6
**walked** 119:19
**walking** 88:20
138:3
**wall** 20:6 66:3,6
100:23
**walls** 22:19
**want** 3:16 12:18
16:9 24:11
26:9,18 27:2,3
27:4,17,18

28:2,7 29:2
31:7 47:2
73:25 79:4
90:11 93:22
99:24 104:4,14
133:13 141:1
146:13 149:18
152:23 164:4
176:13 184:16
184:16,20,20
**wanted** 3:12,14
31:15 69:23,25
72:19 113:11
139:8
**wants** 3:15 57:5
94:13 122:25
178:17
**warm** 62:19
**wasn't** 3:13
14:17 17:18
42:20,23 51:1
51:7 69:24
72:11,17 73:21
83:2 91:10
99:3 161:5
181:17
**watch** 67:3
**way** 5:12 52:13
59:10 68:2
70:5 72:12
95:25 129:22
129:24 141:1
145:18 166:7
167:12,13,22
173:14
**ways** 68:3 169:3
**we'll** 4:4 11:2
15:2 29:6 34:9
65:12,12,13,14
65:20 77:20
90:13 97:21
98:21 111:19
111:21 132:3
159:4,5 184:5
184:19

**we're** 4:2,5 5:13
5:19 11:2,19
12:9 14:7
15:19 30:1
37:8 50:13
63:16 66:8
74:19 89:10,13
89:23 90:1
98:22 108:18
120:24 133:7
143:11 158:17
158:18 178:11
178:11 180:11
182:5 184:4,6
184:6,10,14
**we've** 43:12
66:21 143:14
**wealthy** 53:25
**weather** 62:22
**web** 2:12 128:2
157:7,8,9,10
**website** 158:16
**wedding** 158:14
158:14
**week** 36:21
47:18 57:4,5
94:12 98:15
182:2
**weeks** 3:20
85:15 98:17
132:4
**weird** 17:1
111:4 159:19
160:9 166:18
**went** 6:18 23:20
23:21 36:1
43:8 121:17,20
125:5 126:3
129:24 139:6
147:4,12,14
155:19 160:4
161:15 162:3
163:12 166:14
169:7,8,25
171:7 174:25

177:7 180:1
182:3 183:13
183:20
**weren't** 10:5
36:19 37:2,17
86:3 94:22
117:19
**whatever's**
50:20
**Why'd** 72:10
**wickedly** 153:1
**widow** 81:16
**wife** 7:10 75:20
75:22,22 87:5
113:10 116:16
118:20 119:15
121:5 122:21
**wife's** 118:7
**willing** 3:19
**wine** 166:10
**Wing** 176:5
**Wings** 176:7,8
**wire** 57:1,2
97:15 144:6,13
147:8,15,20
150:21 155:16
156:7,8,12
162:1 170:15
180:7
**wired** 144:14
**wish** 45:23
118:10 150:5
**withdrawals**
27:12
**WITNESS** 2:2
11:16 12:15
15:24 17:20
23:3 30:3
31:19 42:11,17
44:14 48:8
50:21,24 52:13
59:20 66:1,18
67:20 74:13
83:1 89:9,15
89:19 90:10

94:24 95:12
96:5 102:1,24
103:14 104:11
116:15 122:16
131:2 134:5
135:13 142:20
150:4 155:7
158:1 159:18
160:10 162:23
164:11 165:2
167:6 170:10
177:4 178:10
184:13
**women's** 9:23
139:3
**Woodward**
158:5
**words** 16:2
**work** 6:18,21
9:19 20:14
36:3 44:22
45:7 48:6
51:21,22 61:8
66:3 72:24
81:1 88:23
102:18 134:9
149:13 151:13
152:13
**worked** 6:19
109:16
**working** 41:12
48:15 107:16
109:20 114:8
140:24
**works** 19:9
43:21 149:11
**worksheets**
41:22
**worry** 132:24
**worth** 12:7
65:10 70:22
71:2,5,9 82:18
**would've** 27:13
35:21
**wouldn't** 17:10

19:2 21:6 25:7
25:20 27:22
97:17 145:20
**wow** 161:1
165:6 183:6
**write** 55:6,10
132:17,17
144:23 152:23
**writer** 73:25
**writing** 50:13,16
**written** 18:12
50:12,20 51:9
103:22 114:4
156:2
**wrong** 8:2
**wrote** 74:2
152:10,15

---

## X
**X** 1:12 28:7

---

## Y
**Y** 9:1
**yeah** 3:23 4:5,7
5:5,6 6:15 7:25
11:7,24 12:3
12:12 14:4
16:23,24 17:4
17:13 18:5
20:2,3 21:4
22:3,20 24:22
25:12,15,18
27:11 29:6
31:6,19 34:4
35:1,25 36:12
38:25,25 39:12
40:9,9,24
41:16,17 42:10
43:16 44:3
45:12 46:5,16
46:24,25,25
47:3,22 48:8
49:13 50:23
52:13,15,21
54:13 55:14
56:16 57:15,18

58:7,15,16,21
58:24 59:3,7,7
60:4,4 61:10
61:10,13,21
62:12 64:19
67:6,10 68:25
70:1,11,13
74:20 76:11,18
77:16 78:5,12
79:2,14,24
80:2 81:3,25
83:2,16,17
84:15 85:11,13
85:15,22,22
86:13 87:5,23
88:25 89:16
90:23 91:14,16
91:16 93:1,4
94:4,11,20,24
96:21 97:7,15
97:21 98:2,21
99:13 100:4,9
100:11,19
101:13,18
104:18 105:21
106:14,23
107:7 108:4,12
108:12 109:5,9
110:22 111:3
112:19 113:4,4
114:4 116:5,5
117:22 118:12
120:8 122:16
122:20,23
123:9 124:9
125:13,18
126:1,8 128:8
128:17,22
129:11 131:2
131:19,23
133:19,23
134:16,19
135:2,3,7,16
137:2,16
139:22 140:3

140:18 141:16
142:20,25
143:9,15
144:17 145:1,1
145:25 147:2,4
147:11,16
149:5,22,22,25
149:25 151:9
151:10,15
152:13,19,19
153:21 154:2,6
155:6,13,15,23
156:1,1,3,18
156:22 157:9
157:17,21
158:2,5,5,6,6,9
158:15 159:9
159:25 160:3
160:13,15,19
160:22,25
161:14,25
162:14,14,16
162:23 163:5,9
163:18,22,25
164:3,8,21
165:2,13,24
166:12,21
167:13,19,19
168:19 170:5
170:11 171:12
171:12 172:21
173:4,20,24
174:15,17
175:16,18,25
176:9,9,9,18
177:1,7,8,10
177:17,22
178:23 179:19
179:23,25
180:5,10 181:2
181:5,11,12
182:18 183:7,9
183:14,19
184:2,7,17
**year** 10:7 38:12

38:13 46:20
81:22 85:16
86:9 93:15
96:14,14 97:25
98:13 102:8
103:8 120:13
130:6 131:1,2
151:20
**years** 6:23,25
10:1,1 20:12
20:12,13 23:10
23:11 24:16
36:9 37:15
38:14,19 40:2
40:5,7 43:20
43:23 44:1
47:14,16 50:11
51:13 54:9,14
62:12 67:4
91:22 92:23
93:25 98:8
100:25 105:8
109:6 110:21
120:4,18
146:18,19
153:13 170:22
**years'** 25:2
**Yep** 164:25
170:17 180:18
181:1 184:12
**yesterday** 7:17
7:24 87:1
174:21 175:1
**yoga** 56:7,7,18
101:10
**young** 30:21

---

## Z
**Zell** 161:24
**Zelle** 161:22,24
161:25 165:10
169:4
**Zeppelin** 35:8
35:12
**Zeppelins** 66:5

**zero** 88:4 95:6
**Ziggy** 45:12,13
45:16,18

---

**0**

---

**1**

**1** 2:6 3:4 10:13
10:14 11:11
12:24 55:18
79:13 119:5
185:7
**1,000** 57:4
178:25
**1/23/15** 2:19
**1:35** 117:11
**1:37** 117:11
**1:58** 180:19
**10** 2:7,13 14:3
41:6 50:14
54:21 59:17,22
69:9,10,13,19
70:15 71:3,6
71:17 72:2
90:8 98:11
130:20,24
131:5,5 134:19
137:23 156:23
182:15 184:11
184:12
**10,000** 120:9
121:7
**10/10** 167:1,4
169:3
**10/18** 170:13
**10/4** 163:13
**10:00** 1:8
**10:12** 3:2
**100** 140:4
154:15
**1000** 133:18
138:17 147:20
**102** 55:23
**106** 2:10
**107** 4:14 28:16
**109** 2:9

**10th** 164:16,21
166:22 167:21
168:6
**11** 2:8,14 55:3
55:15 63:7
67:2 68:20,24
78:23 105:7
123:14 182:4,5
182:7
**11/2** 177:11,11
**11/24** 181:3
**11/29** 181:6
**11:55** 90:20
**1100** 181:3
**111** 2:10
**118** 2:11
**11th** 137:9
**12** 42:1,6 67:2
87:25 110:9
134:9,16,19
149:15 162:13
**12,000** 28:3
**12.04** 162:13
**12:03** 90:20
**12:30** 174:22
**120** 70:9
**120,000** 68:19
**1200** 1:15 158:8
168:17,18
176:24
**122** 2:12
**123,931** 69:9
78:2 182:21
**125** 162:5
**126.98** 175:13
**127** 2:13
**12th** 153:18
167:8,11,18
**13** 41:20 42:6
100:25 110:6,9
110:14
**130** 2:13
**13th** 179:2,16
**14** 41:20 42:7
63:14,17 93:2

**93:4** 110:6,9
110:14
**1400** 85:15
**14th** 153:22
154:1 179:5
**15** 20:13 23:16
37:18 41:20
42:1,7 43:5
110:6,8,12
120:24
**150** 50:2
**1500** 141:12
148:6,7,12
160:14 170:15
180:7
**156.70** 157:15
157:20
**157.43** 137:1
**1595** 85:21
**15th** 25:20 31:10
32:24 93:9
155:9,10
184:15
**16** 6:17 16:9,10
16:20 24:25
28:14 41:20
42:16 102:7
121:24 124:11
**1600** 86:14
153:19 169:22
**164** 70:22
**164,000** 69:20
70:9 71:19,20
**164.62** 149:8
**165,000** 70:10
70:23
**16th** 125:1
169:25 170:6,6
179:8 180:2,6
**17** 28:14 40:23
41:20,20 86:14
119:9
**17-55891-tjt** 1:4
**17,000** 118:7
**175,000** 75:21

**17th** 132:1
169:10
**18** 7:17,17,23,24
15:5 38:5,12
87:1 131:13
155:22 175:1
**1800** 173:23,24
175:7
**183.88** 98:15
**186** 185:5
**18th** 37:24 39:4
132:11 133:24
134:21 136:23
136:25 138:7
155:16 156:19
169:15,18,18
180:12
**19** 36:25 180:12
**19.99** 148:19
**190** 117:15
**1921** 117:16
**1974** 6:21
**1975** 73:10
**1990** 6:21
**19th** 136:24,25
137:6,9 159:3
169:21 173:25
**1st** 93:8,17
120:7 137:7
143:10 148:5

---

**2**

**2** 2:8,11 11:8,11
12:24 13:1
37:7 50:13
54:21 60:11
93:5 112:9
118:23 119:13
159:6 175:6
180:24 185:22
**2,000** 28:4 118:8
142:5
**2,200** 181:9
**2.1** 112:19
**2:01** 180:19

**2:21** 184:25
**20** 36:9 90:8
120:18 132:11
184:24
**200** 144:7 145:9
145:24 146:2,4
146:14 155:17
156:23 179:13
**200,000** 49:23
49:25 50:1,3
121:6
**200.98** 147:1
**2000** 27:5 85:9
85:10,14
**2003** 100:10
114:16 121:24
**2004** 2:7 10:17
10:22
**2010** 112:17,21
120:7,19
**2011** 105:23
106:6,13
107:17 112:15
112:16 121:5
**2012** 24:25 25:3
25:6 41:20,24
92:25 110:6,14
110:15
**2014** 25:4,6
28:20 46:21
92:25 107:3,18
107:25 108:3
109:8,8,17
131:18 146:22
146:22
**2015** 41:24 44:7
44:17 93:15
131:18
**2015's** 23:23
**2016** 14:11,23
17:6,16 23:21
41:23,25 46:18
47:4,6 48:1
93:13 94:2
123:10,13,14

124:4,4,11,24
125:2 129:25
130:1,3,7
175:24
**2016's** 110:1
**2017** 10:5,6
14:11,23 17:12
17:16 23:17,20
23:22,22 25:17
25:19,20 29:10
29:21 36:23
37:3,18,24,25
38:5,12 39:5
40:23 55:18
100:2 109:14
111:11,13
125:8,11 126:6
126:13,19,25
131:13 132:1
132:11 136:24
145:2,5 175:24
178:6 180:12
**2018** 1:7 3:2
38:1 184:24
185:8,22
**204.57** 165:20
**20th** 138:8
157:14 184:10
**2186.46** 137:4
**21st** 134:24
137:6 138:25
139:9,10 159:3
159:7 160:16
180:21,24
**22** 74:18 137:3
**22,000** 93:9
**221.99** 143:9,11
143:13,17
**2224** 1:12
**23** 3:2 6:23 7:16
78:1 144:3
185:8
**230,000** 74:25
77:18
**235** 125:24

130:11
**236** 129:15
**238** 130:11
**23rd** 1:7 138:16
175:12,23
176:3
**24** 81:14
**24,923** 93:13
**248.354.7906**
1:12
**248.355.5300**
1:16
**24th** 137:6
141:12
**25** 19:15,17,21
82:1 109:6
170:22
**25,000** 93:15
**250** 147:7 151:3
153:14 164:23
168:6,8,13,13
168:17,17,17
168:17,18
170:1,7 180:3
**2500** 98:7
102:14,16
154:24 169:16
169:19 179:8
181:24
**2585.92** 106:25
**25th** 142:9,15,17
143:16 144:5
144:11 145:2
159:11 160:14
161:8,11,12
**26** 55:23 64:10
125:8,11 126:6
126:13,19,25
**26100** 1:8,11
**2616** 2:9 109:22
**264.40** 153:23
**2680** 91:24
**26th** 127:1
**27** 2:16 29:23
30:6 33:20,21

46:22
**271.44** 166:23
**2724.68** 80:7
**275.99** 143:10
**27th** 175:7
176:15
**28** 9:6 23:21
30:6 46:23
142:14
**2800** 154:24
**2857.51** 138:8
**287.08** 176:6
**28th** 137:6
142:15 143:9
146:25 147:6
**29** 2:18 29:23
30:6 44:7,11
44:16 123:10
123:13 130:1
**29th** 124:24
129:25 130:5
141:18,19
142:4,18 143:9
147:20 163:1
181:6
**2nd** 165:10
166:6

———————
**3**
———————
**3** 2:8 57:19,23
57:24 60:11
91:19 108:18
114:19 117:23
119:5 120:5
162:18 176:19
**3,000** 96:13
141:16
**3,500** 169:11
**3,800** 167:9,15
**30** 83:5 112:16
120:19
**300** 155:11
161:13
**30th** 3:23 112:16
112:21 181:9

**31** 17:5 84:12
96:12,14
**3100** 86:10
96:16
**31st** 3:23 121:4
137:6 142:3
176:20
**32** 2:17 7:14
86:13 96:14
**32-year-** 9:10
**33** 96:15
**330** 143:4
**330.99** 142:12
142:17 143:1
**3300** 94:3
**34** 2:19 85:24
**340** 108:7
**341** 12:10 43:6
**350** 176:16
**3500** 68:18
**36.04** 139:1
**365(c)** 55:15
**365(e)** 55:3
**37** 91:18
**3800** 167:14
**3854.12** 123:16
**39** 97:24
**3973.85** 143:14
**3rd** 165:19

———————
**4**
———————
**4** 2:4,9 19:2 93:6
109:21,25
110:1 114:9,19
120:23 148:4
166:16 178:24
**4,000** 153:19
**4/20** 184:11,12
**40,240.78** 69:6
182:19
**400** 83:6,12,13
83:16,18 96:7
96:9 148:7,9
148:12 162:24

163:10 165:11
**4000** 1:15
118:14 121:1
163:1
**401(k)** 115:12
115:23,24,25
116:13 117:4
**403.40** 179:18
**408.72** 129:2
**41** 37:9 102:6
**42** 103:6
**43** 2:18 105:7
**44** 2:20 43:19
105:6 108:19
**440.2326** 19:2
**442.311** 19:5
**45** 50:15 167:22
**4506** 43:15
**48009** 4:15
**48034** 1:12
**48075** 1:15

———————
**5**
———————
**5** 2:10 19:7
48:19 58:12
93:25 106:15
106:18,19,21
106:22 118:5
145:15 153:17
169:9 170:5
**5,000** 29:15
99:10 141:24
**50** 80:22 113:18
114:2 119:15
119:23 120:20
140:4,13
154:15,25
**500** 1:8,11
132:23,25
133:6,13
134:25 135:8
135:13,15
157:11 179:5
180:21 181:7
**52** 54:22

**53** 55:8
**5300** 163:15
**54** 55:8 58:12
  59:17 63:8
  74:18,22 78:1
  81:15 82:1
  83:5 84:12
  85:24 91:18
  102:6 103:6
  105:6,7 108:19
**55** 55:17
**5526** 102:14
**57** 2:9
**5th** 137:7 148:6
  148:18

_____

**6**
**6** 2:10 58:12
  111:24 112:4,4
  130:3 148:4
  153:17 159:6
  170:5 175:6
  176:19 178:24
  180:24
**6/28/16** 16:18,22
**6/7/15** 2:18
**600** 95:5 96:18
  101:2
**667.88** 124:16
  124:18
**6700** 118:4
**6754** 117:25
**68** 2:15
**6995** 2:13 38:2,9
  130:21 131:10
  132:15
**6th** 112:15
  176:24

_____

**7**
**7** 2:11 44:7,17
  50:14 58:14
  118:22 119:1,1
**700** 85:14 167:2
**75,000** 82:15
**7784** 115:8

**7th** 179:11 180:2

_____

**8**
**8** 2:11 24:11
  46:18 47:4
  54:21 63:8
  83:9,12,13
  96:9 117:13
  123:3,7,8
  162:18 166:16
  169:9
**8,000** 98:5,9
**80,000** 82:20
**800** 133:18
  159:7
**8000** 176:20
**83.95** 133:25
**85,000** 82:20
**861.97** 107:14
**8680** 114:24
**8th** 47:6 48:1
  150:22,23

_____

**9**
**9** 2:12 14:3
  97:24 128:2,7
  137:23
**9/28** 162:21
**9/5** 149:8
**9/6** 150:8
**900** 179:2
**935.14** 174:3
**939.32** 124:22
**9852** 118:17
**99** 143:2
**9th** 143:16
  178:24